

January 19, 2023

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *In re: JBR, Inc. (d/b/a Rogers Family Company)*, **Court of Appeals, 2nd Circuit, Case No. 22-2079**

Dear Ms. O'Hagan Wolfe:

I write on behalf of JBR, Inc. to submit the attached renewed petition for writ of mandamus. This renewed petition was authorized in the Court's November 15, 2022 Order, which provided: "[T]he the mandamus petition is DENIED without prejudice to renewal if the district court fails to take action on the pending motions within 60 days of the date of this order." Because the district court has not taken action on the pending motions for summary judgment or provided alternative relief, JBR submits this renewed petition seeking ruling on pending motions or alternative relief, including suggestion of remand to the Eastern District of California.

Respectfully submitted,

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr.

DAN JOHNSON LAW GROUP, LLP
dan@danjohnsonlawgroup.com
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
(415) 604-4500
*Counsel for Plaintiff*
JBR, Inc. d/b/a Rogers Family Company

CC: All parties via ECF