| | | |
|---|---|---|
| STATE OF NEW YORK ) | | AFFIDAVIT OF SERVICE |
| ) ss.: | | BY OVERNIGHT |
| COUNTY OF NEW YORK ) | | FEDERAL EXPRESS |
| | | NEXT DAY AIR |

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

**On January 19, 2023**

deponent served the within: **RENEWED PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK and ADDENDUM TO RENEWED PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**upon:**

**SEE ATTACHED SERVICE LIST**

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, enclosed in a properly addressed wrapper in an Overnight Next Day Air Federal Express Official Depository, under the exclusive custody and care of Federal Express, within the State of New York.

**Sworn to before me on 19th day of January, 2023.**

**MARIANA BRAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026

**Job# 318352**

**SERVICE LIST:**

| | |
|---|---|
| **Direct Purchaser Plaintiffs:**<br>Robert Gerard Eisler<br>Grant & Eisenhofer, PA (DE)<br>123 Justison Street<br>Wilmington, DE 19801<br>(302) 622-7000<br>Email: reisler@gelaw.com | **Treehouse**:<br>Aldo A Badini<br>Winston & Strawn LLP (NY)<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-4601<br>Email: abadini@winston.com |
| **McLane**:<br>Alex Brown<br>Alston & Bird LLP<br>1201 W. Peachtree St. NE<br>Atlanta, GA 30309<br>(404) 881-7000<br>Email: alex.brown@alston.com | **Winn-Dixie & Bi-Lo & BJ's Wholesale**:<br>Philip J. Iovieno<br>Cadwalader, Wickersham & Taft LLP<br>200 Liberty Street<br>New York, NY 10281<br>(212) 504-6868<br>Email: philip.iovieno@cwt.com |
| **Keurig**:<br>Leah Brannon<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue NW<br>Suite 1000<br>Washington, DC 20037<br>(202) 974-1508<br>Email: lbrannon@cgsh.com<br><br>*-and-*<br><br>Wendelynne J. Newton<br>Buchanan Ingersoll & Rooney PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>(412) 562-8932<br>Email: wendelynne.newton@bipc.com | **USDC Judge**:<br>Hon. Vernon S. Broderick<br>United States Courthouse<br>40 Foley Square<br>New York, NY 10007 |