# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand twenty-three.

Before:     Joseph F. Bianco,
               *Circuit Judge.*

_____

| | |
|---|---|
| In Re: JBR, Inc.,<br>    Petitioner.<br>****************************************** | **ORDER** |
| JBR, Inc., DBA Rogers Family Company,<br><br>    Petitioner,<br><br>v.<br><br>Keurig Green Mountain Inc., as successor to Keurig, Incorporated, FKA Green Mountain Coffee Roasters Inc.,<br><br>    Respondent | Docket No. 22-2079 |

_____

    On January 19, 2023, Petitioner filed a renewed petition for a writ of mandamus. Upon consideration thereof,

    IT IS HEREBY ORDERED that the Respondent is directed to file a response to the petition within 14 days from the date of this order.

                                               For the Court:

                                               Catherine O'Hagan Wolfe,
                                               Clerk of Court