UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-2079 _____     _____ Caption [use short title] _____

Motion for: Leave to file Reply Brief

_____

_____

Set forth below precise, complete statement of relief sought:

Leave to file reply brief in response to Keurig's response to

JBR's renewed petition for writ mandamus                    In Re: JBR, Inc.

_____

_____

_____

_____

MOVING PARTY: JBR, Inc. _____     OPPOSING PARTY: Keurig _____

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Daniel Johnson Jr. _____     OPPOSING ATTORNEY: Leah Brannon _____
[name of attorney, with firm, address, phone number and e-mail]

Dan Johnson Law Group LLP                    Cleary Gottlieb Steen & Hamilton LLP

1350 Old Bayshore Hwy Ste 520, Burlingame, CA 94010   2112 Pennsylvania Ave NW, Washington, DC 20037

415-604-4500 / dan@danjohnsonlawgroup.com        202-974-1508 / lbrannon@cgsh.com

Court- Judge/ Agency appealed from: The Honorable Vernon S. Broderick

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is oral argument on motion requested?  ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:_____

Signature of Moving Attorney:

s/ Daniel Johnson Jr. _____  Date: 2023-04-20 _____  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 22-2079

## United States Court of Appeals

*for the*

## Second Circuit

In Re: JBR, INC.,

*Petitioner.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JBR, INC., DBA Rogers Family Company,

*Petitioner,*

– v. –

KEURIG GREEN MOUNTAIN INC., as successor to Keurig, Incorporated,
FKA Green Mountain Coffee Roasters Inc.,

*Respondent.*

ON PETITION FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## DECLARATION OF DANIEL JOHNSON JR. IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF RENEWED PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DANIEL JOHNSON JR.
DAN JOHNSON LAW GROUP, LLP
*Attorneys for Petitioners JBR, Inc.*
 *d/b/a Rogers Family Company*
1350 Old Bayshore Highway, Suite 520
Burlingame, California 94010
(415) 604-4500
dan@danjohnsonlawgroup.com

# DECLARATION

I, Daniel Johnson Jr., declare and state as follows:

1.      I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner at Dan Johnson Law Group, LLP, and I am one of the attorneys representing Petitioner JBR, Inc. in the above-captioned matter.  I respectfully submit this declaration in support of Petitioner JBR's motion for leave to file a reply brief. This matter has not been set for oral argument.

2.      Respondent Keurig submitted a response brief on April 18, 2023 pursuant to this Court's April 4, 2023 Order. Keurig's 29-page brief includes a 12-page factual summary and attaches 327 pages of addendum exhibits.  Keurig's brief raises additional factual issues and arguments beyond what was addressed in JBR's previously filed writ submissions, and cites several new cases as well. A reply brief will provide Petitioner JBR the opportunity to fully address the facts, case law, and arguments relevant to the writ and provide a complete record with respect to assertions made in Keurig's brief. This is particularly important given the lengthy procedural history and unique issues at stake in the nine-year litigation at issue.

3.      For the foregoing reasons, I believe that there is good cause to grant

JBR's motion for leave to file a reply brief.

4.      I have met and conferred with Respondent Keurig's counsel, who have indicated that they oppose Petitioner JBR's motion for leave to file a reply brief.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 20, 2023
         Napa, California

*/s/ Daniel Johnson Jr.*_____
Daniel Johnson Jr. (CA Bar No. 57409)
DAN JOHNSON LAW GROUP, LLP
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
Telephone: 415-604-4500
dan@danjohnsonlawgroup.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Fed. R. App. P. 32(g)(1), the attached Motion is proportionately spaced, has a typeface of 14 points and contains 270 words in compliance with the Court's Rules.

Dated: April 20, 2023
   Napa, California

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr. (CA Bar No. 57409)
DAN JOHNSON LAW GROUP, LLP
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
Telephone: 415-604-4500
dan@danjohnsonlawgroup.com

3

**EXHIBIT A**

# 22-2079

## United States Court of Appeals

*for the*

## Second Circuit

In Re: JBR, INC.,

*Petitioner.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JBR, INC., DBA Rogers Family Company,

*Petitioner,*

– v. –

KEURIG GREEN MOUNTAIN INC., as successor to Keurig, Incorporated,
FKA Green Mountain Coffee Roasters Inc.,

*Respondent.*

ON PETITION FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**REPLY BRIEF IN SUPPORT OF RENEWED PETITION FOR
WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

DANIEL JOHNSON JR.
DAN JOHNSON LAW GROUP, LLP
*Attorneys for Petitioners JBR, Inc.
    d/b/a Rogers Family Company*
1350 Old Bayshore Highway, Suite 520
Burlingame, California 94010
(415) 604-4500
dan@danjohnsonlawgroup.com

# CORPORATE DISCLOSURE STATEMENT

Petitioner is a privately held company and has no parent corporation or stockholders.

/s/ Daniel Johnson Jr.
Daniel Johnson Jr.
Dan Johnson Law Group LLP
*Counsel for Petitioners*
*JBR, Inc., d/b/a Rogers Family Company*

Dated: April 20, 2023

# TABLE OF CONTENTS

**Page**

CORPORATE DISCLOSURE STATEMENT ........................................................i

TABLE OF AUTHORITIES ................................................................. iii

INTRODUCTION ...........................................................................1

ARGUMENT ................................................................................3

    1.    JBR Meets the Standard for Writ Relief ................................3

    2.    The Delay Here is Extraordinary: Similar Cases have
        Reached Trial in Far Less Time .........................................6

    3.    Nothing Prevents the Court from Setting a Trial Date while
        Motions for Summary Judgment are Pending....................11

    4.    The Delays in Judgment are Caused by the District Court, not
        Plaintiffs ...........................................................................14

    5.    JBR's Case Will Proceed More Quickly Before a New Judge...........18

    6.    Keurig's Other Arguments Are Without Merit..................20

CONCLUSION .............................................................................21

# TABLE OF AUTHORITIES

**Page(s)**

**Cases:**

*Bank of New York v. Meridien BIAO Bank Tanzania Ltd.*,
  No. 95 CIV. 4856(SS), 1997 WL 53172 (S.D.N.Y. Feb. 10, 1997)....................12

*Caruso Mgmt. Co. Ltd. v. Int'l Council of Shopping Centers*,
  403 F. Supp. 3d 191 (S.D.N.Y. 2019) ....................................................................8

*Clute v. Davenport Co.*,
  116 F.R.D. 599 (D. Conn. 1987).............................................................................11

*Epic Games, Inc. v. Apple Inc.*,
  559 F. Supp. 3d 898 (N.D. Cal. 2021) ....................................................................8

*FTC v. Qualcomm*,
  411 F. Supp. 3d 658 (N.D. Cal. 2019) ....................................................................8

*In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Pracs. & Antitrust Litig.*,
  No. 17-MD-2785-DDC-TJJ, 2021 WL 2585065 (D. Kan. June 23, 2021)...........8

*In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
  383 F. Supp. 3d 187 (S.D.N.Y. 2019) ...................................................................14

*In re Megan-Racine Assocs., Inc.*,
  180 B.R. 375 (Bankr. N.D.N.Y. 1995) ..................................................................12

*In re Namenda Indirect Purchaser Antitrust Litig.*,
  No. 115CV6549CMRWL, 2021 WL 2403727 (S.D.N.Y. June 11, 2021) ...........7

*In re Nexium (Esomeprazole) Antitrust Litig.*,
  42 F. Supp. 3d 231 (D. Mass. 2014) ......................................................................7

*In re Ranbaxy Generic Drug Application Antitrust Litig.*,
  573 F. Supp. 3d 459 (D. Mass. 2021) .....................................................................8

*In re United States ex rel. Drummond*,
  886 F.3d 448 (5th Cir. 2018) ..................................................................................5

*In re: Interest Rate Swaps Antitrust Litigation*,
  16–MD–2704 (PAE) (S.D.N.Y.) .............................................................................6

*In re: London Silver Fixing, Ltd., Antitrust Litigation,*,
  14-MD-2573 (VEC) (S.D.N.Y.) .............................................................................6

*Linde v. Arab Bank, PLC*,
  706 F.3d 92 (2d Cir. 2013)....................................................................3

*PepsiCo, Inc. v. The Coca-Cola Co.*,
  1998 WL 547088 (S.D.N.Y. Aug. 27, 1998)......................................14

*Sullivan v. Saint-Gobain Performance Plastics Corp.*,
  No. 5:16-CV-125, 2020 WL 1329601 (D. Vt. Feb. 4, 2020) .............11

*Tenneco, Inc. v. F.T.C.*,
  689 F.2d 346 (2d Cir. 1982)................................................................14

*Toyoshima Corp. of California v. Gen. Footwear, Inc.*,
  88 F.R.D. 559 (S.D.N.Y. 1980) ..........................................................12

*U.S. v. Siemens Corp.*,
  621 F.2d 499 (2d Cir. 1980)................................................................14

*United States v. Dentsply Int'l, Inc.*,
  399 F.3d 181 (3d Cir. 2005), 546 U.S. 1089, 126 S.Ct. 1023,
  163 L.Ed.2d 853 (2006) ......................................................................14

*United States v. Microsoft Corp.*,
  87 F. Supp. 2d 30 (D.D.C. 2000) ..........................................................8

*ZF Meritor, LLC v. Eaton Corp.*,
  696 F.3d 254 (3d Cir. 2012)................................................................14

## Other Authorities:

6 J. Moore, Moore's Federal Practice ¶ 56.15[6] (1987).........................11

**INTRODUCTION**

Keurig's opposition consists of little more than excuses to justify why Judge Broderick has delayed ruling on the various motions in this case. The first excuse is that the Judge has not decided summary judgment and until he does nothing else will happen. The fact that the motions have been languishing on the Judge's desk for almost two years is not explained. Nor is there any explanation for why the trial judge ignored this Court's November order to decide the pending motions (which include summary judgment motions) by January 17, 2023, or face another writ of mandate. This Court gave the trial judge the option of selecting "alternate remedies", which presumably included returning JBR's case to the MDL for transfer to the Eastern District of California, where the case is venued. Instead, Judge Broderick elected to order the parties to address outstanding confidentiality designations, which has no impact on the summary judgment issues to be decided other than what information will be redacted in the public version of the to-be-written opinion. In short, JBR's first petition was filed with this Court on September 22, 2022, after this case was pending for more than eight years. The case is now over nine years old. As the following will show, this Court should enter an order directing the Judge to decide the pending summary judgment motions, suggest to the JPML remand of JBR's case for transfer to the Eastern District of California, and set a trial date for the existing case.

1

The District Court has adopted an all-or-nothing approach to rulings, and in the process has ensured that ***nothing — not a single one of JBR's claims — is set for trial after nine years of litigation***.  In its January 17, 2023 Order, the District Court adopted a case management approach that prohibits trial (or remand to the Eastern District of California) on every single one of JBR's causes of action until the District Court has waded through dozens of motions to seal briefings, two dozen *Daubert* motions, and hundreds of pages of summary judgment briefing. The District Court's refusal to set a trial date on calendar or commence trial on a subset of issues or causes of actions simply delays decision on every issue in the case with no assurance that the situation will change in the next several years.  It has been long established that a court in a complex case can defer summary judgment on some issues while proceeding to trial on others; the District Court should have done so here and should do so now.

There is simply no justification for the District Court's avoidance of timely decision making that is quite effectively delaying trial until a point in time when most of JBR's key witnesses will have died, retired, grown old or ill, or otherwise become no longer available.  Absent relief from this Court, the District Court case will remain mired in years more of indecision with no trial date for a case relating to events that happened well over a decade ago.

# ARGUMENT

## 1.    JBR Meets the Standard for Writ Relief

JBR easily meets the standard for relief.  *See Linde v. Arab Bank, PLC*, 706 F.3d 92, 117 (2d Cir. 2013). If ever there was a case where JBR has no other means to address its request for relief, this is it.

JBR has spent the last seven years trying every conceivable procedural means of requesting that the district court proceed with moving the case forward to judgment; its motions to hasten justice were denied every time, but the timeline for justice has never moved forward.

- In 2016, JBR and all plaintiffs sought to move forward with discovery and were rebuffed by the court, which instead continued to stay discovery, delaying document production for two more years and depositions for three more years.
- In 2017, JBR requested remand of some of its claims to California due to delays in decision on the motion to dismiss.
- In spring 2020, JBR requested early summary judgment briefing, and the Court rejected the request.
- In fall 2020, JBR requested a remand, an early summary judgment briefing, or an early trial on a subset of claims, and was rebuffed by the Court on each of these requests.
- Finally, in 2021, JBR requested remand both with the trial court and the JPML, and its motion was denied.

Now, two more years have elapsed and there is no evidence that the Judge is likely to issue a decision at any point in the near future.  Indeed, even after JBR filed its original writ papers, another seven months passed without any decision on summary judgment or the Daubert motions at issue.

Keurig makes much of the district court's decision to issue a 49-page decision on a few motions to seal but ignores the fact that the district court has explicitly stated it will not issue summary judgment papers until well after motions to seal have been addressed. Even to the extent that the district court said it is working diligently to resolve the case, the court gave no indication of a date certain for decision on summary judgment, did not set a date for oral argument, and did not give any indication of when it might set a trial date much less set an interim trial date a few months out that could be later adjusted once the summary judgment decision issues.

It is ironic that Keurig focuses so much on the JPML's Denial of JBR's Request for Remand in 2021 because that denial illustrates exactly why JBR is entitled to relief. Specifically, JBR sought relief from both the district court and JPML to prevent further delays and was rebuffed. Almost two years have elapsed since the last request was denied, and JBR is still no closer to having its case returned to California or set for trial. Under the circumstances, what else could JBR do to seek relief from the prejudice to its case?

Keurig's suggestion that JBR just undertake the normal appeal process would do nothing to address the delay because it could easily take several more years before a judgment issues that will actually be ripe for appeal. Even once there is a judgment ripe for appeal, JBR will be unable to request appropriate relief

4

because the delay in judgment will have already happened and cannot be undone by the appellate court *ex post facto*.

In short, the district court's denial of JBR's motion for suggestion of remand ***filed two years ago*** precisely illustrates why appellate relief is necessary now – JBR exhausted its efforts to obtain remedies elsewhere (at both the district court level and JPML) only to encounter yet another two-year delay in judgment. If the Court here does not provide JBR its requested relief as sought in this writ, JBR will likely face yet another two years before having its case returned to California, and then will encounter further delays after remand as the California court readies the case for trial. The writ is simply the only mechanism by which JBR can obtain timely justice – there are no other means.

The Court's failure to set any timetable for trial or remand or ruling on summary judgment over nine years into a case creates a delay in justice so severe as to amount to a usurpation of well-established principles of law. *In re United States ex rel. Drummond*, 886 F.3d 448 (5th Cir. 2018); *In re Harris County*, Case No. 21-3637, ECF No. 6-1 (6th Cir. March 11, 2022) ("a party's rights in one case cannot be impinged upon 'to create efficiencies in the MDL generally.'").

5

**2.      The Delay Here is Extraordinary: Similar Cases have Reached Trial in Far Less Time**

The fact that this case is complex and involves voluminous evidence and potentially large damage claims is no excuse for the nine years this case has gone without judgment, remand, or setting of a trial date.

Keurig points to other antitrust cases that have taken a long time but ignores the fundamental difference in this case – it involves a case premised on a set of conduct spearheaded by a single defendant.  Each of the cited antitrust MDL cases in Keurig's brief is distinguishable because it involved a conspiracy of numerous named defendants, which necessarily entails more complex discovery, the involvement of multiple sets of defense counsel, the involvement of different defense strategies by each defendant, and multiplication in motions and settlement procedures.  Add.145, Add.158-Add.180 (*In re: Interest Rate Swaps Antitrust Litigation*, 16–MD–2704 (PAE) (S.D.N.Y.))(34 named defendants, including Citibank, Bank of America, Barclays, Goldman Sachs, Morgan Stanley, JP Morgan Chase, and Royal Bank of Scotland); Add.181, Add.190-Add.195 (*In re: London Silver Fixing, Ltd., Antitrust Litigation,* 14-MD-2573 (VEC) (S.D.N.Y.)) (eight defendants: Bank of America, Barclays, BNP Paribas, Deutsch Bank, HSBC, Scotiabank, Standard Chartered, and UBS); Add.116, Add.142-Add.144 (*In Re: Domestic Airline Travel Antitrust Litigation*, MDL No. 2656, Misc. No. 15-1404 (CKK)  (D.D.C. 2015)) four defendants Southwest, American, Delta, and United in

6

MDL consolidating 105 cases). None of Keurig's cited cases involves the single defendant situation here.

The procedural context of this case is also unique compared to other antitrust cases and should have resulted in faster time to judgment. This antitrust case involved a preliminary injunction motion, which resulted in discovery at the outset of the case followed by detailed amended pleadings that cited to all evidence obtained during preliminary injunction phase discovery. This case did not involve any parallel government investigation or criminal investigation of the kinds seen in other antitrust cases; such investigations typically delay the start of civil discovery, but there was nothing like that to hinder discovery in this matter. This case also did not involve invocation of the Fifth Amendment, a common source of delay in depositions in other antitrust cases.

When one looks at antitrust cases that, like this one, involved a single defendant in a Sherman Act Section 1 or Section 2 case, they have reached judgment, or at least resulted in denial of the single defendant's summary judgment motion in far less time than this case. *See In re Namenda Indirect Purchaser Antitrust Litig*., No. 115CV6549CMRWL, 2021 WL 2403727 (S.D.N.Y. June 11, 2021) (2021 decision on motion for summary judgment in case filed in 2015); *In re Nexium (Esomeprazole) Antitrust Litig*., 42 F. Supp. 3d 231, 300-01 (D. Mass. 2014), aff'd, 842 F.3d 34 (1st Cir. 2016) (2016 MSJ in MDL case filed in 2012);

7

*Caruso Mgmt. Co. Ltd. v. Int'l Council of Shopping Centers*, 403 F. Supp. 3d 191 (S.D.N.Y. 2019) (2019 decision on motion for summary judgment in antitrust case filed in 2018); *In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Pracs. & Antitrust Litig*., No. 17-MD-2785-DDC-TJJ, 2021 WL 2585065 (D. Kan. June 23, 2021), reconsideration denied, 568 F. Supp. 3d 1184 (D. Kan. 2021) (2021 summary judgment ruling in antitrust MDL filed in 2017); *In re Ranbaxy Generic Drug Application Antitrust Litig*., 573 F. Supp. 3d 459 (D. Mass. 2021) (order denying summary judgment in 2021 on antitrust actions filed in 2019); *United States v. Microsoft Corp*., 87 F. Supp. 2d 30 (D.D.C. 2000) (2000 trial decision on case filed in 1998); *FTC v. Qualcomm* 411 F. Supp. 3d 658 (N.D. Cal. 2019) (trial in 2019, and decided the same year, only two years after complaint filed).

Multiple large antitrust cases filed after this one are scheduled to proceed from complaint to trial in half the time that this case will take to reach judgment. *See Epic Games, Inc. v. Apple Inc*., 559 F. Supp. 3d 898 (N.D. Cal. 2021) (monopolization case against Apple was filed in 2020, tried in 2021 with the decision issuing only a few months after trial was completed); Add.196-Add.197 (*In re HIV Antitrust Litigation*, Case No. 3:19-cv-02573 (N.D. Cal.)) (2019 antitrust lawsuit against Gilead, Teva, J&J is scheduled for trial this year, four years after the complaint was filed); Add.198-Add.199 (*SaurikIT LLC v. Apple Inc*,

8

Case No. 4:20-cv-08733 (N.D. Cal.) (antitrust case against Apple filed in 2020 was set for trial in 2024 pursuant to a scheduling order in 2022).

Even an antitrust conspiracy case against 19 foreign defendants has been resolved in less time than this case has taken to reach summary judgment. A class action case filed in July 2014, several months after this case was filed, in the Northern District of California alleged price fixing of capacitors. Add.200 (*In Re Capacitors Antitrust Litigation*, Case No. 3:14-cv-03264 (N.D. Cal.)). That case involved summary judgment motions filed by numerous defendants, as well as not one but two trials — one in March 2020 (set by the Court in 2019, resulting in mistrial due to the pandemic), and a second trial beginning in November 2021. *In Re Capacitors Antitrust Litigation*, (N.D. Cal. Case No. 3:14-cv-03264), Add.200, Add.214. That timeline is notable given that the case involved massive discovery – 39 million Bates-numbered pages (mostly in Japanese) from over 100 document custodians, plus depositions of over 90 individuals, Fifth Amendment invocation by certain witnesses, and numerous issues relating to having foreign witnesses testify in the U.S. Add. 204, Add.209 (*In Re Capacitors Antitrust Litigation*, Case No. 3:14-cv-03264 (N.D. Cal.)); Add.215. Despite its complexity and multiple trials, the case was fully resolved by settlements of both indirect purchasers and direct purchasers. Add.200, Add.209, Add.215. Meanwhile, this case filed earlier

9

in time has not even resulted in one summary judgment decision or any case being brought to trial.

Other cases heavy with documents and involving substantively similar claims and large damages claims have proceeded from complaint to trial in less than five years, sometimes less than four. *US Dominion, Inc. v. Fox News Network, LLC*, C.A. N21C-03-257 EMD (Del. Super. Ct.), is an excellent illustration of the point made here. Dominion's case alleging false statements by Fox News was set for trial this month, just two years after the complaint was filed. Add.218, Add.219, Add.223. In *Dominion*, Plaintiff was seeking $1.6 billion in damages from Fox News. The case involves tens of millions of documents, and the court pushed the case toward trial even while summary judgment was pending. Add.218-Add.223. Likewise, *Monster v. Vital Pharma.*, Case No. 5:18-cv-01882 (E.D. Cal.)), a false advertising case was tried to a verdict of $293 million just over four years after the complaint was filed. Add.225, Add.227-Add.231; Add.233-Add.234, Add.236-Add.237. That case involved two direct competitors, extensive discovery, and a lengthy trial. Add.240-Add.242; Add.227-Add.231. In contrast to these cases, Keurig does not cite a single Lanham Act or false statement case where the district court took over nine years to decide summary judgment or set a trial date.

Plaintiffs in this case, which involves a single defendant and common set of facts, documents, and witnesses, should have been entitled to a trial long before now. Instead, plaintiffs under the current schedule do not even have a scheduled trial date and face the prospect that no trial will occur until at least 2025, over 10 or 11 years after the case was filed in 2014. The District Court has signaled that this untenable delay in judgment will remain undisturbed unless this Court orders JBR's requested relief.

**3.     Nothing Prevents the Court from Setting a Trial Date while Motions for Summary Judgment are Pending**

The delays in the trial date in this matter rest in part on the fundamentally mistaken premise that a trial date cannot be set until summary judgment is fully decided. This is little more than a red herring and wrong as a matter of law.

As this Court is aware there is no requirement that summary judgment must be decided before a case is set for trial. *Clute v. Davenport Co*., 116 F.R.D. 599, 599-600 (D. Conn. 1987) ("in interests of efficient management" the court elected "to defer ruling on plaintiffs' motion for summary judgment as to liability on their securities claim until after the statute of limitations issue is decided"), citing 6 J. Moore, Moore's Federal Practice ¶ 56.15[6], at 56–613 (1987) (courts have reserved ruling on summary judgment motions until after trial of a separate issue); *Sullivan v. Saint-Gobain Performance Plastics Corp*., No. 5:16-CV-125, 2020 WL 1329601, at *1 (D. Vt. Feb. 4, 2020) (on diminution of property claims, "defer[ing]

11

ruling on the motion for summary judgment until after the jury returns a verdict on the class issues"); *Toyoshima Corp. of California v. Gen. Footwear, Inc*., 88 F.R.D. 559, 560 (S.D.N.Y. 1980) (discretion to proceed to trial and defer summary judgment ruling "may be exercised where a part of the matter which is ripe for summary judgment is intertwined with additional claims that must be decided at trial."); *Bank of New York v. Meridien BIAO Bank Tanzania Ltd*., No. 95 CIV. 4856(SS), 1997 WL 53172, at *4 (S.D.N.Y. Feb. 10, 1997); *In re Megan-Racine Assocs., Inc.*, 180 B.R. 375, 380 (Bankr. N.D.N.Y. 1995) (noting preference for resolving issue at trial and exercising discretion to deny summary judgment even though "[o]ften the denial of a motion for summary judgment is merely a tentative and inconclusive ruling"). There are 17 causes of action in this case; some are based on federal law and others on state law. In addition, there are more than 400 disputed issues of fact relating to the various causes of action. Keurig conveniently ignores the Lanham Act and other claims that were ready for trial years ago. At a minimum, as the recent *Dominion v. Fox* settlement and *In Re Capacitors Antitrust Litigation* settlements illustrate, setting a trial date will force a defendant to focus on its exposure and consider an out-of-court solution. As the above case law makes clear, a summary judgment ruling is not a prerequisite for setting a trial date. Continued delay serves the purposes of the defendant and harms the plaintiff.

JBR has been summarily rebuffed on its repeated requests that the District Court reach judgment on a subset of the issues in this matter so that at least a portion of the case issues and claims reaches faster resolution and judgment even while other claims proceed on a slower decision track due to more complex discovery and summary judgment issues. Orig. Add.845[1]; Add.245 at fn.4 ("If transfer is denied, JBR seeks to file its motions for summary judgment on its Lanham Act and sham litigation claims, which JBR contends are ripe to file... If JBR's trial is not transferred, JBR seeks to have its entire case separately tried on the earliest available trial date on the Court's calendar …."); Add.57 (requesting trial date while motions for summary judgment were pending).

JBR's request was permitted by law, as discussed above, and logic dictated that the approach was sound. The District Court summarily rejected JBR's request. If the District Court had agreed with JBR's suggested approach, it would have prevented the all-or-nothing situation the parties find themselves in now.

Keurig's brief rests on the false premise that the case can be entirely resolved on summary judgment. Keurig's position ignores that its summary judgment motion is premised on a legal argument that Plaintiffs' antitrust claims will fail because new competitors entered the market and output went up. But

---

[1] Citations to the Addendum filed with the 2022 Petition are indicated with text "Orig."

13

Keurig's argument is contrary to law of the case and controlling law – controlling law the Court already relied upon in rejecting Keurig's motion to dismiss four years ago. *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.,* 383 F. Supp. 3d 187, 236 (S.D.N.Y. 2019), citing *United States v. Dentsply Int'l, Inc.,* 399 F.3d 181, 191 (3d Cir. 2005), cert. denied 546 U.S. 1089, 126 S.Ct. 1023, 163 L.Ed.2d 853 (2006) and *ZF Meritor, LLC v. Eaton Corp.*, 696 F.3d 254, 271 (3d Cir. 2012); *see also PepsiCo, Inc. v. The Coca-Cola Co.*, 1998 WL 547088, at *2 8 (S.D.N.Y. Aug. 27, 1998) (foreclosure of major distributors sufficient to show substantial foreclosure); *Tenneco, Inc. v. F.T.C.*, 689 F.2d 346, 351 (2d Cir. 1982); *U.S. v. Siemens Corp.*, 621 F.2d 499 (2d Cir. 1980). That same controlling law will be the basis for denial of the summary judgment motion.

The only way around this predicament is to order a date certain for trial (and in JBR's case, suggestion of remand to the Eastern District of California).

**4.    The Delays in Judgment are Caused by the District Court, not Plaintiffs**

The delays in this case have nothing to do with how JBR and other plaintiffs have litigated the matter, as the District Court has chosen to delay judgment on numerous briefings filed by all parties.  Indeed, the longest decisional delays by the District Court have consistently been on motions filed by Keurig, not Plaintiffs.

A most recent example is Keurig's April 2022 appeal of Magistrate Judge Cave's comprehensive ruling that Keurig spoliated numerous forms of electronic

14

and hard copy evidence.  Add.247.  Keurig's Rule 72 appeal of Judge Cave's spoliation order was filed more than one year ago — and the District Court has still not ruled even though the District Court said three months ago that it was next turning to ruling on that issue.  Add.62.  Similarly, it was Keurig that filed the motions to dismiss that the District Court took over two and a half years to rule on and over four years to issue an opinion, with a stay of discovery during most of that period.  Add.259 (DI-223, 226, 229, 231); Add.260 (DI-379); Add.261 (DI-559).

The situation with summary judgment appears no different.  The District Court's January 17, 2023 Order decided plaintiffs' motions to seal summary judgment exhibits submitted nine months earlier but did not rule on Keurig's March 2022 motion to seal summary judgment exhibits, and requested yet additional briefing.  Add.62.  Three further months passed and, even with the benefit of that additional briefing, the District Court has still not ruled on Keurig's now year-old motion to seal nearly 400 summary judgment and *Daubert* motion exhibits, which are mostly stale and by no means confidential.  The District Court further indicated that it will not rule on the thousands of pages of summary judgment and *Daubert* motions filed by Keurig until after first ruling on Keurig's motion to seal.  Add.62.  The District Court has therefore signaled that its summary judgment decision process could easily take another year or more on motions filed

15

over a year and a half ago; the District Court's 2.5 to 3-year timeline for a

summary judgment decision is consistent with the District Court's timing practice

in summary judgment in other cases and consistent with how long the District

Court took to resolve Keurig's motion to dismiss in this case.  Orig. Add.278 (*U.S.*

*Commodity Futures*) (over 2½ years to decide summary judgment).  In the

meantime, no trial date is set, and the District Court has offered no plan to set a

trial date until after those summary judgment motions are resolved.

Keurig fixates on JBR's joint requests with other plaintiffs to extend the

discovery period but ignores that Keurig was the cause of the delays that

necessitated those requested extensions.  Keurig's document production was

delayed due to gaps in Keurig's production of critical emails and sales transactions

data, and required months of negotiation before Keurig finally acknowledged that

its productions were deficient. Orig. Add.1070; Orig. Add.841, Orig. Add.878-79.

Keurig's own discovery positions have also been a cause of delay in this

action.  From 2014 through 2017, Keurig consistently opposed Plaintiffs' repeated

requests to open discovery and commence document discovery and depositions,

and the District Court agreed with Keurig each time.  Orig. Add.650, Orig.

Add.652.  For example, JBR, along with other plaintiffs, requested in July 2016

that the District Court lift the stay of discovery that had been in place since 2014 so

that full discovery could proceed without having to await the District Court's

16

decision on Keurig's motion to dismiss. Orig. Add.654. The District Court denied the lion's share of plaintiffs' request, in particular not allowing any meaningful document discovery or depositions. Orig. Add.659. Plaintiffs were opposed by Keurig and rebuffed by the District Court on discovery again when it denied plaintiffs' April 24, 2017 request to open discovery; that denied request was notable because it flagged the dangers that key witnesses' memories were fading due to the passage of time and previously testified to their inability to remember events just two years prior to the deposition. Orig. Add.663.

Keurig makes much of the fact that JBR deposed Keurig CTO Kevin Sullivan in 2014, but ignores the prejudice caused by Keurig's requested discovery stay (granted by the Court), which denied JBR access to most of the documents relevant to Sullivan's conduct until 2018, four years after the deposition. JBR took that 2014 deposition without the benefit of the 57,177 documents in Kevin Sullivan's files as well as over 266,739 additional documents produced by members of Sullivan's team – Jimmy Huang (Senior Director of Engineer), Bob McCall (VP of Engineering), Ian Tinkler (VP of R&D), and Jim Shepherd (Director of Engineering). In the interim, while JBR waited over four years for production of these 323,916 documents, Kevin Sullivan died. In addition, and contrary to Keurig's assertion in its opposition that it (merely) spoliated three important custodian's files, Keurig failed to preserve the hard drives and/or hard

17

copy documents of 23 Keurig custodians, including senior employees who interacted closely with Sullivan — Huang, McCall, Tinkler, Shepherd, Keurig President Michele Stacy, Keurig U.S. Sales Head John Whoriskey, and VP of Communication Suzanne DuLong. Orig. Add.1076-Add.1077, Orig. Add.1079, Orig. Add.1094, Orig. Add.1097-Add.1098, Orig. Add.1103, Orig. Add.1105-Add.1106, Orig. Add.1108. JBR was therefore forever prevented from questioning Sullivan concerning the emails relating to his actions in leading the development of the Keurig 2.0 brewer, including the lock-out feature that is at the heart of the case.

In short, plaintiffs have not with their briefings caused delays in this case. The delays in this case are the results of the timing of the decisions by the District Court and the positions taken by Keurig in this matter.

## 5.     JBR's Case Will Proceed More Quickly Before a New Judge

In normal circumstances, one would expect that a complex litigation such as this one would proceed more quickly to judgment if the case remained before the judge who presided over it for the past nine years. Unfortunately, the track record of the District Court makes clear that the case will proceed far more rapidly if it is transferred to a different judge, which the MDL rules require for JBR's case.

In particular, a new judge would be looking at this case as the trial judge and would be able to review and decide the *Daubert* and Summary Judgment motions limited to those that directly involve JBR and Keurig, a much smaller subset than

18

those before Judge Broderick.   Keurig filed nine *Daubert* motions in the MDL, but

only two of Keurig's motions are against experts designated by JBR, and four out

of JBR's six experts were left unchallenged by Keurig's *Daubert* motions.

Add.262-Add.266.  JBR filed or joined *Daubert* motions against four of Keurig's

experts, but those motions can be resolved with or without JBR's presence in the

MDL. Add.266-Add.267. With respect to summary judgment, all of the motions

relate to all plaintiffs as opposed to only JBR, so JBR's transfer to the Eastern

District of California can be done without upsetting the schedule in the MDL.

Add.268-Add.269. To the extent the Eastern District of California wishes to

entertain further motions, JBR would be prepared to re-file any summary judgment

motions in California before the judge to whom the case is transferred after remand

from the MDL court.

This is not a situation in which the District Court has already done the work

of rulings on pre-trial motions, hearing evidence, or selecting a jury.  The District

Court has not so much as held a single hearing on this case in the past year.  The

District Court has not issued even a single ruling relating to the 2021 summary

judgment or *Daubert* motions and appears to have not looked at the exhibits, given

that it has not yet ruled on Keurig's or various third parties' motions to seal

summary judgment and *Daubert* exhibits.  Accordingly, there is no evidence of

19

any work done by the District Court that will need to be re-done if the case is transferred to a new judge.

In short, it would be more efficient and speedier to transfer the case to the Eastern District of California now while summary judgment and *Daubert* motions are still pending rather than force JBR to wait years for the District Court to rule on the motions, followed by more years for trial to be completed in this matter.

**6.      Keurig's Other Arguments Are Without Merit**

Keurig makes several additional arguments that are without merit.  Keurig claims that JBR failed to mention it requested relief from the MDL panel and was denied.  What Keurig failed to mention was the request was made **more than two years ago**.  Since then, more witnesses have retired or are about to retire, and both of JBR's founders have died.  JBR's requests have thus become more, not less urgent.  The fact that expert reports were submitted or that Keurig previously cross-examined some of these witnesses in deposition does nothing to mitigate the prejudice to JBR of being denied the opportunity to call these critical witnesses for direct examination at trial regarding the details of their expert opinions; JBR would instead need to bear the expense, time, and inconvenience of securing replacement witnesses who may not necessarily have the same set of knowledge or expertise.

Keurig also claims that JBR did not join in the spoliation motion, thus questioning JBR's sincerity in making this motion.  Keurig failed to point out that

at the time Treehouse and other plaintiffs filed their motion in April 2021, which the Magistrate granted, JBR had filed its request for relief from the MDL panel. JBR stated on the record during the oral argument on the spoliation issues — where Keurig had accused JBR of spoliation and Keurig's argument was summarily rejected — that the only reason it did not join Plaintiffs' spoliation motion was because JBR's request before the MDL was pending and JBR did not want joinder on pending motion practice to be a reason for the district court to retain jurisdiction over JBR and refuse to remand the case to California at that time. Add.254. Keurig ignores the fact that more than a year has passed since the Magistrate found Keurig spoliated evidence and issued her 120-page ruling, which took her only two and a half months after hearing oral argument. Despite the importance that this ruling has on the case, Judge Broderick has not seen fit to rule more than a year later.

## CONCLUSION

The pace of this case and the lack of resolution brings to mind the famous Duke Ellington lyric, "*do nothing 'til you hear from me, and you never will*." For the foregoing reasons, this Court should order the District Court to proceed with a trial schedule (and in JBR's case, remand to the Eastern District of California) irrespective of the summary judgment and *Daubert* motions that have yet to be decided.

21

Respectfully submitted,
JBR, Inc., d/b/a Rogers Family Company,
*Petitioners*

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr. (CA Bar No. 57409)
DAN JOHNSON LAW GROUP, LLP
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
Telephone: 415-604-4500
dan@danjohnsonlawgroup.com
*Counsel for Petitioners*
*JBR, Inc., d/b/a Rogers Family Company*

## CERTIFICATE OF COMPLIANCE

This brief complies with the word limit of Fed. R. App. P. 21(d)(1) because, excluding the portions exempted by Fed R. App. P. 21(a)(2)(C),

[X] this brief contains 5,170 words

[  ] this brief uses monospaced type and contains [  ] lines

This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

[X] this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font; or

[  ] this brief or other document has been prepared in a monospaced typeface using [  ] in [  ].

Dated: April 20, 2023

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr. (CA Bar No. 57409)
DAN JOHNSON LAW GROUP, LLP
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
Telephone: 415-604-4500
dan@danjohnsonlawgroup.com

## CERTIFICATE OF SERVICE

I certify that on April 20, 2023, this petition and the accompanying addendum were filed electronically with the Clerk of the Second Circuit Court of Appeals through the Court's electronic filing system, which will accomplish service on counsel for all parties.

Dated: April 20, 2023

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr. (CA Bar No. 57409)
DAN JOHNSON LAW GROUP, LLP
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
Telephone: 415-604-4500
dan@danjohnsonlawgroup.com

24

**EXHIBIT B**

# 22-2079

## United States Court of Appeals

*for the*

## Second Circuit

In Re: JBR, INC.,

*Petitioner.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JBR, INC., DBA Rogers Family Company,

*Petitioner,*

– v. –

KEURIG GREEN MOUNTAIN INC., as successor to Keurig, Incorporated,
FKA Green Mountain Coffee Roasters Inc.,

*Respondent.*

ON PETITION FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## ADDENDUM, VOL. 2
## TO RENEWED PETITION FOR WRIT OF MANDAMUS TO
## THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

DANIEL JOHNSON JR.
DAN JOHNSON LAW GROUP, LLP
*Attorneys for Petitioners JBR, Inc.*
*d/b/a Rogers Family Company*
1350 Old Bayshore Highway, Suite 520
Burlingame, California 94010
(415) 604-4500
dan@danjohnsonlawgroup.com

# TABLE OF CONTENTS

| TAB | DESCRIPTION | VOL/PAGE |
|---|---|---|
| 1 | Original Petition for Writ of Mandamus, filed 2022-09-22 | 1/Add.1 |
| 2 | Certified Order, 2d. Cir., Case No. 22-2079, issued 2022-11-15 | 1/Add.40 |
| 3 | Mandate, 2d. Cir., Case No. 22-2079, issued 2022-12-06 | 1/Add.41 |
| 4 | Table of Opinions issued by Hon. Judge Broderick in other matters since 2022-11-15 | 1/Add.42 |
| 5 | Table of Motions Outstanding, as of 2022-09-22 | 1/Add.43 |
| 6 | Docket Report for 14-md-2542 (excerpts) | 1/Add.50 |
| 7 | 2022-04-19 [MDL-1818] Plaintiffs' Letter to Hon. Judge Broderick re Request for Trial Date | 1/Add.57 |
| 8 | 2022-04-19 [MDL-1818-1] Exhibit A to Plaintiffs' Letter | 1/Add.60 |
| 9 | Suggestion of Remand in *In Re: Areda and Zometa Products Liability Litigation*, M.D. Tenn., 06-CV-527, ECF No. 85, 2011-08-09 | 1/Add.61 |
| 10 | 2023-01-17 [MDL-1978] Opinion and Order regarding motions to seal | 1/Add.62 |
| 11 | 2019-04-04 [MDL-560] Order regarding sealing of Order on motion to dismiss | 1/Add.111 |
| 12 | 2019-04-16 [MDL-572] Joint letter regarding proposed redactions | 1/Add.114 |
| 13 | 2019-04-16 [MDL-574] Order to unseal Opinion and Order | 1/Add.115 |
| 14 | Docket Report for 15-mc-1404, USDC, Dist of Columbia (excerpts) | 2/Add.116 |
| 15 | Docket Report for 16-md-2704, SDNY (excerpts) | 2/Add.145 |
| 16 | Docket Report for 14-md-2573, SDNY (excerpts) | 2/Add.181 |
| 17 | Docket Report for 19-cv-2573, NDCA (excerpts) | 2/Add.196 |
| 18 | Docket Report for 20-cv-8733, NDCA (excerpts) | 2/Add.198 |
| 19 | Docket Report for 14-cv-3264, NDCA (excerpts) | 2/Add.200 |

# TABLE OF CONTENTS

| TAB | DESCRIPTION | VOL/PAGE |
|---|---|---|
| 20 | IPP Motion for Preliminary Approval of Revised Settlements, ECF No. 2812, 14-cv-3264, NDCA (excerpts) | 2/Add.207 |
| 21 | DPP Motion for Preliminary Approval of Class Action Settlement, ECF No. 2923, 14-cv-3264, NDCA (excerpts) | 2/Add.213 |
| 22 | Docket Report for US Dominion, Inc. v. Fox News Network, LLC, Case No. N21C-03-257, DE Superior Court (excerpts) | 2/Add.218 |
| 23 | Docket Report for 18-cv-1882, EDCA (excerpts) | 2/Add.225 |
| 24 | Verdict Form, Case No. 18-cv-01882, CDCA | 2/Add.233 |
| 25 | Order on Motion to Compel, Case No. 18-cv-01882, CDCA | 2/Add.240 |
| 26 | 2020-09-29 Letter to Judge Cave, ECF No. 1104, Case No. 14-md-2542, SDNY | 2/Add.243 |
| 27 | Notice of Motion and Objections to Magistrate Judge Cave's March 28, 2022 Opinion & Order, ECF No. 1816, Case No. 14-md-2542, SDNY | 2/Add.247 |
| 28 | 2022-01-11 Transcript of Hearing on Spoliation Motion, Case No. 14-md-2542, SDNY (excerpts) | 2/Add.249 |
| 29 | Docket Report for 14-md-2542, SDNY (excerpts) | 2/Add.258 |

APPEAL,JURY,MDL,TYPE–A

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:15–mc–01404–CKK**

IN RE: DOMESTIC AIRLINE TRAVEL ANTITRUST
LITIGATION
Assigned to: Judge Colleen Kollar–Kotelly
Cases: 1:15–cv–01056–CKK
　　　　1:15–cv–01059–CKK
　　　　1:15–cv–01072–CKK
　　　　1:15–cv–01075–CKK
　　　　1:15–cv–01084–CKK
　　　　1:15–cv–01126–CKK
　　　　1:15–cv–01761–CKK
　　　　1:15–cv–01762–CKK
　　　　1:15–cv–01753–CKK
　　　　1:15–cv–01763–CKK
　　　　1:15–cv–01767–CKK
　　　　1:15–cv–01769–CKK
　　　　1:15–cv–01770–CKK
　　　　1:15–cv–01771–CKK
　　　　1:15–cv–01843–CKK
　　　　1:15–cv–01853–CKK
　　　　1:15–cv–01854–CKK
　　　　1:15–cv–01855–CKK
　　　　1:15–cv–01856–CKK
　　　　1:15–cv–01857–CKK
　　　　1:15–cv–01858–CKK
　　　　1:15–cv–01859–CKK
　　　　1:15–cv–01860–CKK
　　　　1:15–cv–01862–CKK
　　　　1:15–cv–01861–CKK
　　　　1:15–cv–01863–CKK
　　　　1:15–cv–01864–CKK
　　　　1:15–cv–01865–CKK
　　　　1:15–cv–01866–CKK
　　　　1:15–cv–01880–CKK
　　　　1:15–cv–01881–CKK
　　　　1:15–cv–01882–CKK
　　　　1:15–cv–01883–CKK
　　　　1:15–cv–01886–CKK
　　　　1:15–cv–01888–CKK
　　　　1:15–cv–01890–CKK
　　　　1:15–cv–01891–CKK
　　　　1:15–cv–01893–CKK
　　　　1:15–cv–01894–CKK
　　　　1:15–cv–01895–CKK
　　　　1:15–cv–01896–CKK
　　　　1:15–cv–01897–CKK
　　　　1:15–cv–01898–CKK
　　　　1:15–cv–01899–CKK

Date Filed: 10/13/2015
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

1:15–cv–01900–CKK
1:15–cv–01901–CKK
1:15–cv–01903–CKK
1:15–cv–01904–CKK
1:15–cv–01905–CKK
1:15–cv–01906–CKK
1:15–cv–01907–CKK
1:15–cv–01754–CKK
1:15–cv–01908–CKK
1:15–cv–01765–CKK
1:15–cv–01909–CKK
1:15–cv–01910–CKK
1:15–cv–01911–CKK
1:15–cv–01912–CKK
1:15–cv–01913–CKK
1:15–cv–01914–CKK
1:15–cv–01915–CKK
1:15–cv–01916–CKK
1:15–cv–01917–CKK
1:15–cv–01921–CKK
1:15–cv–01922–CKK
1:15–cv–01923–CKK
1:15–cv–01925–CKK
1:15–cv–02002–CKK
1:15–cv–01878–CKK
1:15–cv–01879–CKK
1:15–cv–01902–CKK
1:15–cv–01876–CKK
1:15–cv–01874–CKK
1:15–cv–01873–CKK
1:15–cv–01872–CKK
1:15–cv–01871–CKK
1:15–cv–01870–CKK
1:15–cv–01869–CKK
1:15–cv–01868–CKK
1:15–cv–01867–CKK
1:15–cv–01919–CKK
1:15–cv–01918–CKK
1:15–cv–01884–CKK
1:15–cv–01887–CKK
1:15–cv–02096–CKK
1:15–cv–01889–CKK
1:15–cv–01892–CKK
1:15–cv–02003–CKK
1:15–cv–01885–CKK
1:16–cv–00132–CKK
1:16–cv–00257–CKK
1:16–cv–00718–CKK
1:15–cv–01755–CKK
1:15–cv–01756–CKK
1:15–cv–01759–CKK
1:15–cv–01760–CKK

<u>1:15–cv–01757–CKK</u>
<u>1:15–cv–01725–CKK</u>
<u>1:15–cv–01741–CKK</u>
<u>1:15–cv–01816–CKK</u>
<u>1:15–cv–01924–CKK</u>
<u>1:15–cv–01980–CKK</u>
<u>1:15–cv–01985–CKK</u>
<u>1:15–cv–01877–CKK</u>
<u>1:15–cv–01875–CKK</u>
<u>1:18–cv–02119–UNA</u>

Case in other court:  USCA, 19–07058
USCA, 19–07059
USCA, 19–07060
Judicial Panel on Multidistrict Litigation, 2656

Cause: 15:1 Antitrust Litigation

**<u>In Re</u>**

**IN RE: DOMESTIC AIRLINE
TRAVEL ANTITRUST LITIGATION**

**<u>Special Master</u>**

**RICHARD A. LEVIE**
JAMS
1155 F Street, NW
Suite 1150
Washington, DC 20004
(202) 942–9180

**<u>Non–Party Respondent</u>**

| | | |
|---|---|---|
| **INTERNATIONAL AIR TRANSPORT ASSOCIATION** | represented by | **Thomas J. Lang**<br>HAYNES AND BOONE, LLP<br>800 17th Street, NW<br>Suite 500<br>Washington, DC 20006<br>(202) 654–4521<br>Fax: (202) 654–4278<br>Email: thomas.lang@haynesboone.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael James Scanlon**<br>HAYNES AND BOONE, LLP<br>800 17th Street, NW<br>Suite 500<br>Washington, DC 20006<br>202–654–4570<br>Fax: 202–654–4249<br>Email: michael.scanlon@haynesboone.com<br>*ATTORNEY TO BE NOTICED* |

**<u>Plaintiff</u>**

**ELLIOT J. BLUMENTHAL**
*on behalf of himself and all others
similarly situated*

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **WILLIAM YOUMANS**<br>*on behalf of himself and all others* | represented by | **Kit A. Pierson**<br>COHEN MILSTEIN SELLERS & TOLL |

*similarly situated*
     PLLC
     1100 New York Avenue, NW
     Suite 500 East Tower
     Washington, DC 20005
     (202) 408–4603
     Fax: (202) 408–4699
     Email: KPierson@cohenmilstein.com
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHAWN JAIN**     represented by  **Gary Edward Mason**
     MASON LLP
     5335 Wisconsin Avenue NW
     Suite 640
     Washington, DC 20015
     202–429–2290
     Fax: 202–429–2294
     Email: gmason@masonllp.com
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RACHEL GOLIAN**     represented by  **Ronald J. Aranoff**
*on behalf of herself and all others*     Wollmuth Maher & Deutsch LLP
*similarly situated*     500 Fifth Avenue
     14th Floor
     New York, NY 10110
     212–382–3300
     Email: raranoff@wmd–law.com
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**COLLEEN PANZINO**     represented by  **W. Scott Simmer**
     BARON & BUDD, P.C.
     600 New Hampshire Avenue NW
     10th Floor
     Washington, DC 20037
     202–333–4562
     Fax: 202–337–1039
     Email: ssimmer@baronbudd.com
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHRISTOPHER DEVIVO**     represented by  **Mark I. Labaton**
New York, NY     ISAACS FRIEDBERG & LABATON
*On Behalf of Themselves and All Others*     555 S. Flower Street
*Similarly Situated*     Suite 4250
     Los Angeles, CA 90071
     (213) 929–5534
     Fax: (213) 955–5794
     Email: mlabaton@iflcounsel.com
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACK SNIADO**     represented by  **Barbara J. Hart**
Hollywood, FL     GRANT & EISENHOFER, P.A.
*On Behalf of Themselves and All Others*     485 Lexington Avenue
*Similarly Situated*     Ste 29th Floor

New York, NY 10017
646–722–8500
Email: bhart@gelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JULIA L. HOLT**                             represented by  **Barbara J. Hart**
*On Behalf of Themselves and All Others*                      (See above for address)
*Similarly Situated*                                          *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAY WINTON**                                represented by  **Barbara J. Hart**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LILIAN M. RAJI**                            represented by  **Todd S. Garber**
*On behalf of herself and all others*                         FINKELSTEIN, BLANKINSHIP,
*similarly situated*                                          FREI–PEARSON & GARBER, LLP
                                                              1311 Mamaroneck Avenue
                                                              Suite 220
                                                              White Plains, NY 10605
                                                              (914) 298–3281
                                                              Fax: (914) 824–1561
                                                              Email: tgarber@fbfglaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEVEN HERSH**                              represented by  **Linda P. Nussbaum**
*individually and on behalf of all those*                     NUSSBAUM LAW GROUP, P.C.
*similarly situated*                                          1211 Avenue of the Americas
                                                              40th Floor
                                                              New York, NY 10036–8718
                                                              (917) 438–9102
                                                              Email: lnussbaum@nussbaumpc.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ELIZABETH A. CUMMING**                      represented by  **Warren T. Burns**
                                                              BURNS CHAREST LLP
                                                              900 Jackson Street
                                                              Suite 500
                                                              Dallas, TX 75202
                                                              (469) 904–4550
                                                              Fax: (469) 444–5002
                                                              Email: wburns@burnscharest.com
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KENNETH A. NELSON**                         represented by  **Warren T. Burns**
                                                              (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JONATHAN SHANKLE**                     represented by **Warren T. Burns**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRADFORD TOMLIN**                      represented by **Warren T. Burns**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WHITNEY TOMLIN**                       represented by **Warren T. Burns**
*both individually and on behalf of all*  (See above for address)
*others similarly situated*               *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL KROMAR**                       represented by **Patrick J. Coughlin**
                                          SCOTT&SCOTT ATTORNEYS AT LAW
                                          LLP
                                          600 W. Broadway
                                          Suite 3300
                                          San Diego, CA 92101
                                          619−233−4565
                                          Fax: 619−233−0508
                                          Email: pcoughlin@scott−scott.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHERI ROSALIA**                        represented by **Patrick J. Coughlin**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHRISTOPHER TURTZO**                   represented by **Patrick J. Coughlin**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOSH STAMPS**                          represented by **Patrick J. Coughlin**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD WARCHOL**                      represented by **Patrick J. Coughlin**
                                          (See above for address)
                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KAYLA REPAN**                    represented by **Frederic S. Fox**
                                   KAPLAN FOX & KILSHEIMER LLP
                                   800 Third Avenue
                                   38th Floor
                                   New York, NY 10022
                                   212–687–1980
                                   Email: ffox@kaplanfox.com
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE–BOSTON RETIREMENT**         represented by **Jay L. Himes**
**SYSTEM**                                          NEW YORK ATTORNEY GENERAL
*on behalf of itself and all others similarly*      28 Liberty Street
*situated*                                          New York, NY 10005
                                   212–416–6249
                                   Email: jay.himes@ag.ny.gov
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CURTIS PALMER**                  represented by **Linda P. Nussbaum**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHARLES CURLEY**                 represented by **Gregory E. Del Gaizo**
*Individually and on Behalf of All Others*          ROBBINS LLP
*Similarly Situated*                                5040 Shoreham Place
                                   San Diego, CA 92122
                                   619–525–3990
                                   Fax: 619–525–3991
                                   Email: gdelgaizo@robbinsllp.com
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DMITRIY BANGIYEV**
*Individually and on Behalf of All Others*
*Similarly Situated*

**Plaintiff**

**STELLA BANGIYEVA**               represented by **Gregory E. Del Gaizo**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EILEEN SILVER**                  represented by **Jayne Arnold Goldstein**
*on behalf of herself and all others*               MILLER SHAH LLP
*similarly situated*                                1625 N. Commerce Parkway
                                   Suite S. 320
                                   Ft. Lauderdale, FL 33326
                                   954–903–3170
                                   Fax: 866–300–7367
                                   Email: jagoldstein@millershah.com
                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMY BESS**
*Individually and on behalf of all others
similarly situated*

represented by **Kimberly A. Kralowec**
KRALOWEC LAW, P.C.
750 Battery Street
Suite 700
San Francisco, CA 94111
(415) 546–6800
Fax: (415) 546–6801
Email: kkralowec@kraloweclaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KATHRYN LAVIN**
*on behalf of herself and all others
similarly situated*

represented by **Michael David Hausfeld**
HAUSFELD LLP
888 16th Street NW
Ste 300
Washington, DC 20006
202–540–7200
Email: mhausfeld@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHELE ANDRADE**
*on behalf of herself and all others
similarly situated*

represented by **Allan Steyer**
STEYER LOWENTHAL
BOODROOKAS ALVAREZ & SMITH
LLP
One California Street
Third Floor
San Franciso, CA 94111
(415) 421–3400
Fax: (415) 421–2234
Email: asteyer@steyerlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL BACKUS**
*on behalf of himself and all others
similarly situated*

represented by **Matthew Gerend**
KELLER ROHRBACK LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101
206–442–1563
Email: mgerend@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARBARA E. HARTLEY**
*on behalf of herself and all others
similarly situated*

represented by **Francis O. Scarpulla**
LAW OFFICES OF FRANCIS O.
SCARPULLA
456 Montgomery Street
17th Floor
San Francisco, CA 94104
(415) 788–7210
Fax: (415) 788–0706
Email: fos@scarpullalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ETHAN BRODSKY**                          represented by   **Shpetim Ademi**
                                                            ADEMI & O'REILLY LLP
                                                            3620 East Layton Avenue
                                                            Cudahy, WI 53110
                                                            (414) 482–8000
                                                            Fax: (414) 482–8001
                                                            Email: sademi@ademilaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFFREY ROBB**                           represented by   **Shpetim Ademi**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**VALBONA ALLA**                           represented by   **Shpetim Ademi**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOIS GIORDANO**
*individually and on behalf of all others*
*similarly situated*

**Plaintiff**

**YVETTE WHEELER**                         represented by   **Warren T. Burns**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER EVERITT**                          represented by   **Warren T. Burns**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ELSIE M. JONES**                         represented by   **Kimberly A. Justice**
                                                            KESSLER TOPAZ MELTZER &
                                                            CHECK, LLP
                                                            280 King of Prussia Road
                                                            Radnor, PA 19087
                                                            (610) 667–7706
                                                            Fax: (610) 667–7056
                                                            Email: kjustice@ktmc.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHONG HUMMEL**                           represented by   **Kimberly A. Justice**
*INDIVIDUALLY AND ON BEHALF OF*                             (See above for address)
*ALL OTHERS SIMILARLY SITUATED*                             *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFFREY HARDIMON**
*ON BEHALF OF HIMSELF AND ALL*
*OTHERS SIMILARLY SITUATED*

represented by **Marc H. Edelson**
EDELSON & ASSOCIATES, LLC
3 Terry Drive
Suite 205
Newtown, PA 18940
(215) 867–2200
Fax: (267) 685–0676
Email: medelson@edelson–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEON COATS**

represented by **Allan Kanner**
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524–5777
Fax: (504) 524–5763
Email: a.kanner@kanner–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RON COATS**

represented by **Allan Kanner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SAMANTHA WHITE**
*on behalf of herself and all others*
*similarly situated*

**Plaintiff**

**SOLOMON FRIEDMAN**

represented by **Nancy A. Kulesa**
SCHATZ NOBEL IZARD, P.C.
20 Church Street
Suite 1700
Hartford, CT 06103
(860) 493–6292
Fax: (860) 493–6290
Email: nkulesa@snlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LARRY MORRISON**
*Individually and on behalf of all others*
*similarly situated*

represented by **Jeffrey S. Abraham**
ABRAHAM FRUCHTER & TWERSKY
LLP
One Penn Plaza
Suite 2805
New York, NY 10119
(212) 279–5050
Fax: (212) 279–3655
Email: jabraham@aftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GABRIEL WATKINS**
*on behalf of himself and all others*
*similarly situated*

represented by   **Michael Goldberg**
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229–1401
Fax: (713) 229–1522
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES L. STEWART**

represented by   **Azra Z. Mehdi**
MEHDI FIRM, PC
One Market, Spear Tower
S–3600
San Francisco, CA 94105
(415) 293–8039
Fax: (415) 293–8001
Email: azram@themehdifirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEPHANIE JUNG**
*on behalf of herself and all others*
*similarly situated*

represented by   **Steven N. Williams**
COTCHETT, PITRE, SIMON &
MCCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94010
(650) 697–6000
Fax: (650) 697–0577
Email: swilliams@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J. Zapala**
COTCHETT, PITRE & MCCARTHY,
LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
(650) 697–6000
Fax: (650) 697–0577
Email: azapala@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEAN TED**

**Plaintiff**

**BONNIE FOSTER PATRICK**

**Plaintiff**

**LORRIE ANN COATES**

**Plaintiff**

**DELIA MELLEN**
*on behalf of herself, and all others*
*similarly situated*

**Plaintiff**

**DAVID MARKUN**
*on behalf of himself and all others*
*similarly situated*

**Plaintiff**

**AMELIA BELL**
*on behalf of herself and all other*
*similarly situated*

**Plaintiff**

**JUDAH NATHANSON**
*on behalf of himself and all others*
*similarly situated*

**Plaintiff**

**RICHARD P. IEYOUB, SR**
*both individually and on behalf of all*
*others similarly situated*

**Plaintiff**

**PAULA A. ATES**
*individually and on behalf of all those*
*similarly situated*

**Plaintiff**

**JENNIFER BERDAY**                    represented by  **Lynn A. Toops**
*on behalf of herself and all others*                   COHEN & MALAD LLP
*similarly situated*                                    One Indiana Square
                                                        Suite 1400
                                                        Indianapolis, IN 46204
                                                        (317)636–6481
                                                        Fax: (317)636–2593
                                                        Email: ltoops@cohenandmalad.com
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Richard E. Shevitz**
                                                        COHEN & MALAD LLP
                                                        One Indiana Square
                                                        Suite 1400
                                                        Indianapolis, IN 46204
                                                        (317)636–6481
                                                        Fax: (317)636–2593
                                                        Email: rshevitz@cohenandmalad.com
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KUMAR PATEL**                        represented by  **Natalie Finkelman Bennett**
*on behalf of themselves and all others*                MILLER SHAH LLP
*similarly situated*                                    1845 Walnut Street, Suite 806
                                                        Philadelphia, PA 19103
                                                        610–891–9880
                                                        Fax: 866–300–7367
                                                        Email: nfinkelman@millerlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RAJESH PATEL**
*on behalf of themselves and all others*
*similarly situated*

represented by **Natalie Finkelman Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**AARON LAY**
*on behalf of himself and all others*
*similarly situated*

represented by **Gregory F. Coleman**
GREG COLEMAN LAW PC
550 Main Avenue
Suite 600
Knoxville, TN 37902
865–247–0080
Fax: 865–522–0049
Email: greg@gregcolemanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**THERESA BROWN**
*on behalf of herself and all others*
*similarly situated*

represented by **Gregory F. Coleman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**MICHAEL GARZEL**

<u>**Plaintiff**</u>

**GUILLERMO DE LA GARZA**

<u>**Plaintiff**</u>

**GAIL WOLFE**

<u>**Plaintiff**</u>

**ANGELINA CHANDLER**

<u>**Plaintiff**</u>

**CHARLES G. DIBRELL, III**

<u>**Plaintiff**</u>

**WILLIAM B. COTTRELL**

<u>**Plaintiff**</u>

**MICHAEL OHLSTEIN**

<u>**Plaintiff**</u>

**XAVIER BESS**
*Individually and on Behalf of All Those*
*Similarly Situated*

represented by **George A. Zelcs**
KOREIN TILLERY, LLC
205 North Michigan Avenue
Suite 1950
Chicago,, IL 60601
(312) 641–9750
Fax: (312) 641–9751
Email: gzelcs@koreintillery.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JORDAN LEIGH**                            represented by   **George A. Zelcs**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**ALANA COSTANTINO**                        represented by   **George A. Zelcs**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**VINCENT PANFIL**                          represented by   **John R. Malkinson**
*on behalf of themselves and all others*                    MALKINSON & HALPERN, P.C.
*similarly situated*                                         208 S. LaSalle Street
                                                            Suite 1750
                                                            Chicago, IL 60604
                                                            (312) 427–9600
                                                            Fax: (312) 750–1912
                                                            Email: jmalkinson@mhtriallaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**RICHARD E. KRAFT**                        represented by   **John R. Malkinson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**LARISSA D. KOSITS**                       represented by   **Elizabet C. Pritzker**
                                                            PRITZKER LEVINE LLP
                                                            180 Grand Avenue
                                                            Suite 1390
                                                            Oakland, CA 94612
                                                            (415) 805–8532
                                                            Fax: (415) 366–6110
                                                            Email: ecp@pritzkerlevine.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**JONATHAN SCHUMACHER**                     represented by   **W. Joseph Bruckner**
                                                            LOCKRIDGE GRINDAL NAUEN
                                                            P.L.L.P.
                                                            100 Washington Avenue, S.
                                                            Suite 2200
                                                            Minneapolis, MN 55401
                                                            (612) 339–6900
                                                            Fax: (612) 339–0981
                                                            Email: wjbruckner@locklaw.com
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

                                            represented by

**ELIZABETH WALKER**
*On Behalf of Herself and All Others*
*Similarly Situated*

Tyner D. Helms
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103
334–269–2343
Email: tyner.helms@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Archie I. Grubb , II
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
(334) 269–2343
Fax: (334) 954–7555
Email: archie.grubb@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARTIN POMEROY**
*on behalf of himself and all others*
*similarly situated*

represented by **David Andrew Bain**
LAW OFFICES OF DAVID A. BAIN,
LLC
1050 Promenade II
1230 Peachtree Street
Atlanta, GA 30309
(404) 724–9990
Fax: (404) 724–9986
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NELSON VALDES**

represented by **Louis I. Mussman**
Ku & Mussman, PA
12550 Biscayne Blvd
Suite 406
Miami, FL 33181
(305) 891–1322
Fax: (305) 891–4512
Email: louis@kumussman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BOSTON AMATEUR BASKETBALL**
**CLUB, III, LTD.**
*on behalf of itself and all others similarly*
*situated*

represented by **Robert Joseph Barton**
BARTON & DOWNES LLP
1633 Connecticut Avenue NW
Suite 200
Washington, DC 20009
202–734–5458
Email: jbarton@bartondownes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LINDA WILLIAMS**
*on behalf of herself and all others*
*similarly situated*

represented by **Gil D. Messina**
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ 07733
(732) 332–9300

Fax: (732) 332–9301
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Alioto**
ALIOTO LAW FIRM
One Sansome Street
35th Floor
San Francisco, CA 94104
(415) 434–8900
Fax: (415) 434–9200
Email: jmalioto@aliotolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Papale**
LAW OFFICES OF LAWRENCE G.
PAPALE
1308 Main Street
Suite 117
Saint Helena, CA 94574
(707) 963–1704
Fax: (707) 963–0706
Email: lgpapale@papalelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HOWARD ROBINSON**
*on behalf of himself and all others
similarly situated*

represented by **Robert Joseph Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LAX & COMPANY, INC.**
*on behalf of themselves and all others
similarly situated*

represented by **Robert Joseph Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRIAN BANK**
*on behalf of himself and all others
similarly situated*

represented by **Adam C. Belsky**
GROSS & BELSKY P.C.
201 Spear Street
Suite 1100
San Francisco, CA 94105
(415) 544–0200
Fax: (415) 544–0201
Email: adam@grossbelsky.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terry Gross**
GROSS & BELSKY P.C.
201 Spear Street
Suite 1100
San Francisco, CA 94105
(415) 544–0200
Fax: (415) 544–0201
Email: terry@grossbelsky.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Add.131

**Plaintiff**

**GLORIA GOLDBLATT**
*individually and on behalf of all others*
*similarly situated*

represented by **Eric B. Fastiff**
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street
29th Floor
San Francisco, CA 94111–3339
415–956–1000
Fax: 415–956–1008
Email: efastiff@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BREANNA JACKSON**

represented by **Eric B. Fastiff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID MCENERNEY**
*on behalf of himself and all other*
*similarly situated*

represented by **John D. Radice**
RADICE LAW FIRM PC
34 Sunset Boulevard
Long Beach, NJ 08008
(646) 386–7688
Fax: (609) 385–0745
Email: jradice@radicelawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SETH LYONS**
*on behalf of himself and all other*
*similarly situated*

represented by **John D. Radice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHRISTINA CLEVELAND**

represented by **Manfred P. Muecke**
MANFRED, APC
600 Broadway Avenue
Suite 700
San Diego, CA 92101
619–550–4005
Fax: 619–550–4006
Email: mmuecke@manfredapc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARRETT KINDELSPIRE**
*on behalf of themselves and all others*
*similarly situated*

represented by **Manfred P. Muecke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWARD PARK**
*on his own behalf and on behalf of all*
*others similarly situated*

represented by **Jack W. Lee**
MINAMI TAMAKI LLP
360 Post Street
8th Floor
San Francisco, CA 94108
(415) 788–9000
Fax: (415) 398–3887

Email: jlee@minamitamaki.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SARAH TRAN**
*on behalf of herself and all others
similarly situated*

**Plaintiff**

**JUDY A. REIBER**
*on behalf of herself and all others
similarly situated*

**Plaintiff**

**CHEROKII VERDUZCO**          represented by   **Cadio Zirpoli**
*on behalf of herself and all others*          JOSEPH SAVERI LAW FIRM, LLP
*similarly situated*                           601 California Street
                                               Suite 1000
                                               San Francisco, CA 94108
                                               415–500–6800
                                               Fax: 415–395–9940
                                               Email: czirpoli@saverilawfirm.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Guido Saveri**
                                               SAVERI & SAVERI, INC.
                                               706 Sansome Street
                                               San Francisco, CA 94111
                                               (415) 217–6810
                                               Fax: (415) 217–6813
                                               Email: guido@saveri.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Lisa Saveri**
                                               SAVERI & SAVERI, INC.
                                               706 Sansome Street
                                               San Francisco, CA 94111
                                               (415) 217–6810
                                               Email: Lisa@saveri.com
                                               *ATTORNEY TO BE NOTICED*

                                               **Matthew D. Heaphy**
                                               SAVERI & SAVERI, INC.
                                               706 Sansome Street
                                               San Francisco, CA 94111
                                               (415) 217–6810
                                               Email: mheaphy@saveri.com
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MINGLI CHEN**                represented by   **Jiangxiao Athena Hou**
                                               ZELLE LLP
                                               44 Montgomery Street
                                               Suite 3400
                                               San Francisco, CA 94104
                                               (415) 693–0700
                                               Fax: (415) 693–0770
                                               Email: ahou@zelle.com
                                               *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD KING**
*on behalf of himself and all others*
*similarly situated*

represented by **Hilary K. Scherrer**
HAUSFELD LLP
888 16th Street, NW
Ste 300
Washington, DC 20006
202–540–7200
Fax: 202–540–7201
Email: hscherrer@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL COFFEY, JR.**

**Plaintiff**

**JAMES GRIMES**

represented by **Robert Joseph Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHARLES CARTE**
*on Behalf of Himself and a Class of All*
*Others Similarly Situated*

represented by **Lee Albert**
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street
Suite 2920
New York, NY 10168
(212) 682–5340
Fax: (212) 884–0988
Email: lalbert@glancylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CAROLYN COLLINS**

**Plaintiff**

**HOWARD COLLINS**

**Plaintiff**

**BRIAN CONNELLY**

**Plaintiff**

**ANTHONY DENINNO**

**Plaintiff**

**CHRISTOPHER FALCONETTI**

**Plaintiff**

**NATHAN FRANK**
*on behalf of himself and all others*
*similarly situated*

**Plaintiff**

represented by

Add.134

**CRAIG KELLY**
*on behalf of himself and all others*
*similarly situated*

**Christopher T. Micheletti**
ZELLE LLP
555 12th Street
Suite 1230
Oakland, CA 94607
415–693–0700
Fax: 415–693–0770
Email: cmicheletti@zellelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**JUDAH MICHAEL**
*on behalf of themselves and all others*
*similarly situated*

<u>**Plaintiff**</u>

**RICHARD PRICE**                    represented by  **Peter Leckman**
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street
Suite 4130
Philadelphia, PA 19130
215–320–0876
Fax: 215–320–5703
Email: pleckman@langergrogan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**JON KELLAM**                    represented by  **Craig L. Briskin**
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
(202) 822–5100
Fax: (202) 822–4997
Email: cbriskin@findjustice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**ANDREW NEMIT**                    represented by  **Craig L. Briskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**ISRAEL KATZ**                    represented by  **Ronald J. Aranoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**LEVIN SIMES LLP**                    represented by  **Daniel T. LeBel**
*On Behalf of Itself and All Others*          CONSUMER LAW PRACTICE OF
*Similarly Situated*                          DANIEL T. LEBEL
3 Embarcadero Center
Suite 1650
San Francisco, CA 94111
(415) 513–1414

Fax: (877) 563–7848
Email: danlebel@consumerlawpractice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEVEN YENINAS**              represented by   **Jeannine M. Kenney**
                                                HAUSFELD LLP
                                                325 Chestnut Street
                                                Ste 900
                                                Philadelphia, PA 19106
                                                215–985–3270
                                                Fax: 215–985–3271
                                                Email: jkenney@hausfeld.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Katie R. Beran**
                                                HAUSFELD LLP
                                                325 Chestnut Street
                                                Suite 900
                                                Philadelphia, PA 19106
                                                (215) 985–3270
                                                Fax: (215) 985–3271
                                                Email: kberan@hausfeld.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Seth R. Gassman**
                                                Hausfeld LLP
                                                600 Montgomery St
                                                Suite 3200
                                                San Francisco, CA 94111
                                                415–633–1908
                                                Email: sgassman@hausfeld.com
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEITH ANDERSON**             represented by   **Robert Joseph Barton**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARBARA LAWRENCE CONE**      represented by   **Robert S. Kitchenoff**
*individually and on behalf of all others*      WEINSTEIN KITCHENOFF & ASHER
*similarly situated*                            LLC
                                                100 South Broad Street
                                                Suite 705
                                                Philadelphia, PA 19110
                                                (215) 545–7200
                                                Fax: (215) 545–6535
                                                Email: kitchenoff@wka–law.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALEXIA ATTARD**
*individually and on behalf of all others*
*similarly situated*

**Plaintiff**

                               represented by

Add.136

**ROBERT DERINGER**
*individually, and on behalf of all others
similarly situated*

David M. Cialkowski
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341–0400
Fax: (612) 341–0844
Email: david.cialkowski@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACOB DOMBROSKI**                        represented by  **James M. Dombroski**
LAW OFFICES OF JAMES M.
DOMBROSKI
P.O. Box 751027
Petaluma, CA 94975
(707) 762–7807
Fax: (707) 769–0419
Email: jdomski@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARISA DOMBROSKI**                       represented by  **James M. Dombroski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TINA EVANS**
*individually, and on behalf of all others
similarly situated*

**Plaintiff**

**LARRY HORWITZ**
*individually, and on behalf of all others
similarly situated*

**Plaintiff**

**KENT BUSEK**                             represented by  **Daniel E. Gustafson**
*individually, and on behalf of all others               GUSTAFSON GLUEK PLLC
similarly situated*                                      120 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 333–8844
Fax: (612) 339–6622
Email: dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFFREY LARSON**
*individually, and on behalf of all others
similarly situated*

**Plaintiff**

**JOHN–GABRIEL LICHT**                     represented by  **David M. Cialkowski**
*on behalf of himself and all others                     (See above for address)
similarly situated*                                      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AUDREY ONDRADE**                          represented by **James M. Dombroski**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHARON PRICE**
*individually, and on behalf of all others
similarly situated*

**Plaintiff**

**JAMES J. RILEY**
*individually, and on behalf of all others
similarly situated*

**Plaintiff**

**ROBERT ROLLAND**
*individually and and on behalf of all
others similary situated*

**Plaintiff**

**SHEARSON PUBLISHING**
*on behalf of itself and all others similarly
situated*

**Plaintiff**

**TIMOTHY ST. CYR**
*individually and on behalf of all others
similarly situated*

**Plaintiff**

**STEVEN M. TRAUT WELLS, INC.**            represented by **Daniel E. Gustafson**
*doing business as*                                        (See above for address)
TRAUT WELLS                                                *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAY TILAK**                               represented by **Dianne M. Nast**
*individually, and on behalf of all others*                NastLaw LLC
*similarly situated*                                        1101 Market Street
                                                            Suite 2801
                                                            Philadelphia, PA 19107
                                                            215–923–9300
                                                            Fax: 215–923–9302
                                                            Email: dnast@nastlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KATHERINE ROSE WARNOCK**                 represented by **Daniel J. Mogin**
*individually, and on behalf of all others*                MOGINRUBIN LLP
*similarly situated*                                        One America Plaza
                                                            600 West Broadway
                                                            Suite 3300
                                                            San Diego, CA 92101
                                                            619–798–5333
                                                            Email: dmogin@moginrubin.com
                                                            *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID WELLS**
*individually, and on behalf of all others
similarly situated*

represented by **David M. Cialkowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWARD LAWRENCE**

represented by **Joseph M. Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL MARTIN**

represented by **Joseph M. Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROSEMARIE GABRIELE**

**Plaintiff**

**UNION LABOR LIFE INSURANCE
COMPANY**
*on behalf of itself and all others similarly
situated*

represented by **Paul L. Knight**
NOSSAMAN LLP
1401 New York Avenue, NW
Suite 800
Washington, DC 20005
202–887–1400
Fax: 202–466–3215
Email: pknight@nossaman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HOWARD SLOAN KOLLER GROUP**
*on behalf of itself and all others similarly
situated*

represented by **Robert N. Kaplan**
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
4th Floor
New York, NY 10022
(212) 687–1980
Fax: (212) 687–7714
Email: rkaplan@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JENNIFER M. MCMAHON**

**Plaintiff**

**EDWARD C. PHILLIPS**

**Plaintiff**

**GAIL WARE**
*on behalf of herself and all others
similarly situated*

Add.139

**Plaintiff**

**ARIA WINT**
*on behalf of herself and all others
similarly situated*

**Plaintiff**

**KAREN BRUZDA**

**Plaintiff**

**ARVIND SUNDAR**
*on behalf of himself and all others
similarly situated*

**Plaintiff**

**ULLICO INC.**                          represented by **Jay L. Himes**
*On behalf of itself and all others similarly*          (See above for address)
*situated*                                              *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CAROLYN COLLINS**                      represented by **Allan Kanner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**HOWARD COLLINS**                       represented by **Allan Kanner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROSEMARIE GABRIELE**                   represented by **Allan Kanner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PAUL MACOLINO**
*on behalf of himself and all others
similarly situated*

**Plaintiff**

**ERIC STETZLER**                        represented by **Thomas P. Pier**
                                                        ALIOTO LAW FIRM
                                                        One Sansome Street
                                                        35th Floor
                                                        San Francisco, CA 94104
                                                        (415) 434–9200
                                                        Fax: (415) 434–8900
                                                        Email: tpier@aliotolaw.com
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALL PLAINTIFFS**                       represented by **Adam J. Zapala**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

Add.140

*ATTORNEY TO BE NOTICED*

**Hilary K. Scherrer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael David Hausfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven N. Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew D. Heaphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM RUBINSOHN**          represented by  **Lingel H. Winters**
LAW OFFICES OF LINGEL H.
WINTERS
275 Battery Street
Suite 2600
San Francisco, CA 94111
(415) 398–2941
Fax: (415) 362–1431
Email: sawmill2@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AARON MULVEY**          represented by  **Aaron Kyle Mulvey**
LAW OFFICES OF AARON K.
MULVEY PLLC
1327 Bar Harbor Drive
Dallas, TX 75232
(214) 282–5215
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CAROLYN MULVEY**          represented by  **Aaron Kyle Mulvey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CATHERINE RICHMOND**          represented by  **CATHERINE RICHMOND**
8061 Mozart Street
Round Rock, TX 78665

PRO SE

**Plaintiff**

**JOSEPH HALL**                    represented by    **JOSEPH HALL**
                                                     8061 Mozart Street
                                                     Round Rock, TX 78665
                                                     PRO SE

**Plaintiff**

**ELIZABETH MONTGOMERY**           represented by    **ELIZABETH MONTGOMERY**
                                                     8061 Mozart Street
                                                     Round Rock, TX 78665
                                                     PRO SE

V.

**Defendant**

**DELTA AIRLINES, INC**            represented by    **James Peter Denvir , III**
*a Delaware Corporation*                             BOIES, SCHILLER & FLEXNER LLP
                                                     1401 New York Avenue, NW
                                                     Washington, DC 20005
                                                     (202) 237–2727
                                                     Fax: (202) 237–6131
                                                     Email: jdenvir@bsfllp.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael S. Mitchell**
                                                     BOIES, SCHILLER & FLEXNER LLP
                                                     1401 New York Avenue, NW
                                                     Washington, DC 20005
                                                     (202) 237–2727
                                                     Fax: (202) 237–6131
                                                     Email: mmitchell@bsfllp.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED AIRLINES, INC.**          represented by    **Kent Alan Gardiner**
                                                     CROWELL & MORING LLP
                                                     1001 Pennsylvania Avenue, NW
                                                     Washington, DC 20004
                                                     202–624–2578
                                                     Email: kgardiner@crowell.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Paul Laurence Yde**
                                                     FRESHFIELDS BRUCKHAUS
                                                     DERINGER US LLP
                                                     700 13th Street, NW
                                                     10th Floor
                                                     Washington, DC 20005
                                                     (202) 777–4530
                                                     Fax: (202) 777–4555
                                                     Email: paul.yde@freshfields.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Cheryl Anne Falvey**
                                                     CROWELL & MORING LLP
                                                     1001 Pennsylvania Avenue, NW

Washington, DC 20004
(202) 624–2675
Email: cfalvey@crowell.com
*ATTORNEY TO BE NOTICED*

**David Martin Schnorrenberg**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
202–624–2664
Fax: 202–628–5116
Email: dschnorrenberg@crowell.com
*ATTORNEY TO BE NOTICED*

**Luke P. van Houwelingen**
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
1001 Pennsylvania Avenue, NW
Washington, DC 20004–2595
202–624–2583
Email: lvanhouwelingen@crowell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FREDERICK ISAACSON**                represented by   **W. Scott Simmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED CONTINENTAL**                represented by   **Kent Alan Gardiner**
**HOLDINGS, INC.**                                    (See above for address)
*a Delaware corporation*                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Laurence Yde**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Anne Falvey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Martin Schnorrenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICAN AIRLINES GROUP,**          represented by   **Richard G. Parker**
**INC.**                                              GIBSON, DUNN & CRUTCHER, LLP
*a Delaware corporation*                              1050 Connecticut Avenue, N.W.
Washington, DC 20036
202–955–8503
Email: rparker@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin G. Bradshaw**
O'MELVENY & MYERS, LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383–5163

Email: bbradshaw@omm.com
*ATTORNEY TO BE NOTICED*

**Katrina M. Robson**
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 220–5052
Fax: (202) 383–5414
Email: krobson@omm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABC CORPS. 1–100**
*inclusive*

**Defendant**

**JOHN DOES 1–100**

V.

**Interested Party**

**STEPHEN WILLETT**                    represented by    **Stephan F. Willett**
4503 Gilbertson Rd
Fairfax, VA 22032
(703) 855–3724
Email: stephan.willett@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**MICHAEL ARGIE**                      represented by    **MICHAEL ARGIE**
17055 Spanghurst Dr
Walton Hills, OH 44146
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2015 | 1 | COPY OF TRANSFER ORDER dated 10/13/15 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia, with the consent of that court, assigned to the Honorable Judge Colleen Kollar–Kotelly, for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2656) (ztnr) (Entered: 10/19/2015) |
| 10/23/2015 | 2 | COPY OF CONDITIONAL TRANSFER ORDER (CTO–1) dated 10/23/2015 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia, with the consent of that court, assigned to the Honorable Colleen Kollar–Kotelly for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2656) (ztnr) (Entered: 10/28/2015) |
| 10/28/2015 | 3 | COPY OF CONDITIONAL TRANSFER ORDER (CTO–2) dated 8/28/15 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia with the consent of that court, assigned to the Honorable Judge Colleen Kollar–Kotelly for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2656) (ztnr) (Entered: 10/29/2015) |
| 10/30/2015 | 4 | INITIAL PRACTICE AND PROCEDURE ORDER UPON TRANSFER PURSUANT TO 28 U.S.C. § 1407. Signed by Judge Colleen Kollar–Kotelly on October 30, 2015. (NS) (Entered: 10/30/2015) |
| 11/03/2015 | 5 | ENTERED IN ERROR.....NOTICE of Appearance by Azra Z. Mehdi on behalf of James L Stewart Associated Cases: 1:15–mc–01404–CKK, |

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:16–md–02704–JPO

In re: Interest Rate Swaps Antitrust Litigation
Assigned to: Judge J. Paul Oetken
Related Cases:  1:16–cv–02858–JPO
                 1:16–cv–03542–JPO
                 1:16–cv–04005–JPO
                 1:16–cv–04089–JPO
                 1:15–cv–09319–JPO
                 1:16–cv–04239–JPO
                 1:18–cv–05361–JPO
                 1:16–cv–04561–JPO
                 1:16–cv–04563–JPO
                 1:16–cv–04566–JPO
                 1:16–cv–05260–JPO
Cause: 15:15 Antitrust Litigation

Date Filed: 06/03/2016
Jury Demand: Both
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Mayor and City Council of Baltimore**
*Mayor and City Council of Baltimore*

represented by **Cory Spencer Buland**
Susman Godfrey LLP (NYC)
560 Lexington Avenue 15th Floor
New York, NY 10022
212–336–8330
Fax: 212–336–8340
Email: cbuland@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Lawrence Brockett**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849–7000
Fax: (212) 849 7100
Email: danbrockett@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Brandis Barron**
Susman Godfrey LLP (NYC)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212)–336–8330
Fax: (212)–336–8340
Email: ebarron@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jeffrey Toll**
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408–4600
Fax: (202) 408–4699
Email: stoll@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**William Christopher Carmody**
Susman Godfrey LLP (NYC)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212)–336–8330
Fax: (212)–336–8340
Email: bcarmody@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Howard Hatch–Miller**
Susman Godfrey LLP (NYC)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336–8330
Fax: (212) 336–8340
Email: mhatch–miller@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Public School Teachers' Pension and Retirement Fund of Chicago**
*on behalf of itself and all others similarly situated*

represented by **Carol V. Gilden**
Cohen Milstein Sellers & Toll PLLC (IL)
190 North LaSalle Street
Chicago, IL 60603
(312) 357 0370
Fax: (312)–357–0369
Email: cgilden@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Lawrence Brockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Leray**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave, 22nd Fl
New York, NY 10010
212–849–7630
Email: davidleray@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Douglas Richards**
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
212–838–7797
Fax: 212–838–7745
Email: drichards@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Eisenkraft**
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
(212) 838–7797

Fax: (212) 838–7745
Email: meisenkraft@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sascha Nicholas Rand**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
Ste 23rd Floor
New York, NY 10010
212–849–7175
Email: sascharand@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
(212) 838–7797 x758–3042
Fax: (212) 838–7745
Email: srobertson@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steig Olson**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849–7000
Fax: (212) 849–7100
Email: steigolson@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jeffrey Toll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Walter Leathem**
Jacobs Burns Orlove & Hernandez
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601
312–327–3446
Fax: 312–580–7175
Email: wleathem@jbosh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408–4600
Email: bjohnson@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Christopher James Bateman**
Cohen Milstein Sellers & Toll PLLC
88 Pine Street

14th Floor
New York, NY 10005
(212)–838–7797
Fax: (212)–838–7745
Email: cbateman@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
Cohen Milstein Sellers & Toll
1100 New York Avenue, Nw, Suite 500w
Washington, DC 20005
(202)–408–4600
Fax: (202)–408–4699
Email: dsilverman@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Jonathan Bacon Oblak**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
212–702–8156
Fax: 212–702–8200
Email: jonoblak@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Julie Goldsmith Reiser**
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202)–408–4600
Email: jreiser@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Marc Laurence Greenwald**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212)–849–7000
Fax: (212)–849–7100
Email: marcgreenwald@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Maxwell Paden Deabler–Meadows**
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010
(518)–231–0200
Email: maxmeadows@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Robert White Cobbs**
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202)–408–4600
Fax: (202)–408–4699
Email: rcobbs@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Steven M. Edwards**
Quinn Emanuel Urquhart & Sullivan
(NYC)

51 Madison Avenue
New York, NY 10010
(212)–918–3000
Fax: (212)–918–3100
Email: stevenedwards@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**William Sears**
Quinn Emanuel Urquhart & Sullivan
(NYC)
51 Madison Avenue
New York, NY 10010
(212)–849–7631
Email: willsears@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magnolia Regional Health Center**        represented by   **R. Bryant McCulley**
McCulley McCluer PLLC
2113 Middle Street, Suite 208
Sullivans Island, SC 29842
(205) 238–6757
Fax: (662) 368–1506
Email: bmcculley@mcculleymccluer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harrison County, Mississippi**           represented by   **Harrison County, Mississippi**
PRO SE

**Plaintiff**

**Cullman Regional Medical Center, Inc.**  represented by   **R. Bryant McCulley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Policemen's Annuity & Benefit Fund**     represented by   **Christopher M. Burke**
**Of Chicago**                                              Korein Tillery, PC
707 Broadway
Suite 1410
San Diego, CA 92101
619–625–5621
Email: Cburke@KoreinTillery.com
*ATTORNEY TO BE NOTICED*

**Peter Anthony Barile , III**
Lowey Dannenberg, P.C.
44 South Broadway
Suite 1100
White Plains, NY 10601
914–733–7261
Fax: 914–997–0035
Email: pbarile@lowey.com
*ATTORNEY TO BE NOTICED*

**Yifan Kate Lv**
ScottScott, Attorneys At Law, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
(619)–798–5300

Fax: (619)–233–0508
Email: klv@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THE CITY OF PHILADELPHIA**                     represented by   **Christopher M. Burke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Anthony Barile , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Leonard**
Obermayer Rebmann Maxwell & Hippel
LLP
One Penn Cener, 1617 Jfk Blvd., Floor 19
Philadelphia, PA 19103
(215)–665–3228
Email: william.leonard@obermayer.com
*ATTORNEY TO BE NOTICED*

**Yifan Kate Lv**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tera Advanced Technologies, LLC**                     represented by   **David H Wollmuth**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, Suite 1200
New York, NY 10110
(212) 382–3300
Fax: (212) 382–0050
Email: DWollmuth@wmd–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Anthony Kane**
Wallmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212–382–3300
Fax: 212–382–0050
Email: rkane@wmd–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Ogden**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212–382–3300
Fax: 212–382–0050
Email: togden@wmd–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brant Duncan Kuehn**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
(212)–382–3300
Fax: (212)–382–0050
Email: bkuehn@wmd–law.com

*ATTORNEY TO BE NOTICED*

**Fletcher William Strong**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212–382–3300
Fax: 212–382–0050
Email: fstrong@wmd–law.com
*ATTORNEY TO BE NOTICED*

**R. Scott Thompson**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212–382–3300
Fax: 212–382–0500
Email: sthompson@WMD–LAW.COM
*ATTORNEY TO BE NOTICED*

**Randall R. Rainer**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
212–382–3300
Fax: 212–382–0050
Email: RRainer@wmd–law.com
*ATTORNEY TO BE NOTICED*

**William Andrew Maher**
Wollmuth, Maher & Deutsch, LLP
500 Fifth Avenue
New York, NY 10110
(212) 382–3300
Fax: (212)–382–0050
Email: wmaher@wmd–law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tera Group, Inc.**                    represented by    **David H Wollmuth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Anthony Kane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Ogden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brant Duncan Kuehn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fletcher William Strong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. Scott Thompson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Randall R. Rainer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Andrew Maher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TeraExchange, LLC**                    represented by    **David H Wollmuth**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ryan Anthony Kane**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas P Ogden**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brant Duncan Kuehn**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Fletcher William Strong**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **R. Scott Thompson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Randall R. Rainer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Andrew Maher**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Javelin Capital Markets LLC**          represented by    **Robert Cummins , I**
                                                            The Cummins Law Firm, P.C.
                                                            Two Canal Plaza
                                                            P.O. BOX 4600
                                                            Ste P.O. Box 4600
                                                            Portland, ME 04112
                                                            207–553–4712
                                                            Email: rcummins@nhdlaw.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Javelin SEF, LLC**                     represented by    **David H Wollmuth**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Add.152

**Ryan Anthony Kane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Ogden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Cummins , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kansas City, Missouri Employees' Retirement System** | represented by | **Scott Allan Martin**<br>Hausfeld LLP<br>165 Broadway, Suite 2301<br>New York, NY 00000<br>212–357–1195<br>Fax: 212–202–4322<br>Email: smartin@hausfeld.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Benjamin Galdston**
Omnum Law APC
4350 Executive Drive
Suite 350
San Diego, CA 92121
858–539–9767
Email: bgaldston@bm.net
*ATTORNEY TO BE NOTICED*

**Brandon Marsh**
Saxena White P.A.
12750 High Bluff Drive
Ste 475
San Diego, CA 92130
858–997–0860
Fax: 858–369–0096
Email: bmarsh@hueston.com
*ATTORNEY TO BE NOTICED*

**David R. Kaplan**
Saxena White P.A.
505 Lomas Santa Fe Drive
Suite 180
Solana Beach, CA 92075
858–997–0860
Fax: 858–369–0096
Email: dkaplan@saxenawhite.com
*ATTORNEY TO BE NOTICED*

**Lucas E. Gilmore**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(858)–720–3185
Fax: (858)–793–0323
Email: lucas.gilmore@blbglaw.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

|  |  |  |
|---|---|---|
| **Genesee County Employees'** **Retirement System** | represented by | **David J Goldsmith** |

Schlam Stone & Dolan LLP
26 Broadway, 19th Fl.
New York, NY 10004
212–344–5400
Fax: 212–344–7677
Email: dgoldsmith@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Scott Asciolla**
DiCello Levitt LLC
485 Lexington Avenue
Tenth Floor
New York, NY 10017
646–933–1000
Fax: 646–494–9648
Email: gasciolla@dicellolevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay L. Himes**
New York State Office of the Attorney
General
28 Liberty Street
New York, NY 10007
212–416–6249
Email: jay.himes@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karin Elizabeth Garvey**
DiCello Levitt LLC
485 Lexington Avenue
Tenth Floor
New York, NY 10017
646–933–1000
Fax: 646–494–9648
Email: kgarvey@dicellolevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Perez**
DiCello Levitt LLC
485 Lexington Avenue
Tenth Floor
New York, NY 10017
646–933–1000
Fax: 646–494–9648
Email: mperez@dicellolevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin Ann Van Der Meulen**
DiCello Levitt LLC
485 Lexington Avenue
Tenth Floor
New York, NY 10017
646–933–1000
Fax: 646–494–9648
Email: rvandermeulen@dicellolevitt.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Lawrence Brockett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LD Construction LLC
*on behalf of themselves and all others
similarly situated*

represented by **Jason Allen Zweig**
Keller Postman LLC
150 N Riverside Plaza
Suite 4100
Chicago, IL 60606
312–216–8667
Email: jaz@kellerpostman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
(Seattle)
1918 8th, Avenue
Suite 3300
Seattle, WA 98101
(206) 623–7292
Fax: (206) 623–0594
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LDLJ Associates, L.P.
*on behalf of themselves and all others
similarly situated*

represented by **Jason Allen Zweig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Gardner
*on behalf of himself and all others
similarly situated*

represented by **Jason Allen Zweig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Harrison County, Mississippi

represented by **George A. Zelcs**
Korein Tillery, LLC
205 North Michigan Avenue
Suite 1950
Chicago, IL 60601
312–641–9750
Email: gzelcs@koreintillery.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**John Anton Libra**
Korein Tillery, LLC
205 N. Michigan Avenue
Suite 1950
Chicago, IL 60601
312 641 9750
Email: JLibra@KoreinTillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bryant McCulley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magnolia Regional Health Center**          represented by   **George A. Zelcs**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anton Libra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cullman Regional Medical Center, Inc.**     represented by   **George A. Zelcs**
*on behalf of themselves and all others*                        (See above for address)
*similarly situated*                                            *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anton Libra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THE CITY OF PHILADELPHIA**                 represented by   **Chad Emerson Bell**
*On Behalf of Itself and All Others*                           Korein Tillery
*Similarly Situated*                                           205 N. Michigan Ave. Suite 1950
Chicago, IL 60601
(312)–961–6112
Email: CBell@KoreinTillery.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George A. Zelcs**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anton Libra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Lv**
Scott+Scott, Attorneys at Law, LLP
Suite 1000
707 Broadway
San Diego, CA 92101
(619) 233–4565
Email: klv@scott–scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Randall P. Ewing , Jr.**
Korein Tillery, LLC
205 No. Michigan Ave.
Chicago, IL 60601
(312)–641–9750
Fax: (312)–641–9751
Email: REwing@KoreinTillery.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Policemen's Annuity and Benefit Fund            represented by**
**of Chicago**

**George A. Zelcs**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anton Libra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Lv**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Eisenkraft**
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
14th Floor
New York, NY 10005
(212) 838–7797
Fax: (212) 838–7745
Email: meisenkraft@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**trueEX LLC**                                    **represented by  trueEX LLC**
                                                  PRO SE

**Plaintiff**

**Los Angeles County Employees                    represented by  Daniel Lawrence Brockett**
Retirement Association**                                          (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Daniel H. Silverman**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Michael Benjamin Eisenkraft**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**Triangle T Partners, LLC**
*On behalf of itself and all others similarly situated*

represented by **David A. Langer**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875–4644
Fax: (215)–875–5707
Email: dlanger@bm.net
*ATTORNEY TO BE NOTICED*

**Merrill G Davidoff**
Berger & Montague PC (PA)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215)–875–3000
Fax: (215)–875–4604
Email: mdavidoff@bm.net
*ATTORNEY TO BE NOTICED*

**Michael C. Dell'Angelo**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875–3080
Fax: (215)–875–4604
Email: mdellangelo@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Petitioner**

**Lawrence W. Gardner**
*on behalf of himself and all others similarly situated*

represented by **Jason Allen Zweig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank Of America Corporation**

represented by **Adam Selim Hakki**
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212)–848–4924
Fax: (646)–848–4924
Email: ahakki@shearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Franklin Schwed**
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
212–848–5445
Fax: 646–848–5445
Email: rschwed@shearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Danai Kitt**
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
212–848–4000
Email: dennis.kitt@shearman.com
*ATTORNEY TO BE NOTICED*

**John F. Cove , Jr.**
Shearman & Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
415–616–1100
Fax: 415–616–1339
Email: john.cove@shearman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America, N.A.**                    represented by  **Adam Selim Hakki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Franklin Schwed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Danai Kitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John F. Cove , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch, Pierce, Fenner & Smith**     represented by  **Adam Selim Hakki**
**Incorporated**                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Franklin Schwed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Danai Kitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John F. Cove , Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclays PLC**                    represented by    **Christopher J. Clark**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: christopher.clark2@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: james.brandt@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Edward Buterman**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: lawrence.buterman@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Theodore Takougang**
Latham & Watkins LLP (NY)
885 Third Avenue
New York, NY 10022
(212)–906–1200
Fax: (212)–751–4864
Email: theodore.takougang@lw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret M. Zwisler**
600 Hillmead Raod
Bethesda, MD 20817
301–469–7128
Email: peggyzwisler@gmail.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Danielle Rostoker**
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212)–906–4737
Fax: (212)–751–4864
Email: jessica.rostoker@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclays Bank PLC**                    represented by

Add.160

**Christopher J. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Edward Buterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Theodore Takougang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret M. Zwisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclays Capital Inc.**                 represented by   **Christopher J. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Edward Buterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Theodore Takougang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret M. Zwisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BNP Paribas, S.A.**                 represented by   **Leah Friedman**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Email: leah.friedman@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Add.161

**Marshall Howard Fishman**
Goodwin Procter, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018–1405
212–813–8800
Fax: 212–355–3333
Email: mfishman@goodwinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lacovara**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: michael.lacovara@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Vanessa Sama**
Goodwin Procter, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018–1405
(212)–459–7369
Fax: (212)–355–3333
Email: csama@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Elizabeth M. Zito**
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813–8800
Fax: (212) 355–3333
Email: ezito@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Jared Robin Killeen**
Morgan Lewis & Bockius, LLP (PA)
1701 Market Street
Philadelphia, PA 19103
215–963–5478
Email: jared.killeen@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Meghan K. Spillane**
Goodwin Procter LLP
The New York Times Building, 620 Eighth
Avenue
New York, NY 10018
(212) 813–8800
Fax: (212) 355–3333
Email: mspillane@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BNP Paribas Securities Corp.**    represented by   **Leah Friedman**
(See above for address)
*LEAD ATTORNEY*

Add.162

*ATTORNEY TO BE NOTICED*

**Marshall Howard Fishman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lacovara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Vanessa Sama**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth M. Zito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Robin Killeen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan K. Spillane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Citigroup, Inc.                    represented by    **Brad Scott Karp**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212–373–2384
Fax: 212–373–2384
Email: bkarp@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Anthony Gallo**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP (NYC)
1285 Avenue of the Americas
New York, NY 10019
202–223–7356
Fax: 202–223–7456
Email: kgallo@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roberto Gonzalez**
Paul, Weiss, Rifkind, Wharton & Garrison,
LLP (DC)
2001 K Street, N.W.
5th Floor
Washington, DC 20006
(202)–223–7316
Email: rgonzalez@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Clareman**
Paul, Weiss, Rifkind, Wharton & Garrison

Add.163

LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373–3000 x3248
Fax: (212) 492–0248
Email: wclareman@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citibank N.A.**                          represented by  **Brad Scott Karp**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kenneth Anthony Gallo**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Roberto Gonzalez**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Clareman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Global Markets Inc.**          represented by  **Brad Scott Karp**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kenneth Anthony Gallo**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Roberto Gonzalez**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Clareman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Global Markets Limited**       represented by  **Brad Scott Karp**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kenneth Anthony Gallo**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Roberto Gonzalez**

Add.164

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Clareman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Credit Suisse Group AG                    represented by    **David George Januszewski**
                                                            Cahill Gordon & Reindel LLP
                                                            32 Old Slip
                                                            10005
                                                            New York, NY 10005
                                                            212–701–3352
                                                            Email: djanuszewski@cahill.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Elai Katz**
                                                            Cahill Gordon & Reindel LLP
                                                            32 Old Slip
                                                            10005
                                                            New York, NY 10005
                                                            212–701–3039
                                                            Email: ekatz@cahill.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Herbert Scott Washer**
                                                            Cahill Gordon & Reindel LLP
                                                            32 Old Slip
                                                            New York, NY 10005
                                                            212–701–3435
                                                            Email: hwasher@cahill.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jason Michael Hall**
                                                            Cahill Gordon & Reindel LLP
                                                            32 Old Slip
                                                            New York, NY 10005
                                                            212–701–3154
                                                            Email: jhall@cahill.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sheila Chithran Ramesh**
                                                            Cahill Gordon & Reindel LLP
                                                            32 Old Slip
                                                            New York, NY 10005
                                                            212–701–3833
                                                            Email: sramesh@cahill.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Peter James Linken**
                                                            Cahill Gordon & Reindel LLP
                                                            32 Old Slip
                                                            New York, NY 10005
                                                            212–701–3000
                                                            Email: peter.linken@freshfields.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse AG**                        represented by  **David George Januszewski**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Elai Katz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Herbert Scott Washer**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason Michael Hall**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sheila Chithran Ramesh**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse International**             represented by  **David George Januszewski**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Elai Katz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Herbert Scott Washer**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason Michael Hall**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sheila Chithran Ramesh**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter James Linken**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse Securities (USA) LLC**     represented by  **David George Januszewski**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Elai Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Michael Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheila Chithran Ramesh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter James Linken**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank AG**          represented by    **Eric Peter Stephens**
Jones Day (NYC)
250 Vesey Street 34th Floor
New York, NY 10381
(212)–326–3939
Fax: (212)–755–7306
Email: epstephens@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekah E Blake**
Jones Day (NYC)
250 Vesey Street 34th Floor
New York, NY 10381
212–326–3939
Fax: (212) 755–7306
Email: reblake@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy V. Schaffer**
Jones Day (NYC)
250 Vesey Street 34th Floor
New York, NY 10381
(212)–326–3427
Fax: (212)–755–7306
Email: tschaffer@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Juan Turnier**
Jones Day
600 Brickell Avenue
Suite 3300
Miami, FL 33131
305–714–9700
Email: aturnier@jonesday.com
*ATTORNEY TO BE NOTICED*

**Ryan John Andreoli**
Jones Day (NYC)
250 Vesey Street 34th Floor
New York, NY 10281
212–326–3494
Email: randreoli@jonesday.com
*ATTORNEY TO BE NOTICED*

**Sevan Ogulluk**
Hine & Ogulluk LLP
445 Broadhollow Road, Ste. 229
Melville, NY 11747
516–900–7660
Email: sogulluk@hineogulluk.com
*ATTORNEY TO BE NOTICED*

**William J. Hine**
Hine & Ogulluk LLP
445 Broadhollow Road, Ste. 229
Melville, NY 11747
516–900–7660
Fax: 516–900–7661
Email: wjhine@hineogulluk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Securities Inc.**          represented by   **Eric Peter Stephens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekah E Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy V. Schaffer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Juan Turnier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan John Andreoli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sevan Ogulluk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J. Hine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Goldman Sachs Group, Inc.**          represented by   **Joseph Laurence Motto**
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558–3728
Email: jmotto@winston.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Steven Geiger**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)–558–7943
Email: geigerm@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Pepperman , II**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212) 558–3493
Fax: (212) 558–3588
Email: peppermanr@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Y. Sperling**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212–373–3000
Email: rsperling@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susannah Providence Torpey**
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
212–294–6700
Fax: 212–294–4700
Email: storpey@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Eric Mastoris**
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212) 294–4623
Fax: (212) 294–4700
Email: gmastoris@winston.com
*ATTORNEY TO BE NOTICED*

**Staci Lynn Yablon**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212–373–3000
Email: syablon@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman Sachs & Co.**                represented by

**Joseph Laurence Motto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Steven Geiger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Pepperman , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Y. Sperling**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susannah Providence Torpey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Eric Mastoris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Staci Lynn Yablon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Goldman Sachs Bank USA** | represented by | **Joseph Laurence Motto** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Steven Geiger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Pepperman , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Y. Sperling**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susannah Providence Torpey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Eric Mastoris**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Staci Lynn Yablon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman Sachs Financial Markets, L.P.**

represented by **Joseph Laurence Motto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Steven Geiger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Pepperman , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Y. Sperling**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susannah Providence Torpey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Eric Mastoris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Staci Lynn Yablon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman Sachs International**

represented by **Joseph Laurence Motto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Steven Geiger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Pepperman , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Y. Sperling**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Susannah Providence Torpey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Eric Mastoris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Staci Lynn Yablon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

J.P. Morgan Chase & Co.                 represented by   **Andrew David Lazerow**
Covington & Burling, L.L.P. (DC)
One City Center, 850 10th Street NW
Washington, DC 20001
202−662−5081
Email: alazerow@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John S. Playforth**
Covington & Burling LLP
1201 Pennsylvania Avenue, Nw
Washington, DC 20004
(202)−662−5635
Fax: (202)−662−6291
Email: jplayforth@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine Mitchell−Tombras**
Covington & Burling, L.L.P. (DC)
One City Center, 850 10th Street NW
Washington, DC 20001
(202)−662−5174
Email: kmitchelltombras@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert D. Wick**
Covington & Burling, LLP
850 10th Street NW
Washington DC, DC 20001
202−662−6000
Email: rwick@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

J.P. Morgan Chase Bank, N.A.          represented by   **Andrew David Lazerow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Add.172

**John S. Playforth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine Mitchell–Tombras**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert D. Wick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Morgan Securities LLC**          represented by   **Andrew David Lazerow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John S. Playforth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine Mitchell–Tombras**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert D. Wick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Morgan Securities PLC**          represented by   **Andrew David Lazerow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John S. Playforth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine Mitchell–Tombras**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert D. Wick**
(See above for address)

Add.173

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Royal Bank of Scotland PLC**   represented by   **Arthur J. Burke**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212)–450–4000
Fax: (212)–450–3352
Email: arthur.burke@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Irving McClammy**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450–4584
Fax: (212) 450–3584
Email: mcclammy@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Lynn McNamee**
Greenberg Traurig, P.A
54 State Street
6th Floor
Albany, NY 12207
518–689–1400
Email: kelly.mcnamee@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Royal Bank of Scotland Group
PLC**   represented by   **Arthur J. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Irving McClammy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Lynn McNamee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RBS Securities Inc.**   represented by   **Arthur J. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Irving McClammy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Lynn McNamee**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UBS AG**                          represented by   **Daniel G. Swanson**
                                                     Gibson, Dunn & Crutcher LLP (CA2)
                                                     333 S. Grand Avenue, Suite 4600
                                                     Los Angeles, CA 90070
                                                     (213)–229–7148
                                                     Fax: (213)–229–6148
                                                     Email: dswanson@gibsondunn.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Elliott Morris Bacon**
                                                     Katten Muchin Rosenman LLP (Chicago)
                                                     525 W. Monroe St.
                                                     Chicago, IL 60661
                                                     312–902–5608
                                                     Email: elliott.bacon@katten.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gil M. Soffer**
                                                     Katten Muchin Rosenman LLP
                                                     525 W. Monroe
                                                     Chicago, IL 60661
                                                     (312)–902–5474
                                                     Fax: (312)–902–1061
                                                     Email: gil.soffer@kattenlaw.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michaela Holcombe**
                                                     Katten Muchin Rosenman LLP
                                                     550 S Tryon Street
                                                     Suite 2900
                                                     Charlotte, NC 28202
                                                     704–344–3074
                                                     Email: michaela.holcombe@kattenlaw.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Peter Ginewicz Wilson**
                                                     Katten Muchin Rosenman LLP (Chicago)
                                                     525 W. Monroe St.
                                                     Chicago, IL 60661
                                                     (312)–902–5649
                                                     Fax: (312)–902–1061
                                                     Email: peter.wilson@katten.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Shannon Gross**
                                                     525 W. Monroe Street
                                                     Chicago, IL 60661
                                                     312–902–5442
                                                     Email: shannon.gross@kattenlaw.com
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**UBS Securities LLC**              represented by   **Daniel G. Swanson**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Elliott Morris Bacon**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Gil M. Soffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michaela Holcombe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Ginewicz Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Bank USA, N.A.**                  represented by   **Andrew S. Marovitz**
Mayer Brown LLP (Chicago)
71 South Wacker Drive
Chicago, IL 60606
(312)–701–7116
Fax: (312)–706–8651
Email: amarovitz@mayerbrown.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Britt Marie Miller**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782–0600
Email: courtnotification@mayerbrown.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard A. Spehr**
Mayer Brown LLP (NY)
1221 Avenue of the Americas
New York, NY 10020–1001
(212) 506–2500
Fax: (212) 262–1910
Email: rspehr@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Securities (USA) Inc.**          represented by   **Andrew S. Marovitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Britt Marie Miller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard A. Spehr**
(See above for address)

Add.176

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley**                    represented by   **Daniel Slifkin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474−1000
Fax: (212) 474−3700
Email: dslifkin@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474−1000
Fax: (212) 474−3700
Email: mpaskin@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212)−474−1486
Fax: (212)−474−3700
Email: dhernandez@cravath.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley Bank, N.A.**         represented by   **Daniel Slifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley & Co. LLC**          represented by   **Daniel Slifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Morgan Stanley Capital Services LLC**        represented by  **Daniel Slifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Morgan Stanley Derivative Products Inc.**        represented by  **Daniel Slifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Morgan Stanley & Co. International plc**        represented by  **Daniel Slifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Morgan Stanley Bank International Limited**        represented by  **Daniel Slifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damaris Hernandez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Non–Party Citibank, N.A.**

**Defendant**

**ICAP SEF (US) LLC**  represented by  **Harry T. Robins**
Morgan, Lewis & Bockius LLP (New York)
101 Park Avenue
New York, NY 10178
(212) 309–6000 x6728
Fax: (212) 309–6001
Email: hrobins@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Randall Roellke**
Morgan, Lewis & Bockius (DC)
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202)–739–5754
Fax: (202)–739–3001
Email: jon.roellke@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey Anne Mahoney**
Morgan Lewis & Bockius, LLP (NY)
101 Park Avenue
New York, NY 10178
212–309–6930
Fax: 212–309–6001
Email: stacey.mahoney@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony R. Van Vuren**
Morgan, Lewis & Bockius (DC)
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202)–739–5843
Fax: (202)–739–3001
Email: anthony.vanvuren@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ICAP Global Derivatives Limited**  represented by  **Harry T. Robins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Randall Roellke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey Anne Mahoney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony R. Van Vuren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ICAP SEF (US) LLC**      represented by   **Harry T. Robins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Randall Roellke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey Anne Mahoney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony R. Van Vuren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Tradition America LLC**      represented by   **William D. Briendel**
*Non−party*                           Greenberg Traurig, LLP (NY)
200 Park Avenue
New York, NY 10166
(212)−801−2107
Email: briendelw@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**ICAP SEF (US) LLC**

**Miscellaneous**

**ICAP Global Derivatives Limited**

**Miscellaneous**

**tpSEF, Inc.**

**Miscellaneous**

**Tullett Prebon Americas Corporation**

**Interested Party**

**The New York Times Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2016 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of Illinois and New York, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Paul A. Engelmayer, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 6/02/2016) (sjo) (Entered: 06/03/2016) |
| 06/03/2016 | | Magistrate Judge Henry B. Pitman is so designated. (sjo) (Entered: 06/03/2016) |
| 06/03/2016 | | Case Designated ECF. (sjo) (Entered: 06/03/2016) |

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:14−md−02573−VEC

In re: London Silver Fixing, Ltd., Antitrust Litigation
Assigned to: Judge Valerie E. Caproni
Related Cases:  1:14−cv−08189−VEC
                    1:14−cv−07004−VEC
                    1:14−cv−05682−VEC
                    1:14−cv−07357−VEC
                    1:14−cv−09112−VEC
                    1:14−cv−08311−VEC
                    1:14−cv−08869−VEC
                    1:14−cv−09068−VEC

Date Filed: 10/14/2014
Jury Demand: None
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

Cause: 15:1 Antitrust Litigation (Monopolizing Trade)

**Plaintiff**

**J. Scott Nicholson**
*on behalf of himself and all others*
*similarly situated*

represented by **Barbara J. Hart**
Grant & Eisenhofer, P.A.
485 Lexington Avenue
Ste 29th Floor
New York, NY 10017
646−722−8500
Email: bhart@gelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Levis**
Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914−997−0500
Fax: 914−997−0035
Email: clevis@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Milbank Horn**
Lowey Dannenberg P.C.
44 South Broadway Suite 1100
White Plains, NY 10601
914−997−0500
Fax: 914−997−0035
Email: ghorn@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnathan P. Seredynski**
Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914−733−7234
Email: jseredynski@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Dexter St. Phillip , Jr**
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601

914–997–0500
Fax: 914–997–0035
Email: pstphillip@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Peter Girnys**
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914–997–0500
Fax: 914–997–0035
Email: rgirnys@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Vincent Papp**
Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914)–997–0500
Fax: (914)–997–0035
Email: spapp@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Michael Skelton**
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997–0500
Fax: (914) 997–0035
Email: tskelton@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
Lowey Dannenberg P.C.
44 South Broadway Suite 1100
White Plains, NY 10601
914–997–0500
Fax: 914–997–0035
Email: vbriganti@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Holtzman**
Grant & Eisenhofer PA
485 Lexington Avenue
New York, NY 10017
646–722–8500
Email: choltzman@gelaw.com
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
Lowey Dannenberg, P.C.
One Tower Bridge
100 Front Street
Ste 520
West Conshohocken, PA 19428
215–399–4783
Email: ckopel@lowey.com
*ATTORNEY TO BE NOTICED*

**Roland Raymond St. Louis , III**

Add.182

Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914–997–0500
Fax: 914–997–0035
Email: rstlouis@lowey.com
*ATTORNEY TO BE NOTICED*

**Sitso W. Bediako**
Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914–997–0500
Fax: 914–997–0035
Email: sbediako@lowey.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Nalven**                        represented by    **Linda P. Nussbaum**
Nussbaum Law Group, P.C.
1211 Avenue of the Americas
40th Floor
New York, NY 10036–8718
917–438–9189
Email: lnussbaum@nussbaumpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Anthony Barile , III**
Lowey Dannenberg, P.C.
44 South Broadway
Suite 1100
White Plains, NY 10601
914–733–7261
Fax: 914–997–0035
Email: pbarile@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara J. Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don Tran**                           represented by    **Frederick Taylor Isquith , Sr**
*on behalf of himself and all others*                  Isquith Law PLLC
*similarly situated*                                   103 E 84th Street
New York, NY 10028
718–775–6478
Email: isquithlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas H. Burt**
Wolf Haldenstein Adler Freeman & Herz
LLP

Add.183

270 Madison Avenue
New York, NY 10016
(212)–545–4669
Fax: (212)–545–4653
Email: burt@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Holtzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Douglas Richards**
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
212–838–7797
Fax: 212–838–7745
Email: drichards@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurence Hughes**                  represented by   **Emmy L Levens**
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408–4600
Fax: (202) 408–4699
Email: elevens@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Douglas Richards**
Pomerantz Haudek Block Grossman &
Gross
100 Park Avenue
New York, NY 10017
(212)661–1100
Fax: (212)661–8865
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408–4600
Fax: (202)–408–4699
Email: kpierson@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Add.184

**Manuel Juan Dominguez**
Cohen Milstein Sellers Toll, PLLC
11780 U.S. Highway One
Suite 500
Palm Beach Gardens, FL 33408
561−515−1400
Fax: 561−515−1401
Email: jdominguez@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Eisenkraft**
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
(212) 838−7797
Fax: (212) 838−7745
Email: meisenkraft@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Holtzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Douglas Richards**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Modern Settings LLC**                    represented by    **Erica L. Stone**
*a New York limited liability company*                       The Rosen Law Firm, P.A.
                                                             275 Madison Avenue
                                                             34th Floor
                                                             New York, NY 10016
                                                             (212)−686−1060
                                                             Fax: (212)−202−3827
                                                             Email: estone@rosenlegal.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Laurence Matthew Rosen**
                                                             The Rosen Law Firm, P.A.
                                                             275 Madison Avenue
                                                             40th Floor
                                                             New York, NY 10016−1101
                                                             212−686−1060
                                                             Fax: 212−202−3827
                                                             Email: lrosen@rosenlegal.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Phillip C. Kim**
                                                             The Rosen Law Firm

275 Madison Avenue
40th Floor
New York, NY 10016
212−686−1060
Fax: 212−202−3827
Email: pkim@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Modern Settings LLC**                    represented by    **Erica L. Stone**
*a Florida limited liability company, on*                    (See above for address)
*behalf of himself and all others similarly*                 *LEAD ATTORNEY*
*situated*                                                   *ATTORNEY TO BE NOTICED*

                                                             **Laurence Matthew Rosen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Phillip C. Kim**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Charles Z Kopel**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Precious Metals Ltd**           represented by    **Lester L. Levy , Sr**
                                                             Wolf Popper LLP
                                                             845 Third Avenue
                                                             New York, NY 10022
                                                             (212) 759−4600
                                                             Fax: (212) 486−2093
                                                             Email: llevy@wolfpopper.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Patricia I. Avery**
                                                             Wolf Popper LLP
                                                             845 Third Avenue
                                                             New York, NY 10022
                                                             (212) 759−4600
                                                             Fax: (212) 486−2093
                                                             Email: pavery@wolfpopper.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Charles Z Kopel**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven E. Summer**                       represented by    **Patricia I. Avery**
*on behalf of themselves and all others*                     (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

Add.186

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lester L. Levy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher Depaoli                    represented by    **Barbara J. Hart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Milbank Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Anthony Barile , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Holtzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kevin Maher                    represented by    **Barbara J. Hart**
*on behalf of those similarly situated*                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Milbank Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Anthony Barile , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Holtzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Maher**
*individually*

represented by  **Barbara J. Hart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Milbank Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Anthony Barile , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Barrett**
*on behalf of themselves and all others*
*similarly situated*

represented by  **Frederick Taylor Isquith , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas H. Burt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Barrett**                    represented by   **Frederick Taylor Isquith , Sr**
*on behalf of themselves and all others*                (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Thomas H. Burt**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Charles Z Kopel**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KPFF Investment, Inc.**              represented by   **Chad Holtzman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Charles Z Kopel**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael C. Dell'Angelo**
                                                        Berger Montague PC
                                                        1818 Market Street, Suite 3600
                                                        Philadelphia, PA 19103
                                                        215–875–3000
                                                        Fax: 215–875–4604
                                                        Email: mdellangelo@bm.net
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Vincent Briganti**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman Bailey**                      represented by   **Charles Z Kopel**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael C. Dell'Angelo**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Vincent Briganti**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Ceru**       represented by   **Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Hayes**       represented by   **Chad Holtzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Dell'Angelo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Class Plaintiffs**       represented by   **Robert Gerard Eisler**
Grant & Eisenhofer, PA (DE)
123 Justison Street
Wilmington, DE 19801
(302) 622–7000
Fax: (302) 622–7100
Email: reisler@gelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Michael Skelton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Z Kopel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HSBC Bank PLC**       represented by   **Damien Jerome Marshall**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212–790–5357
Fax: 212–556–2222
Email: dmarshall@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Coleman**
Freshfields Bruckhaus Deringer Us LLP
701 Pennsylvania Avenue, NM
Washington, DC 20004
(202) 777–4560
Fax: (202) 777–4555
Email: tim.coleman@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Bank U.S.A. N.A.**                represented by   **Damien Jerome Marshall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Kevin Donovan**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212–556–2162
Fax: 212–556–2222
Email: bdonovan@kslaw.com
*ATTORNEY TO BE NOTICED*

**Jessica Phillips**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, NW
Washington, DC 20006
202–223–7300
Email: jphillips@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Harris**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212–790–5360
Fax: 212–556–2222
Email: lharris@kslaw.com
*ATTORNEY TO BE NOTICED*

**Leigh Mager Nathanson**
King & Spalding LLP
1185 Avenue of the Americase
New York, NY 10036
212–790–5359
Fax: 212–556–2222
Email: lnathanson@kslaw.com
*ATTORNEY TO BE NOTICED*

**Robert John McCallum**
Freshfields Bruckhaus Deringer LLP
601 Lexington Avenue
New York, NY 10022
(212) 277–4000
Fax: (212) 277–4001

Email: rob.mccallum@freshfields.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Holdings plc**                    represented by    **Damien Jerome Marshall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Kevin Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Phillips**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leigh Mager Nathanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert John McCallum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe Nos. 1–50**

**Defendant**

**The Bank of Nova Scotia**            represented by    **Stephen Ehrenberg**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
212–558–3269
Email: ehrenbergs@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth M. Raisler**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)–558–4675
Fax: (212)–291–9118
Email: raislerk@sullcrom.com
*ATTORNEY TO BE NOTICED*

**William Henry Wagener**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
212–558–7945
Fax: 212–558–3588
Email: wagenerw@sullcrom.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**The London Silver Market Fixing, Ltd.**

**Defendant**

**HSBC North America Holdings Inc.**      represented by    **Damien Jerome Marshall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Kevin Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Phillips**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leigh Mager Nathanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert John McCallum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC USA Inc.**      represented by    **Damien Jerome Marshall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Kevin Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Phillips**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leigh Mager Nathanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert John McCallum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Bank of Nova Scotia**      represented by    **Stephen Ehrenberg**
*also known as Scotiabank also known as*                       (See above for address)
*Scotiamocatta*                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Scotiabanc Inc.**                    represented by  **Kenneth M. Raisler**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Stephen Ehrenberg**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Henry Wagener**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Scotia Holdings (US) Inc.**          represented by  **Kenneth M. Raisler**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Stephen Ehrenberg**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Henry Wagener**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Scotia Capital (USA) Inc.**          represented by  **Kenneth M. Raisler**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Stephen Ehrenberg**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Henry Wagener**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**The Bank of Nova Scotia Trust**      represented by  **Stephen Ehrenberg**
**Company of New York**                               (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Does 1–100**

**Miscellaneous**

**Yuri Alishaev**

**Miscellaneous**

**Abraham Jeremias**

**Miscellaneous**

**Morris Jeremias**

**Miscellaneous**

**Gamma Traders – I LLC**

**Miscellaneous**

**Vega Traders LLC**

**Miscellaneous**

| | | |
|---|---|---|
| **Michael Connolly** | represented by | **Paul Matthew Krieger** |
| | | Krieger Kim & Lewin LLP |
| | | 350 Fifth Avenue |
| | | 77th Floor |
| | | New York, NY 10118 |
| | | 212−390−9552 |
| | | Email: paul.krieger@KKLllp.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Georgia V. Kostopoulos** |
| | | Krieger Kim & Lewin LLP |
| | | 500 5th Avenue |
| | | Ste 34th Floor |
| | | New York, NY 10110 |
| | | 212−390−9556 |
| | | Email: georgia.kostopoulos@kklllp.com |
| | | *ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **U.S. Department Of Justice** | represented by | **Ankush Khardori** |
| 1400 New York Ave NW | | United States Department of Justice(1400 DC) |
| Washington, DC 20530 | | Criminal Division Fraud Section |
| *United States of America* | | 1400 New York Ave N.W. |
| | | Washington, DC 20005 |
| | | (202)−514−2000 |
| | | Fax: (202)−514−7021 |
| | | Email: ankush.khardori@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Carol L Sipperly** |
| | | Us Doj |
| | | 1400 New York Ave Nw |
| | | Washington, DC 20530 |
| | | 202 255 9551 |
| | | Email: carol.sipperly@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2014 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of New York, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Valerie E. Caproni, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 10/9/2014) (sjo) (Entered: 10/14/2014) |
| 10/14/2014 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (sjo) (Entered: 10/14/2014) |
| 10/14/2014 | | Case Designated ECF. (sjo) (Entered: 10/14/2014) |
| 10/14/2014 | | CASES ORIGINATING FROM THE SOUTHERN DISTRICT OF NEW YORK: 1:14−cv−05682 (VEC). (sjo) (Entered: 10/14/2014) |
| 10/14/2014 | 2 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE |

ADRMOP,CONSOL,PROTO,REFDIS,RELATE

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:19–cv–02573–EMC**

| | |
|---|---|
| In re HIV Antitrust Litigation | Date Filed: 05/14/2019 |
| Assigned to: Judge Edward M. Chen | Jury Demand: Both |
| Referred to: Magistrate Judge Laurel Beeler | Nature of Suit: 410 Anti–Trust |
| Relate Case Cases: 3:20–cv–06961–EMC | Jurisdiction: Federal Question |

Relate Case Cases:  3:20–cv–06961–EMC
                     3:21–cv–07374–EMC
                     3:22–cv–00740–EMC
                     3:20–cv–00880–EMC
                     3:20–cv–06793–EMC
                     3:21–cv–00009–EMC
                     3:21–cv–07378–EMC
                     3:21–cv–09202–EMC
                     3:21–cv–09620–EMC
                     3:21–cv–09621–EMC
                     3:21–cv–09622–EMC
                     3:21–cv–09632–EMC
                     3:21–cv–09634–EMC
                     3:21–cv–09642–EMC
                     3:21–cv–09644–EMC
                     3:21–cv–09645–EMC
                     3:21–cv–09646–EMC
                     3:21–cv–09647–EMC
                     3:21–cv–09648–EMC
                     3:22–cv–02188–EMC
                     3:22–cv–02197–EMC
                     3:22–cv–02317–EMC
                     3:22–cv–02318–EMC
                     3:22–mc–80108–EMC

Case in other court:  USCA, 22–80116
Cause: 15:1 Antitrust Litigation

**Plaintiff**

| | | |
|---|---|---|
| **Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund** | represented by | **Abbye Rose Klamann Ognibene** |

**Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund**

represented by **Abbye Rose Klamann Ognibene**
Hagens Berman Sobol Shapiro LLP
1 Faneuil Hall Square
Ste 5th Floor
Boston, MA 02109
617–482–3700
Email: abbyeo@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Aditya Vijay Kamdar**
Morrison & Foerster LLP
2100 L Street NW
Suite 900
Washington, DC 20037
202–887–1500
Fax: 202–887–0763
Email: AKamdar@mofo.com
*TERMINATED: 12/29/2022*
*ATTORNEY TO BE NOTICED*

**Alberto Rodriguez**

| | | |
|---|---|---|
| 01/09/2023 | 1601 | TRANSCRIPT ORDER for proceedings held on January 9, 2023 before Judge Edward M Chen by Gilead Holdings, LLC, Gilead Sciences Ireland UC, Gilead Sciences, Inc., Gilead Sciences, LLC, for Court Reporter Marla Knox. (Allon, Devora) (Filed on 1/9/2023) (Entered: 01/09/2023) |
| 01/09/2023 | 1602 | TRANSCRIPT ORDER for proceedings held on 01/09/2023 before Judge Edward M Chen by Janssen Products LP, for Court Reporter Marla Knox. (Riehle, Paul) (Filed on 1/9/2023) (Entered: 01/09/2023) |
| 01/09/2023 | 1604 | **Minute Entry for proceedings held before Judge Edward M Chen: Status Conference held on 1/9/2023.**<br><br>Last Day to file pretrial filings for final Pretrial Conference 2/9/2023.<br><br>Final Pretrial Conference reset from 2/28/2023 to 3/7/2023 at 2:30 PM in San Francisco, − Videoconference Only.<br><br>Jury Selection reset from 3/27/2023 to 5/30/2023 at 8:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M Chen.<br><br>Jury Trial reset from 3/27/2023 to 5/30/2023 at 8:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M Chen.<br><br>Further Jury Trial set for 5/31/2023, 6/2/2023, 6/5/2023, 6/6/2023, 6/7/2023, 6/9/2023, 6/12/2023, 6/13/2023, 6/14/2023, 6/16/2023, 6/19/2023, 6/20/2023, 6/21/2023, 6/23/2023, 6/26/2023, 6/27/2023, 6/28/2023, 6/30/2023, 7/3/2023, 7/5/2023 and 7/7/2023 08:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M Chen.<br><br>Total Time in Court: 28 Minutes. Court Reporter: Marla Knox. (vla, COURT STAFF) (Date Filed: 1/9/2023) (Entered: 01/10/2023) |
| 01/10/2023 | 1603 | TRANSCRIPT ORDER for proceedings held on 01/09/2023 before Judge Edward M Chen by KPH Healthcare Services, Inc., for Court Reporter Marla Knox. (Roberts, Michael) (Filed on 1/10/2023) (Entered: 01/10/2023) |
| 01/11/2023 | 1605 | TRANSCRIPT ORDER for proceedings held on 01/09/2023 before Judge Edward M Chen by State of New Mexico ex rel. Hector H. Balderas, New Mexico Attorney General, for Court Reporter Marla Knox. (Stanoch, David) (Filed on 1/11/2023) (Entered: 01/11/2023) |
| 01/12/2023 | 1606 | TRANSCRIPT ORDER for proceedings held on 01/09/2023 before Judge Edward M Chen by Teva Pharmaceuticals USA, Inc., for Court Reporter Marla Knox. (DeVoe, Tucker) (Filed on 1/12/2023) (Entered: 01/12/2023) |
| 01/12/2023 | 1607 | Joint Administrative Motion to File Under Seal *portions of Order Granting In Part and Denying In Part Motions for Summary Judgment, ECF No. 1599* filed by Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Kansas City, Centene Corporation, Health Care Service Corporation, a Mutual Legal Reserve Company, Health Options, Inc., Humana Inc., Kaiser Foundation Health Plan, Inc., Triple−S Salud, Inc.. (Attachments: # 1 Declaration of Daniel A. Sasse in Support of Admin Mtn to Seal, # 2 Proposed Order, # 3 Exhibit 1)(Sasse, Daniel) (Filed on 1/12/2023) (Entered: 01/12/2023) |
| 01/13/2023 | 1608 | Transcript of Videoconference Proceedings held on January 9, 2023, before Judge Edward M. Chen. Court Reporter, Marla F. Knox, RPR, CRR, RMR, telephone number (602) 391−6990/email marla_knox@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 1601 Transcript Order, ) Release of Transcript Restriction set for 4/13/2023. (Related documents(s) 1601 ) (mfk, COURT STAFF) (Filed on 1/13/2023) (Entered: 01/13/2023) |
| 01/19/2023 | 1609 | STIPULATION WITH PROPOSED ORDER *Regarding Pretrial Schedule* filed by Gilead Holdings, LLC, Gilead Sciences Ireland UC, Gilead Sciences, Inc., Gilead Sciences, LLC. (Lefkowitz, Jay) (Filed on 1/19/2023) (Entered: 01/19/2023) |
| 01/19/2023 | 1610 | STATUS REPORT */ Joint Status Report Regarding Mooted Daubert Motions, Settlement Conference, and Motions in Limine* by Gilead Holdings, LLC, Gilead Sciences Ireland UC, Gilead Sciences, Inc., Gilead Sciences, LLC. (Lefkowitz, Jay) (Filed on 1/19/2023) (Entered: 01/19/2023) |

ADRMOP,APPEAL,CLOSED,REFDIS,RELATE

**U.S. District Court**
**California Northern District (Oakland)**
**CIVIL DOCKET FOR CASE #: 4:20–cv–08733–YGR**

SaurikIT, LLC v. Apple Inc.
Assigned to: Judge Yvonne Gonzalez Rogers
Referred to: Magistrate Judge Thomas S. Hixson
Relate Case Case:  4:11–cv–06714–YGR
Case in other court:  Ninth Circuit Court of Appeals, 22–16527
Cause: 15:1 Antitrust Litigation

Date Filed: 12/10/2020
Date Terminated: 09/12/2022
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**SaurikIT, LLC**                                          represented by  **Stephen A. Swedlow**
Quinn Emanuel Urquhart & Sullivan
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705–7488
Fax: (312) 705–7401
Email: stephenswedlow@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Nelson**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
(312)705–7400
Fax: (312)463–2961
Email: davenelson@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Caldwell Sarles**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443–3000
Fax: (213) 443–3100
Email: josephsarles@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Marc Lawrence Kaplan**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive
Ste 2700
Chicago, IL 60606
312–705–7400
Fax: 312–705–7401
Email: marckaplan@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Bryan Wolfson**
Quinn Emanuel Urquhart Sullivan LLP
865 S Figueroa
Los Angeles, CA 90017
213–443–3000
Email: adamwolfson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

| 03/04/2022 | 79 | CLERK'S NOTICE VACATING HEARING. Notice is hereby given that the hearing on the <u>74</u> MOTION to Dismiss previously set for 3/15/2022 is vacated. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amg, COURT STAFF) (Filed on 3/4/2022) (Entered: 03/04/2022) |
|---|---|---|
| 05/26/2022 | <u>80</u> | **ORDER by Judge Yvonne Gonzalez Rogers GRANTING IN PART AND DENYING IN PART <u>74</u> MOTION TO DISMISS FIRST AMENDED COMPLAINT. Joint Case Management Statement due by 7/5/2022. Further Case Management Conference set for 7/11/2022 02:00 PM in Oakland, – Videoconference Only. (amg, COURT STAFF) (Filed on 5/26/2022) (Entered: 05/26/2022)** |
| 06/09/2022 | <u>81</u> | MOTION Clarification and/or for Leave to Seek Reconsideration re <u>80</u> Order on Motion to Dismiss, filed by SaurikIT, LLC. Motion Hearing set for 7/19/2022 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 6/23/2022. Replies due by 6/30/2022. (Attachments: # <u>1</u> Proposed Order (Motion for Clarification), # <u>2</u> Proposed Order (Alternative Motion for Leave to Seek Reconsideration))(Wolfson, Adam) (Filed on 6/9/2022) (Entered: 06/09/2022) |
| 06/16/2022 | <u>82</u> | ANSWER to Amended Complaint byApple Inc.. (Srinivasan, Jagannathan) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/23/2022 | <u>83</u> | OPPOSITION/RESPONSE (re <u>81</u> MOTION Clarification and/or for Leave to Seek Reconsideration re <u>80</u> Order on Motion to Dismiss, ) filed byApple Inc.. (Srinivasan, Jagannathan) (Filed on 6/23/2022) (Entered: 06/23/2022) |
| 06/24/2022 | 84 | **Order Denying <u>81</u> Motion. Pending before this Court is a filing entitled Motion for Clarification and/or Leave to Seek Reconsideration on Motion to Dismiss. The motion is procedurally defective and borders on a Rule 11(b)(1) violation. In reality, it is either a motion regarding the scope of discovery in which case it violates the standing orders of this Court and Judge Hixson on discovery issues or it is a motion for reconsideration and violates Local Rule 7−9. Counsel are warned not to bypass compliance with the rules of this District under the guise of clarification. Leave for reconsideration on the motion to dismiss is denied. Parties shall meet and confer on any discovery issues before proceeding accordingly. Counsel is advised/reminded that the District is in a judicial emergency with the worst ranking in the Ninth Circuit. See https://www.uscourts.gov/judges−judgeships/judicial−vacancies/judicial−emergencies. The filing of defective and unnecessary motions should be avoided. To the extent the motion seeks leave to file an interlocutory appeal it comes nowhere close to meeting the high standard, and in any event, is not properly noticed. Entered by Judge Yvonne Gonzalez Rogers. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (Entered: 06/24/2022)** |
| 07/05/2022 | <u>85</u> | JOINT AMENDED CASE MANAGEMENT STATEMENT filed by SaurikIT, LLC and Apple, Inc.. (Wolfson, Adam) (Filed on 7/5/2022) Modified on 7/6/2022 (jml, COURT STAFF). (Entered: 07/05/2022) |
| 07/11/2022 | <u>86</u> | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Further Case Management Conference held on 7/11/2022. Close of Fact Discovery due by 2/17/2023. Opening Reports due by 3/31/2023. Rebuttal Reports due by 5/12/2023. Close of Expert Discovery due by 6/9/2023. 1st Pretrial Conference set for 1/26/2024 09:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. 2nd Pretrial Conference set for 2/9/2024 09:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Selection set for 3/25/2024 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Trial set to begin on 3/25/2024 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Total Time in Court: 14 minutes. Court Reporter: Raynee Mercado. (amg, COURT STAFF) (Date Filed: 7/11/2022) (Entered: 07/12/2022)** |
| 07/11/2022 | | Set Deadline: Dispositive/Daubert Motions due by 7/21/2023. (amg, COURT STAFF) (Filed on 7/11/2022) (Entered: 07/12/2022) |
| 07/12/2022 | <u>87</u> | **CASE MANAGEMENT AND PRETRIAL ORDER. Signed by Judge Yvonne Gonzalez Rogers on 7/12/2022. (amg, COURT STAFF) (Filed on 7/12/2022) (Entered: 07/12/2022)** |

ADRMOP,CLOSED,CONSOL,PROTO,ProSe,RELATE

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:14−cv−03264−JD

IN RE CAPACITORS ANTITRUST LITIGATION
Assigned to: Judge James Donato
Lead case: 3:17−md−02801−JD
Member case: (View Member Case)
Relate Case Cases: 4:15−cr−00163−EXE−1
4:16−cr−00180−JD−1
4:16−cr−00367−JD−1
4:17−cr−00074−JD−1
3:17−cv−03472−JD
3:18−cv−02904−JD
Cause: 15:1 Antitrust Litigation

Date Filed: 07/18/2014
Date Terminated: 03/29/2023
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**Chip−Tech, Ltd.**                    represented by   **C. Andrew Dirksen**
Cera LLP
800 Boylston Street, 16th Floor
Boston, MA 02199
857−453−6555
Email: cdirksen@cerallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. DePalma**
Lite DePalma Greenberg, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623−3000
Fax: (973) 623−0858
Email: jdepalma@litedepalma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B. Cera**
Cera LLP
201 California Street, Suite 1240
San Francisco, CA 94111
(415) 977−2230
Fax: (415) 777−5189
Email: scera@cerallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Greenfogel**
Lite DePalma Greenburg, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
(267) 519−8306
Fax: (973) 623−0858
Email: sgreenfogel@litedepalma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Karon**
Karon LLC
700 W. St. Clair Avenue
Suite 200
Cleveland, OH 44113

216–622–1851
Fax: 216–241–8175
Email: dkaron@karonllc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C. Simons**
Berger & Montague, P.C.
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215–875–4675
Email: dsimons@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
215–875–3000
Fax: 215–875–4604
Email: ecramer@bm.net
*ATTORNEY TO BE NOTICED*

**James W Anderson**
Heins Mills Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
612–338–4605
Fax: 612–338–4692
Email: janderson@heinsmills.com
*ATTORNEY TO BE NOTICED*

**Jason Scott Hartley**
Hartley LLP
101 W. Broadway
Suite 820
San Diego, CA 92101
(619) 400–5822
Fax: (619) 400–5832
Email: hartley@stuevesiegel.com
*ATTORNEY TO BE NOTICED*

**Jessica N. Servais**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612–339–6900
Fax: 612–339–0981
Email: jnservais@locklaw.com
*ATTORNEY TO BE NOTICED*

**Mark Russell Suter**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215–875–3021
Fax: 215–875–4604
Email: msuter@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael C Dell'Angelo , IV**
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
PHILADELPHIA, PA 19103
United Sta
(215) 875–3080
Fax: (25) 875–4604
Email: mdellangelo@bm.net
*ATTORNEY TO BE NOTICED*

**Michael Jay Kane**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215–875–4686
Email: mkane@bm.net
*ATTORNEY TO BE NOTICED*

**Ruthanne Gordon**
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
215–875–3000
Fax: 215–875–4604
Email: rgordon@bm.net
*ATTORNEY TO BE NOTICED*

**Vincent J. Esades**
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338–4605
Fax: 612–338–4692
Email: vesades@heinsmills.com
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
(415) 500–6800
Fax: (415) 395–9940
Email: jsaveri@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dependable Component Supply Corp.**     represented by **C. Andrew Dirksen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B. Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Greenfogel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**

**PLEASE NOTE: Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, record ing, and rebroadcasting of court proceedings (including those held by telephone or videoconference).** *See* **General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including screen–shots or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court. Please see https://www.cand.uscourts.gov/zoom for information on preparing for and participating in a Zoom Webinar.**

**Signed by Judge James Donato on 5/29/2020.** *(This is a te xt–only entry generated by the court. There is n document associated with this entry.)* **(jdlc2S, COURT STAFF) (Filed on 5/29/2020) (Entered: 05/29/2020**

| | | |
|---|---|---|
| 06/02/2020 | 2671 | Clerks Notice re: Cameras in the Courtroom. Due to the remote nature of proceedings during the Covid–19 emergency, Cameras in the Courtroom will not be used for the rest of the trial. There will be a Zoom link available to view the trial live when it resumes. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (lrcS, COURT STAFF) (Filed on 6/2/2020) |
| | | <div align="center" style="font-size:smaller">Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)</div> |
| | | (Entered: 06/02/2020) |
| 06/03/2020 | 2672 | **Minute Entry for proceedings held before Judge James Donato: Working Group Meeting with Judge re DPPs' Trial held on 6/2/2020. (jdlc2S, COURT STAFF) (Date Filed: 6/3/2020) (Entered: 06/03/2020)** |
| 06/05/2020 | 2673 | **Minute Entry for proceedings held before Judge James Donato: Status Conference re DPPs' Trial held o 6/5/2020. (jdlc2S, COURT STAFF) (Date Filed: 6/5/2020) (Entered: 06/05/2020)** |
| 06/05/2020 | 2674 | **ORDER. The jurors for the DPPs' trial have now been discharged. The Court orders that the parties ma not contact the jurors for any reason. Signed by Judge James Donato on 6/5/2020.** *(This is a text–only en generated by the court. There is no document associated with this entry.)* **(jdlc2S, COURT STAFF) (Filed o 6/5/2020) (Entered: 06/05/2020)** |
| 06/22/2020 | 2675 | **ORDER. The Court finds the DPPs' motion for preliminary approval of class action settlements, MDL Dkt. No. 1300, to be suitable for decision without oral argument pursuant to Civil Local Rule 7–1(b). Th hearing that was set for June 25, 2020, is vacated. Signed by Judge James Donato on 6/22/2020.** *(This is text–only entry generated by the court. There is no document associated with this entry.)* **(jdlc2S, COURT STAFF) (Filed on 6/22/2020) (Entered: 06/22/2020)** |
| 06/26/2020 | 2676 | Letter from Joseph R. Saveri *Requesting Entry of Preliminary Approval Order*. (Saveri, Joseph) (Filed on 6/26/2020) (Entered: 06/26/2020) |
| 07/01/2020 | 2677 | **ORDER. The Court sets a hearing for July 9, 2020, at 2 p.m., on all issues relating to DPP class member Cisco and Aptiv's distribution dispute with the DPPs' Class Counsel. The hearing will be held by Zoom Webinar.** |
| | | **Each party should designate a lead counsel to speak at the hearing by emailing the name of their lead counsel to Judge Donato's Courtroom Deputy, Ms. Lisa Clark, at jdcrd@cand.uscourts.gov by July 8, 2020, at 12:00 p.m., California time. The names for lead counsel are needed so that Ms. Clark can identi them during the Zoom hearing when the case is called. All lead counsel must call in fifteen minutes befo the hearing to test internet, video, and audio capabilities.** |
| | | **All counsel, parties, members of the public, and press may join the webinar using the link or informatio below:** |
| | | **https://cand–uscourts.zoomgov.com/j/1617171523?pwd=VWJqM2ZYT1UvNFZ0ZHNZUUhGWTBCZz** |
| | | **Webinar ID: 161 717 1523 Password: 213597** |
| | | **Or iPhone one–tap :** <br> **US: +16692545252,,1617171523#,,1#,213597# or +16468287666,,1617171523#,,1#,213597#** |
| | | **Or Telephone:** <br> **Dial (for higher quality, dial a number based on your current location):** <br> **US: +1 669 254 5252 or +1 646 828 7666** |
| | | **PLEASE NOTE: Persons granted remote access to court proceedings are reminded of the general** |

| | | |
|---|---|---|
| | | Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Saveri, Joseph) (Filed on 11/23/2021) (Entered: 11/23/2021) |
| 11/24/2021 | 2863 | **Minute Entry for proceedings held before Judge James Donato: Pretrial Conference held on 11/23/2021 (jdlc2, COURT STAFF) (Date Filed: 11/24/2021) (Entered: 11/24/2021)** |
| 11/24/2021 | 2864 | **ORDER GRANTING DIRECT PURCHASER CLASS'S ADMINISTRATIVE MOTION TO BRING DEMONSTRATIVES INTO THE COURTHOUSE FOR TRIAL. Signed by Judge James Donato on 11/24/2021. (jdlc2, COURT STAFF) (Filed on 11/24/2021) (Entered: 11/24/2021)** |
| 11/24/2021 | 2865 | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO BRING DEMONSTRATIVES INTO THE COURTHOUSE FOR TRIAL. Signed by Judge James Donato on 11/24/2021. (jdlc2, COURT STAFF) (Filed on 11/24/2021) (Entered: 11/24/2021)** |
| 11/24/2021 | 2866 | **PROPOSED VOIR DIRE. Signed by Judge James Donato on 11/24/2021. (jdlc2, COURT STAFF) (Filed on 11/24/2021) (Entered: 11/24/2021)** |
| 11/26/2021 | 2867 | **ORDER. For witness Kakizaki, the Court is advised that he will not appear in person at the upcoming trial. For the parties' disputes about use of his prior testimony, *see* Dkt. No. 1576, Kakizaki's March 2021 trial testimony was not completed because of the pandemic, and both sides did not have a full and fair opportunity to examine him. Consequently, it may not be used at the upcoming trial. For Kakizaki's assertions of the Fifth Amendment during discovery, the record indicates that he provided substantive answers not subject to the privilege in a two–day deposition that followed one where the privilege was invoked. *See* Dkt. No. 1576 at 10–13. In effect, he subsequently waived the privilege. Consequently, neither party may use at trial an assertion of the Fifth Amendment for a question to which Kakizaki subsequently provided a substantive answer. Signed by Judge James Donato on 11/26/2021. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (jdlc2, COURT STAFF) (Filed on 11/26/2021) (Entered: 11/26/2021)** |
| 11/26/2021 | 2868 | **ORDER granting (1608 in 3:17–md–02801–JD) ADMINISTRATIVE MOTION TO BRING DEMONSTRATIVES INTO THE COURTHOUSE FOR TRIAL. Signed by Judge James Donato on 11/26/2021. (jdlc2, COURT STAFF) (Filed on 11/26/2021) (Entered: 11/26/2021)** |
| 11/26/2021 | 2869 | Transcript of Zoom Video Conference Proceedings held on 11–23–2021, before Judge James Donato. Court Reporter/Transcriber Debra L. Pas, CRR, telephone number (415) 431–1477/Email: Debra_Pas@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (1599 in 3:17–md–02801–JD) Transcript Order, (1598 in 3:17–md–02801–JD) Transcript Order ) Release of Transcript Restriction set for 2/24/2022. (Pas, Debra) (Filed on 11/26/2021) (Entered: 11/26/2021) |
| 11/26/2021 | 2870 | Letter from Counsel re Witness Vaccination Status . (Kaufhold, Steven) (Filed on 11/26/2021) (Entered: 11/26/2021) |
| 11/27/2021 | 2871 | Brief *Amended Proffer of Evidence in Support of Admissibility of Adverse Inference Regarding Fifth Amendment Deposition Testimony of Noriaki Kakizaki* filed byDirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Saveri, Joseph) (Filed on 11/27/2021) (Entered: 11/27/2021) |
| 11/28/2021 | 2872 | Proposed Jury Instructions by Direct Purchaser Plaintiffs . (Attachments: # 1 Exhibit Joint Set of Updated Proposed Final Jury Instructions and Objections)(Saveri, Joseph) (Filed on 11/28/2021) (Entered: 11/28/2021) |
| 11/29/2021 | 2873 | MOTION Admit Trial Exhibits Into Evidence *Direct Purchaser Class's Motion to Admit Trial Exhibits 1271 and 2105 Into Evidence* filed by Direct Purchaser Plaintiffs. Responses due by 12/13/2021. Replies due by 12/20/2021. (Attachments: # 1 Exhibit Trial Exhibit No. 1271, # 2 Exhibit Trial Exhibit No. 2105)(Saveri, Joseph) (Filed on 11/29/2021) (Entered: 11/29/2021) |
| 11/29/2021 | 2874 | RESPONSE re 2871 Brief, *re DPPS' Amended Proffer In Support of Admissibility of 61 Adverse Inference Invocations by Noriaki Kakizaki* by Nippon Chemi–con Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Kaufhold, Steven) (Filed on 11/29/2021) (Entered: 11/29/2021) |
| 11/29/2021 | 2875 | Brief *Proffer of Evidence in Support of Admissibility of Kazutoshi Suzuki's Testimony About Coconspirator Statements Pursuant to Rule 801(d)(2)(E)* filed byDirect Purchaser Plaintiffs. (Saveri, Joseph) (Filed on 11/29/2021) (Entered: 11/29/2021) |
| 11/29/2021 | 2876 | Brief *Proffer of Evidence in Support of Admissibility of Adverse Inference Regarding Fifth Amendment Deposition Testimony of Kazutoshi Suzuki* filed byDirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Saveri, Joseph) (Filed on 11/29/2021) (Entered: 11/29/2021) |

| | | |
|---|---|---|
| 11/29/2021 | 2879 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial began on 11/29/2021.Total Time in Court: 5:25. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet 11–29–2021)(lrc, COURT STAFF) (Date Filed: 11/29/2021) (Entered: 11/30/2021)** |
| 11/30/2021 | 2877 | Brief *Amended Proffer of Evidence in Support of Admissibility of Videotaped Deposition Testimony of Kazuhi Mitsuhori About Coconspirator Statements Pursuant to Rule 801(d)(2)(E)* filed byDirect Purchaser Plaintiffs. (Saveri, Joseph) (Filed on 11/30/2021) (Entered: 11/30/2021) |
| 11/30/2021 | 2878 | OPPOSITION/RESPONSE (re 2873 MOTION Admit Trial Exhibits Into Evidence *Direct Purchaser Class's Motion to Admit Trial Exhibits 1271 and 2105 Into Evidence* ) filed byNippon Chemi–con Corporation. (Kaufhold, Steven) (Filed on 11/30/2021) (Entered: 11/30/2021) |
| 11/30/2021 | 2881 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial held on 11/30/2021.Total Tir in Court: 6 Hours. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet)(lrc, COURT STAFF) (Da Filed: 11/30/2021) (Entered: 12/01/2021)** |
| 12/01/2021 | 2880 | TRANSCRIPT ORDER for proceedings held on 11/29/2021 before Judge James Donato by Direct Purchaser Plaintiffs, for Court Reporter Debra Pas. (Seaver, Todd) (Filed on 12/1/2021) (Entered: 12/01/2021) |
| 12/01/2021 | 2882 | RESPONSE re 2876 Brief, *to DPPS' Proffer in Support of the Admissibility of Adverse Inferences Regarding Fifth Amendment Deposition Testimony of Kazutoshi Suzuki* by Nippon Chemi–con Corporation. (Attachment 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Kaufhold, Steven) (Filed on 12/1/2021) (Entered: 12/01/2021) |
| 12/01/2021 | 2883 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial held on 12/1/2021.Total Tim Court: 6 hours & 15 minutes. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet)(lrc, COURT STAFF) (Date Filed: 12/1/2021) (Entered: 12/02/2021)** |
| 12/02/2021 | 2884 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial held on 12/2/2021.Total Tim Court: 6 hours & 12 minutes. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet)(lrc, COURT STAFF) (Date Filed: 12/2/2021) (Entered: 12/03/2021)** |
| 12/03/2021 | 2885 | RESPONSE re 2637 Brief, *to DPPS' Proffer in Support of the Admissibility of Adverse Inferences Regarding Fifth Amendment Deposition Testimony of Ikuo Uchiyama* by Nippon Chemi–con Corporation. (Attachments: Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Kaufhold, Steven) (Filed on 12/3/2021) (Entered: 12/03/2021) |
| 12/03/2021 | 2886 | Brief *Proffer of Evidence in Support of Admissibility of Shinichi Toriis Testimony About Co–Conspirator Statements Pursuant to Rule 801(d)(2)(E)* filed byDirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A)(Saveri, Joseph) (Filed on 12/3/2021) (Entered: 12/03/2021) |
| 12/06/2021 | 2887 | Brief *Proffer in Support of Admission of Federal Rule of Evidence Rule 1006 Summary to Prove the Content o Voluminous Writings* filed byDirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1 – 19, # 2 Exhibit 20 – 31 3 Exhibit 32 – 34, # 4 Exhibit 35 – 45, # 5 Exhibit 46 – 53)(Saveri, Joseph) (Filed on 12/6/2021) (Entered: 12/06/2021) |
| 12/06/2021 | 2888 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial held on 12/6/2021.Total Tim Court: 6 Hours & 7 Minutes. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet)(lrc, COURT STAFF) (Date Filed: 12/6/2021) (Entered: 12/07/2021)** |
| 12/07/2021 | 2889 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial held on 12/7/2021.Total Tim Court: 6 Hours & 4 Minutes. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet)(lrc, COURT STAFF) (Date Filed: 12/7/2021) (Entered: 12/08/2021)** |
| 12/08/2021 | 2890 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial held on 12/8/2021.Total Tim Court: 6 Hours & 4 Minutes. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet)(lrc, COURT STAFF) (Date Filed: 12/8/2021) (Entered: 12/09/2021)** |
| 12/09/2021 | 2891 | **ORDER. For the direct purchaser class trial, the parties' deadline for filing their amended final jury instructions is revised to 12:00 p.m. California time on December 10, 2021. Signed by Judge James Dona on 12/9/2021. *(This is a text–entry generated by the court. There is no document associated with this entry.)* (jdlc2, COURT STAFF) (Filed on 12/9/2021) (Entered: 12/09/2021)** |
| 12/09/2021 | 2893 | **Minute Entry for proceedings held before Judge James Donato: Jury Trial held on 12/9/2021.Total Tim Court: 5 Hours & 7 Minutes. Court Reporter: Debra Pas. (Attachments: # 1 Trial Sheet)(lrc, COURT STAFF) (Date Filed: 12/9/2021) (Entered: 12/10/2021)** |
| 12/10/2021 | 2892 | **PROPOSED VERDICT FORM. Signed by Judge James Donato on 12/10/2021. (jdlc2, COURT STAFF) (Filed on 12/10/2021) (Entered: 12/10/2021)** |

| | | |
|---|---|---|
| 12/02/2022 | 2974 | NOTICE by Indirect Purchaser Plaintiffs re 2973 MOTION for Disbursement of Funds *Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Authorization to Disburse Net Settlement Funds; Memorandum of Points and Authorities in Support Thereof (Notice of Filing of Corrected Declaration of Eric Schachter)* (Attachments: # 1 Corrected Declaration of Eric Schachter, # 2 Exhibits A–D)(Castillo, Elizabeth) (Filed on 12/2/2022) (Entered: 12/02/2022) |
| 12/02/2022 | 2975 | NOTICE of Appearance by James Gerard Beebe Dallal (Dallal, James) (Filed on 12/2/2022) (Entered: 12/02/2022) |
| 12/08/2022 | 2976 | NOTICE by Indirect Purchaser Plaintiffs re 2973 MOTION for Disbursement of Funds *Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Authorization to Disburse Net Settlement Funds; Memorandum of Points and Authorities in Support Thereof Indirect Purchaser Plaintiffs' Notice of Non–Opposition to Motion Authorization to Disburse Net Settlement Funds* (Castillo, Elizabeth) (Filed on 12/8/2022) (Entered: 12/08/202 |
| 12/19/2022 | 2977 | **ORDER AUTHORIZING DISBURSEMENT OF NET SETTLEMENT FUNDS IN IPPS' ACTION. Signed by Judge James Donato on 12/19/2022. (jdlc2, COURT STAFF) (Filed on 12/19/2022) (Entered: 12/19/2022)** |
| 01/10/2023 | 2978 | **ORDER GRANTING DIRECT PURCHASER CLASS'S MOTION FOR FINAL APPROVAL OF CLA ACTION SETTLEMENT WITH DEFENDANTS MATSUO ELECTRIC CO., LTD., NIPPON CHEMI–CON CORP. AND UNITED CHEMI–CON, INC. Signed by Judge James Donato on 1/10/2023 (Attachments: # 1 Exhibit A)(jdlc2, COURT STAFF) (Filed on 1/10/2023) (Entered: 01/10/2023)** |
| 01/10/2023 | 2979 | **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MATSUO ELECTRI CO., LTD. FOR DPP ACTION. Signed by Judge James Donato on 1/10/2023. (jdlc2, COURT STAFF) (Filed on 1/10/2023) (Entered: 01/10/2023)** |
| 01/10/2023 | 2980 | **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NIPPON CHEMI–CON CORP. AND UNITED CHEMI–CON INC. FOR DPP ACTION. Signed by Judge James Donato on 1/10/2023. (jdlc2, COURT STAFF) (Filed on 1/10/2023) (Entered: 01/10/2023)** |
| 03/03/2023 | 2981 | NOTICE of Change of Address by Steven Shea Kaufhold *re Farrah Berse* (Kaufhold, Steven) (Filed on 3/3/2023) (Entered: 03/03/2023) |
| 03/06/2023 | 2982 | **ORDER RE DPP ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS. Signed by Judge Jan Donato on 3/6/2023. (jdlc2, COURT STAFF) (Filed on 3/6/2023) (Entered: 03/06/2023)** |
| 03/29/2023 | 2983 | **ORDER. The sealing motions at MDL Dkt. Nos. 1666 and 1669 are granted for good cause. Signed by Judge James Donato on 3/29/2023. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (jdlc2, COURT STAFF) (Filed on 3/29/2023) (Entered: 03/29/2023)** |

1    JOSEPH W. COTCHETT (State Bar No. 36324)
     ADAM J. ZAPALA (State Bar No. 245748)
2    ELIZABETH T. CASTILLO (State Bar No. 280502)
     JAMES G. DALLAL (State Bar No. 277826)
3    **COTCHETT, PITRE & MCCARTHY, LLP**
     840 Malcolm Road, Suite 200
4    Burlingame, CA 94010
     Telephone: (650) 697-6000
5    Facsimile: (650) 697-0577
     jcotchett@cpmlegal.com
6    azapala@cpmlegal.com
     ecastillo@cpmlegal.com
7    jdallal@cpmlegal.com

8    *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

9

10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14   **IN RE CAPACITORS ANTITRUST**        **MDL No. 17-md-02801**
     **LITIGATION**                         **Case No. 3:14-cv-03264-JD**
15

16   **This Document Relates to:**          **INDIRECT PURCHASER PLAINTIFFS'**
                                            **NOTICE OF MOTION AND MOTION**
17   **All Indirect Purchaser Actions**     **FOR PRELIMINARY APPROVAL OF**
                                            **REVISED SETTLEMENTS WITH**
18                                          **SHINYEI AND TAITSU DEFENDANTS**
                                            **AND FOR APPROVAL OF THE PLAN**
19                                          **OF ALLOCATION; MEMORANDUM**
                                            **OF POINTS AND AUTHORITIES IN**
20                                          **SUPPORT THEREOF**

21                                          **Date:** August 12, 2021
22                                          **Time:** 10:00 a.m.
                                            **Place:** Courtroom 11, 19th Floor
23

24

25

26

27

28

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Revised Settlements and
Approval of Plan of Allocation; Case No. 14-cv-03264-JD, MDL No. 17-md-02801

#### 4. Reversions

The settlements are non-reversionary: There is no circumstance under which money designated for class recovery will revert to any Defendant following final approval.

#### 5. Class Action Fairness Act

Pursuant to the terms of the Settlement Agreements and the requirements of the Class Action Fairness Act, 28 U.S.C § 1715, all notices required will be, or already have been, provided by the Settling Defendants. *See* Zapala Decl., Ex. 1, Shinyei Settlement Agreement ¶ 53; Ex. 2, Taitsu Settlement Agreement, ¶ 53. The Settlements substantively comply with the Class Action Fairness Act. They do not include coupons. *See* 28 U.S.C. § 1712. No class member will be "obligated to pay sums to class counsel that would result in a net loss to the class member[.]" *See* 28 U.S.C. § 1713. The Settlements do not "provide for the payment of greater sums to some class members than to others solely on the basis that the class members to whom the greater sums are to be paid are located in closer geographic proximity to the court." *See* 28 U.S.C § 1714.

#### 6. Comparable Class Settlements

Information regarding comparable settlements is included in **Appendix A** to this motion.

### III. ARGUMENT

#### A. The Court Should Grant Preliminary Approval of the Proposed Settlements

##### 1. Legal Standard for Class Action Settlements

"The Ninth Circuit maintains a 'strong judicial policy' that favors the settlement of class actions." *G.F. v. Contra Costa County*, 2015 WL 4606078, at *8 (N.D. Cal. July 20, 2015). When asked to grant preliminary approval of a class action settlement, the Court must determine whether proposed settlements: (1) appear to be the product of serious, informed, non-collusive negotiations; (2) have no obvious deficiencies; (3) do not improperly grant preferential treatment to class representatives or segments of the class; and (4) fall within the range of possible approval. *In re Tableware Antitrust Litig.*, 484 F. Supp. 2d 1078, 1079 (N.D. Cal. 2007).

##### 2. The Settlements Meet the Standards for Preliminary Approval

The settlements meet the standards for preliminary approval because they were the result of serious, informed, and non-collusive negotiations. There are also no obvious deficiencies in the

Law Offices COTCHETT, PITRE & MCCARTHY, LLP

Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements and Approval of Plan of Allocation; Case No. 14-cv-03264-JD, MDL No. 17-md-02801　7

Add.208

settlements—the settlements do not grant preferential treatment to the class representatives or any subset of the class and fall within the range of possible approval. As such, preliminary approval of the settlement is appropriate and warranted.

### a. The Settlements are the Result of Non-Collusive Negotiations

IPPs and the Settling Defendants are represented by skilled antitrust counsel who are knowledgeable regarding the law and have extensive experience with complex antitrust lawsuits. IPPs and the Settling Defendants have litigated this case for well over six years. The parties have conducted over 130 depositions and Defendants have produced over 11 million documents consisting of over 28 million pages to IPPs. Zapala Decl. ¶ 8. *Id.* At the time of reaching these settlements, the parties had engaged in expert discovery and fully briefed the Defendants' motions for summary judgment, as well as the IPPs' petition for Rule 23(f) appeal of the Court's denial of class certification. *Id.* ¶ 9. Therefore IPPs and the Settling Defendants were well-informed about the relevant facts, damages, and defenses. Moreover, throughout this litigation, the Settling Defendants (and Defendants who settled previously) have vigorously contested, *inter alia,* IPPs' legal theories of liability, Defendants' level of involvement in the conduct alleged, the suitability of the class action mechanism here, the volume of commerce at issue, relevance of related civil and criminal proceedings, and damages. Zapala Decl. ¶ 10. These proposed settlements, therefore, are the result of serious and informed negotiations over a protracted period after significant litigation and discovery. Additionally, there has been no collusion among settling parties.

### b. There are No Obvious Deficiencies in the Settlements

As set forth above, the settlements were the result of serious analysis and consideration of the risks faced by both sides and there are no obvious deficiencies in the settlements. The size of the settlements is commensurate with the Settling Defendants' involvement in the capacitors industry affected by the alleged antitrust conspiracy, and as the calculations above reveal, commensurate with (and well exceeding) their shares of the affected volume of commerce. The settlements were reached with full appreciation of the risks faced by both sides.

### c. There is No Preferential Treatment

No class representative or segment of the classes will receive preferential treatment. All

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements and Approval of Plan of Allocation; Case No. 14-cv-03264-JD, MDL No. 17-md-02801                8

Add.209

indirect purchasers in the relevant states will have an equal ability to submit a claim for a *pro rata* share of the settlement funds for their purchases of Defendants' price-fixed film capacitors. This element in favor of preliminary approval is met.

### d. The Settlements Fall Within the Range of Possible Approval

For the reasons stated *supra* at 4-7, IPPs strongly believe that the proposed settlements fall within the range of possible approval and should be preliminarily approved.

### e. The Proposed Settlements Satisfy the Rule 23(e)(2) Factors

Interim lead class counsel for IPPs has adequately represented the class. *See* § III.A.3.d *infra.* The Court has presided over this case continuously since inception in 2014 and has had ample opportunity to observe the hard-fought nature of the litigation. The proposal was negotiated at arm's length. Zapala Decl. ¶ 3. The relief provided under the proposed settlements is adequate in light of the attendant prudential and equitable considerations, including the present procedural posture. *Id.* ¶¶ 4, 10-14; *and* § II.D.3 *supra.* And there are no agreements required to be identified under Rule 23(e)(3). Accordingly, the proposed settlements satisfy the updated standard.

### 3. The Proposed Settlement Classes Satisfy Rule 23

In addition to the substantive and procedural fairness of the settlements, the settlement classes are appropriate for class treatment. Settlement class certification is appropriate when the proposed class and the proposed class representatives meet the four prerequisites of Rule 23(a): (1) numerosity; (2) common questions of law or fact; (3) typicality; and (4) fair and adequate class representation. Fed. R. Civ. P. 23(a). Additionally, a class must satisfy one of the criteria in Rule 23(b). Fed. R. Civ. P. 23(b). The Settlement Classes meet all Rule 23 requirements.

### a. Fed. R. Civ. P. 23(a)(1) – Numerosity

The first prerequisite for certifying a class is that "the class is so numerous that joinder of all members is impracticable." Fed. R. Civ. P. 23(a)(1). "There is no exact class size that meets the numerosity requirement; rather, where the exact size of the class is unknown but general knowledge and common sense indicate that it is large, the numerosity requirement is satisfied." *Bellinghausen v. Tractor Supply Co.*, 303 F.R.D. 611, 616 (N.D. Cal. 2014) (cleaned up). Here, IPPs seek to certify of a settlement class of indirect purchasers from six states: California, Florida,

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements and Approval of Plan of Allocation; Case No. 14-cv-03264-JD, MDL No. 17-md-02801

9

1  (N.D. Cal. 2001) (cleaned up). When allocating funds, "it is reasonable to allocate the settlement

2  funds to class members based on the extent of their injuries or the strength of their claims on the

3  merits." *In re Omnivision Technologies, Inc.*, 559 F. Supp. 2d 1036, 1045-46 (N.D. Cal. 2008)

4  (cleaned up) (approving securities class action settlement allocation on a "per-share basis").

5        Pro rata distribution has frequently been determined by courts to be fair, adequate, and

6  reasonable. *See In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. C-07-5944 JST, 2015 WL

7  9266493, at *8 (N.D. Cal. Dec. 17, 2015) (approving pro rata plan of allocation based upon

8  proportional value of price-fixed component in finished product); *In re Vitamins Antitrust Litig.*,

9  No. 99-197 TFH, 2000 WL 1737867, at *6 (D.D.C. Mar. 31, 2000) ("Settlement distributions,

10 such as this one, that apportions funds according to the relative amount of damages suffered by

11 class members have repeatedly been deemed fair and reasonable.") (citations omitted).

12       Allocation of this round of settlements will be on a *pro rata* basis to purchasers in the six

13 states with qualifying purchases. The *pro rata* distribution to each class member with damages

14 claims from the six indirect purchaser states that are included in the settlement class will be based

15 upon the number of approved purchases of film capacitors during the settlement class period, a

16 dynamic that ties recovery to each class member to the volume and type of its purchases. This

17 distribution is a reasonable and fair way to compensate classes and this basic structure has been

18 approved as to the other rounds of settlements in this Action. This plan of allocation is "fair,

19 adequate, and reasonable" and merits approval by the Court. *Citric Acid*, 145 F. Supp. at 1154.

20 **IV.    CONCLUSION**

21       For the foregoing reasons, IPPs respectfully request that this Court enter an order: (1)

22 preliminarily approving the proposed settlements with the Settling Defendants, (2) appointing

23 CPM as Settlement Class Counsel, (3) preliminarily approving the proposed plan of allocation,

24 and (4) establishing a schedule for final approval of the settlements.

25 Dated: July 2, 2021       Respectfully Submitted:

26       /s/ *Adam J. Zapala*
Adam J. Zapala

27 Elizabeth T. Castillo

28 James G. Dallal

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements and Approval of Plan of Allocation; Case No. 14-cv-03264-JD, MDL No. 17-md-02801    15

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements and Approval of
Plan of Allocation; Case No. 14-cv-03264-JD, MDL No. 17-md-02801          16

Add.212

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: THE DIRECT PURCHASER CLASS ACTION | Master File No.  3:17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD<br><br>**DIRECT PURCHASER CLASS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS MATSUO ELECTRIC CO., LTD., NIPPON CHEMI-CON CORP. AND UNITED CHEMI-CON, INC.**<br><br>Date:       May 5, 2022<br>Time:      10:00 a.m.<br>Courtroom:  11, 19th Floor |

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD

**DIRECT PURCHASER CLASS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS MATSUO ELECTRIC CO., LTD., NIPPON CHEMI-CON CORP., AND UNITED CHEMI-CON, INC.**

1 reasonable, and adequate, and should be finally approved. The proposed schedule is summarized in

2 Attachment A.

3 **II.     CASE HISTORY**

4     **A.     The Class's Factual Allegations and Claims**

5     The Defendants in this action are 22 different corporate families that manufactured and sold

6 capacitors in the United States and around the world. The Class alleges that at least as early as January

7 1, 2002, Defendants entered into a price-fixing conspiracy with the purpose and effect of fixing, raising,

8 and stabilizing the prices of their aluminum, tantalum, and film capacitors sold to United States

9 purchasers. *See* Saveri Decl., ¶ 3.

10     **B.     Procedural History and Discovery**

11     With these Settlements, the Class will have brought this case to a successful resolution against

12 all Defendants that have responded to the complaint.[2] The case began when Plaintiff Chip-Tech, Ltd.

13 filed the capacitors price-fixing complaint in July 2014. ECF No.[3] 1; *see also* Saveri Decl., ¶ 4. The

14 Class's Third Amended Complaint, filed on September 6, 2017, is the operative pleading. ECF No.

15 1831; Saveri Decl., ¶ 4. On November 14, 2018, the Court certified the Direct Purchaser Class. ECF No.

16 2231.

17     The case has been tried[4] and the Court is substantially familiar with the merits of the case. In the

18 four prior rounds of settlements that the Court has approved, *e.g.*, ECF No. 1713; MDL ECF No. 249,

19 MDL ECF No. 1422, counsel for the Class ("Lead Class Counsel") set forth its and the class

20

21

22

23

24 [2] Defendants Toshin Kogyo, LTD, and Nissei Electric Ltd. were properly served but failed to appear to defend themselves. The Court has entered default judgment against Toshin Kogyo, MDL ECF No. 116, and Lead Class Counsel intends to request the Court enter default judgment against Nissei forthwith.

25

26 [3] "ECF No. ___" citations to entries in Case No. 3:14-cv-03264.

27 [4] Indeed, the case has been tried twice. The first trial occurred in March 2020 before it was interrupted by the COVID-19 pandemic and mistrial was declared. Saveri Decl., ¶ 4. The case was tried a second time beginning in November 2021.

28

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD
2
DIRECT PURCHASER CLASS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH
DEFENDANTS MATSUO ELECTRIC CO., LTD., NIPPON CHEMI-CON CORP., AND UNITED CHEMI-CON, INC.

Add.214

representatives' efforts in prosecuting this action.[5] MDL ECF No. 172, at 3-5. After three weeks of trial., the Class has settled with the remaining defendants with total settlement amounts significantly exceeding single damages as calculated by the Class's experts. Saveri Decl., ¶¶ 4, 22.

### C.    Prior Settlement History

On June 27, 2017, the Court granted final approval of the Class's first round of settlements with the NEC Tokin, Fujitsu, Nitsuko, Okaya, and ROHM defendants totaling $32.6 million. ECF No. 1713. On June 28, 2018, the Court granted final approval of the Class's second round of settlements with the Hitachi Chemical and Soshin defendants totaling $66.9 million. ECF No. 2166. On May 16, 2019, the Court granted final approval of the Class's third round of settlements with the Nichicon and Rubycon defendants totaling $108 million plus up to an additional $12 million in contingent payments based on Rubycon's financial results through fiscal year 2019. MDL ECF No. 587 at 11. On November 6, 2020, the Court granted final approval of the Class's fourth round of settlements with the AVX, ELNA, Holy Stone, KEMET, Panasonic, Shinyei, Shizuki and Taitsu defendants totaling $232.05 million. MDL ECF No. 1422. These settlements demonstrate that Lead Class Counsel and the named class representatives have diligently and successfully represented the Class.

A summary of the distributions made for the first two rounds of settlements—including information concerning the total settlement funds, the total number of Class Members, the total number of notices directly mailed, the number and percentage of claim forms submitted, the average recovery per Class Member, the administrative costs, and the attorneys' fees and costs—is set forth in Attachment B. Lead Class Counsel estimates that the number and percentage of Class Members that will participate in this round of settlements are likely to be similar to those in the prior settlements.

---

[5] These substantial efforts have included extensive discovery, analyzing 39 million Bates-numbered pages (mostly in Japanese) from over 100 document custodians, deposing over 90 individuals, and trying the case in March 2020 before trial was interrupted by the COVID-19 pandemic. *Id.* Since the time the Court granted final approval as to the fourth round of settlements, MDL ECF No. 1068, the Class has diligently prepared the case for trial, engaged in mediation with the Matsuo and Chemi-Con defendants, and engaged in three weeks of trial advocacy at the second trial. *See* Saveri Decl., ¶¶ 16-17.

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD
3
**DIRECT PURCHASER CLASS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS MATSUO ELECTRIC CO., LTD., NIPPON CHEMI-CON CORP., AND UNITED CHEMI-CON, INC.**

Add.215

## III. SUMMARY OF PROPOSED SETTLEMENT

### A. Settlement Consideration—$165 Million

Pursuant to their Settlement Agreements[6] described below, the Settling Defendants will make, or have already made, payments into an escrow account (the "Settlement Fund"), held and administered by an escrow agent. Saveri Decl., Ex. A at ¶ 17; *id.*, Ex. B at ¶ 17. Lead Class Counsel recommends the appointment of Citibank, N.A. as the escrow agent.

#### 1. The Settlements Are in the Best Interests of the Class

The settlements between the Class and Matsuo and the Class and Chemi-Con benefit the Class and function in tandem. Based on Matsuo's financial condition, Lead Class Counsel determined the best course of action would be to first settle with Matsuo in order to bring Chemi-Con to the negotiating table to attempt to get the most favorable settlement possible for the class.[7] Saveri Decl., ¶ 20. This included analysis of the financial condition of Matsuo and Chemi-Con respectively, including the retention of forensic accountants and pursuing targeted inquiries through the mediator and as part of the settlement process. *See id.*, ¶ 16. The Class made a number of differing proposals to structure the schedule of payments consistent with Matsuo's financial condition. *See id.*, ¶¶ 16-19. This course of action worked. *Id.*, ¶ 20. The settlement with Matsuo paved the way for the settlement with Chemi-Con because Chemi-Con was the only remaining Defendant, thus ensuring the best recovery for the Class. *Id.* Now both parties have settled in part due to the Lead Class Counsels' decision to settle first with Matsuo.

#### 2. Matsuo's Settlement Consideration

The Class and Matsuo executed an agreement effective March 16, 2022. Saveri Decl., ¶ 23; *id.*, Ex. A. The Class agreed to release its claims against Matsuo in exchange for a sum total of $5,000,000

---

[6] Other than the Settlement Agreements attached to the Saveri Declaration, there are no other agreements relating to the settlement that are required to be identified under Fed. R. Civ. P. 23(e)(3).

[7] Additionally, Lead Class Counsel determined settlement with Matsuo would benefit the Class due to Matsuo's lack of U.S. assets and in light of the uncertainty of enforcing a treble-damages award in Japan under Japanese law. Saveri Decl., ¶ 20; *see generally* M. Waxman, *Enforcing American Private Antitrust Decisions in Japan: Is Comity Real?* 44 DEPAUL L. REV. 1119 (1995) (discussing comity concerns and other impediments to enforcement of treble damage judgments rendered in United States courts).

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD
4
DIRECT PURCHASER CLASS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH
DEFENDANTS MATSUO ELECTRIC CO., LTD., NIPPON CHEMI-CON CORP., AND UNITED CHEMI-CON, INC.

Add.216

1  Dated:  March 31, 2022

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, LLP

By:  /s/  Joseph R. Saveri
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:       jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

DIRECT PURCHASER CLASS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH
DEFENDANTS MATSUO ELECTRIC CO., LTD., NIPPON CHEMI-CON CORP., AND UNITED CHEMI-CON, INC.

**Case ID:** N21C-03-257
        **Docket Start Date:**
        **Docket Ending Date:**

## Case Description

**Case ID:**    N21C-03-257 - US DOMINION, INC. V. FOX NEWS NETWORK, LLC -*JURY TRIAL*
**Filing Date:** Friday , March 26th, 2021
**Type:**       CG - DEFAMATION
**Status:**      CSO - CASE SCHEDULING ORDER

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PRE-TRIAL CONFERENCE | 12-APR-2023 09:30 AM | SCN JUDGES CHAMBERS 10TH FLOOR | SUPERIOR CT NEW CASTLE COUNTY | DAVIS, ERIC M |
| JURY SELECTION | 13-APR-2023 09:30 AM | SCN JUDGES CHAMBERS 10TH FLOOR | SUPERIOR CT NEW CASTLE COUNTY | DAVIS, ERIC M |
| TRIAL (CIVIL) | 17-APR-2023 09:30 AM | SCN JUDGES CHAMBERS 10TH FLOOR | SUPERIOR CT NEW CASTLE COUNTY | DAVIS, ERIC M |

## Case Parties

| Seq # | Assoc | Party End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | 7,58 | | PLAINTIFF | @3469037 | **US DOMINION, INC.** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | | | | | |
| 2 | 8 | | PLAINTIFF | @3469038 | **US DOMINION, INC.** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |
| | | | | | |
| 3 | 7,58 | | PLAINTIFF | @3469039 | **DOMINION VOTING SYSTEMS, INC.** |

| Entry: | REDACTED VERSION DATE DOCKETED: APRIL 9, 2022 [PUBLIC VERSION] DEFENDANT FOX NEWS NETWORK, LLC'S MOTION TO COMPEL ADDITIONAL CUSTODIANS AND SEARCH TERMS FOR PLAINTIFFS' DOCUMENT COLLECTION AND FOR EXPEDITED CONSIDERATION CERTIFICATE OF SERVICE OF DEFENDANT FOX NEWS NETWORK, LLC'S MOTION TO COMPEL ADDITIONAL CUSTODIANS AND SEARCH TERMS FOR PLAINTIFFS' DOCUMENT COLLECTION AND FOR EXPEDITED CONSIDERATION ACCEPTED BY: MR TRANSACTION ID: 67459551 | | |
|---|---|---|---|
| | | | |
| 08-APR-2022 11:42 AM | ORDER - PRO HAC VICE | ELZUFON, JOHN A | |
| Entry: | ORDER - PRO HAC VICE DATE DOCKETED: APRIL 9, 2022 ORDER SIGNED BY: DAVIS, ERIC M GRANTED (SARGENT, EDGAR: ORDER FOR ADMISSION PRO HAC VICE ON BEHALF OF PLAINTIFFS US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION) - DAVIS, J. APRIL 8, 2022 ACCEPTED BY: MR TRANSACTION ID: 67463090 | | |
| | | | |
| 08-APR-2022 04:28 PM | JUDICIAL ACTION FORM | | |
| Entry: | JUDICIAL ACTION FORM DATE DOCKETED: APRIL 9, 2022 SUPERIOR COURT PROCEEDING SHEET FOR SCHEDULING CONFERENCE, HEARD ON APRIL 8, 2022. TRIAL DATE SET ON APRIL 17, 2023 FOR 5 WEEKS. ACCEPTED BY: MR TRANSACTION ID: 67464713 | | |
| | | | |
| 08-APR-2022 05:26 PM | NOTICE | FARNAN, BRIAN E | |
| Entry: | NOTICE DATE DOCKETED: APRIL 12, 2022 PLAINTIFFS' NOTICE OF SUBPOENAS TO JILLIAN MELE EXHIBIT 1 TO PLAINTIFFS' NOTICE OF SUBPOENAS TO JILLIAN MELE CERTIFICATE OF SERVICE OF PLAINTIFFS' NOTICE OF SUBPOENAS TO JILLIAN MELE ACCEPTED BY: MR TRANSACTION ID: 67464967 | | |
| | | | |
| 12-APR-2022 01:51 PM | ORDER | ELZUFON, JOHN A | |
| Entry: | ORDER SIGNED BY DATE DOCKETED: APRIL 13, 2022 ORDER SIGNED BY: ELZUFON, SPECIAL MASTER JOHN ORDER OF SPECIAL MASTER WITH REFERENCE TO THE MOTION BY FOX NEWS NETWORK, LLC, TO COMPEL ADDITIONAL CUSTODIANS AND SEARCH TERMS FOR PLAINTIFFS' DOCUMENT COLLECTION ACCEPTED BY: MR TRANSACTION ID: 67472464 | | |
| | | | |
| 12-APR-2022 04:54 PM | NOTICE OF SERVICE | FARNAN, BRIAN E | |
| Entry: | NOTICE OF SERVICE DATE DOCKETED: APRIL 14, 2022 NOTICE OF SERVICE OF: (I) PLAINTIFFS' THIRD SET OF INTERROGATORIES DIRECTED TO DEFENDANT FOX NEWS NETWORK AND (II) PLAINTIFFS' THIRD SET OF | | |

4/6/23, 1:48 PM

| 02:56 PM | | | |
|---|---|---|---|
| **Entry:** | LETTER FOR JUDICIAL REVIEW DATE DOCKETED: MAY 3, 2022 LETTER TO THE HONORABLE ERIC M. DAVIS FROM KATHARINE L. MOWERY DATED MAY 2, 2022 ENCLOSING A PROPOSED AMENDED ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION EXHIBIT A - [PROPOSED] ORDER TO THE LETTER TO THE HONORABLE ERIC M. DAVIS FROM KATHARINE L. MOWERY DATED MAY 2, 2022 ENCLOSING A PROPOSED AMENDED ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION EXHIBIT B TO THE LETTER TO THE HONORABLE ERIC M. DAVIS FROM KATHARINE L. MOWERY DATED MAY 2, 2022 ENCLOSING A PROPOSED AMENDED ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION ACCEPTED BY: MR TRANSACTION ID: 67574607 | | |
| | | | |
| 03-MAY-2022 10:46 AM | ORDER - PRO HAC VICE | ELZUFON, JOHN A | |
| **Entry:** | ORDER - PRO HAC VICE DATE DOCKETED: MAY 4, 2022 ORDER SIGNED BY: DAVIS, ERIC M GRANTED (ORDER FOR ADMISSION PRO HAC VICE OF ANDREW DAVIS ON BEHALF OF DEFENDANT FOX NEWS NETWORK, LLC.) - - DAVIS, J. MAY 3, 2022 ACCEPTED BY: MR TRANSACTION ID: 67578797 | | |
| | | | |
| 03-MAY-2022 10:51 AM | ORDER | ELZUFON, JOHN A | |
| **Entry:** | ORDER SIGNED BY DATE DOCKETED: MAY 4, 2022 ORDER SIGNED BY: DAVIS, ERIC M SO ORDERED. TRIAL DATE: 04/17/23; JURY SELECTION: 04/13/23; PRE-TRIAL CONFERENCE: 04/12/23 (CASE MANAGEMENT ORDER IN ACCORDANCE WITH THE COURTS APRIL 21, 2022 RULING) - DAVIS, J. MAY 3, 2022 ACCEPTED BY: MR TRANSACTION ID: 67578887 | | |
| | | | |
| 03-MAY-2022 02:10 PM | ORDER | ELZUFON, JOHN A | |
| **Entry:** | ORDER SIGNED BY DATE DOCKETED: MAY 5, 2022 ORDER SIGNED BY: DAVIS, ERIC M GRANTED (ORDER GRANTING MOTION FOR COMMISSION.) - DAVIS, J. MAY 3, 2022 ACCEPTED BY: MR TRANSACTION ID: 67580743 | | |
| | | | |
| 03-MAY-2022 02:20 PM | ORDER | ELZUFON, JOHN A | |
| **Entry:** | ORDER SIGNED BY DATE DOCKETED: MAY 4, 2022 ORDER SIGNED BY: DAVIS, ERIC M GRANTED (ORDER TO THE LETTER TO THE HONORABLE ERIC M. DAVIS FROM KATHARINE L. MOWERY DATED MAY 2, 2022 ENCLOSING A PROPOSED AMENDED ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION) - DAVIS, J. MAY 3, 2022 ACCEPTED BY: MR TRANSACTION ID: 67580806 | | |
| | | | |

Add.220

| **Entry:** | LETTER FOR JUDICIAL REVIEW DATE DOCKETED: JANUARY 7, 2023 LETTER TO THE HONORABLE ERIC M. DAVIS FROM BRIAN E. FARNAN REGARDING RESPONSE TO DEFENDANTS' JANUARY 5, 2023 LETTER ACCEPTED BY: TRANSACTION ID: 68810129 | | |
|---|---|---|---|
| | | | |
| 05-JAN-2023 09:28 PM | NOTICE OF DEPOSITION | MOWERY, KATHARINE L | |
| **Entry:** | NOTICE OF DEPOSITION OF DATE DOCKETED: JANUARY 7, 2023 DEFENDANT FOX NEWS NETWORK, LLC'S NOTICE OF DEPOSITION OF ADAM D. GALINSKY ON JANUARY 13, 2023 AT 11:00 AM EST WITH CERTIFICATE OF SERVICE ACCEPTED BY: TRANSACTION ID: 68813222 | | |
| | | | |
| 06-JAN-2023 02:38 PM | NOTICE OF DEPOSITION | FARNAN, BRIAN E | |
| **Entry:** | NOTICE OF DEPOSITION OF DATE DOCKETED: JANUARY 7, 2023 PLAINTIFFS' NOTICE OF DEPOSITION OF DIANA ASCHER ON JANUARY 10, 2023 AT 10:00 AM PT WITH CERTIFICATE OF SERVICE ACCEPTED BY: TRANSACTION ID: 68820917 | | |
| | | | |
| 06-JAN-2023 02:38 PM | NOTICE OF DEPOSITION | FARNAN, BRIAN E | |
| **Entry:** | NOTICE OF DEPOSITION OF DATE DOCKETED: JANUARY 7, 2023 PLAINTIFFS' NOTICE OF DEPOSITION OF SEAN HANNITY ON JANUARY 10, 2023 AT 9:00 AM ET WITH CERTIFICATE OF SERVICE ACCEPTED BY: TRANSACTION ID: 68820917 | | |
| | | | |
| 06-JAN-2023 02:38 PM | NOTICE OF DEPOSITION | FARNAN, BRIAN E | |
| **Entry:** | NOTICE OF DEPOSITION OF DATE DOCKETED: JANUARY 7, 2023 PLAINTIFFS' NOTICE OF DEPOSITION OF SETH NEILSON ON JANUARY 13, 2023 AT 9:00 AM PT WITH CERTIFICATE OF SERVICE ACCEPTED BY: TRANSACTION ID: 68820917 | | |
| | | | |
| 06-JAN-2023 03:12 PM | ORDER | ELZUFON, JOHN A | |
| **Entry:** | ORDER SIGNED BY DATE DOCKETED: JANUARY 10, 2023 ORDER SIGNED BY: DAVIS, ERIC M ORDER SETTING BRIEFING DEADLINES ON SUMMARY JUDGMENTS. THE COURT WILL SET THE FOLLOWING DEADLINES FOR ALL SUMMARY JUDGMENT MOTIONS IN THESE CONSOLIDATED CASES: OPENING MOTIONS AND BRIEFS DUE NO LATER THAN 6:00 P.M. ON JANUARY 17, 2023; OPPOSITION BRIEFS DUE NO LATER THAN 6:00 P.M. ON FEBRUARY 8, 2023; REPLY BRIEFS DUE NO LATER THAN 6:00 P.M. ON FEBRUARY 20, 2023. IT IS SO ORDERED. DAVIS, J. JANUARY 6, 2023. ACCEPTED BY: TRANSACTION ID: 68821336 | | |

Add.221

| 16-JAN-2023 04:02 PM | NOTICE OF DEPOSITION | FARNAN, BRIAN E | |
|---|---|---|---|
| **Entry:** | NOTICE OF DEPOSITION OF DATE DOCKETED: JANUARY 18, 2023 PLAINTIFFS' NOTICE OF DEPOSITION OF ROBERT BURTON ON JANUARY 20, 2023 AT 10:00 AM ET WITH CERTIFICATE OF SERVICE ACCEPTED BY: TRANSACTION ID: 68896846 | | |
| | | | |
| 17-JAN-2023 11:22 AM | NOTICE OF DEPOSITION | MOWERY, KATHARINE L | |
| **Entry:** | NOTICE OF DEPOSITION OF DATE DOCKETED: JANUARY 18, 2023 DEFENDANT FOX NEWS NETWORK, LLC'S NOTICE OF DEPOSITION OF JOEL H. STECKEL ON JANUARY 19, 2023 AT 12:00 PM EST WITH A CERTIFICATE OF SERVICE ACCEPTED BY: TRANSACTION ID: 68899974 | | |
| | | | |
| 17-JAN-2023 05:53 PM | MOTION FOR SUMMARY JUDGMENT | FARNAN, BRIAN E | |
| **Entry:** | MOTION FOR SUMMARY JUDGMENT DATE DOCKETED: JANUARY 19, 2023 DOMINION'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY OF FOX NEWS NETWORK, LLC AND FOX CORPORATION PROPOSED ORDER GRANTING DOMINION'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY OF FOX NEWS NETWORK, LLC AND FOX CORPORATION NOTICE OF DOMINION'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY OF FOX NEWS NETWORK, LLC AND FOX CORPORATION WILL BE PRESENTED AT THE CONVENIENCE OF THE COURT CONFIDENTIAL DOMINION'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON LIABILITY OF FOX NEWS NETWORK, LLC AND FOX CORPORATION CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION CONFIDENTIAL APPENDICES A-D TO DOMINION'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON LIABILITY OF FOX NEWS NETWORK, LLC AND FOX CORPORATION CERTIFICATE OF SERVICE FOR DOMINION'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY OF FOX NEWS NETWORK, LLC AND FOX CORPORATION AND ALL SUPPORTING DOCUMENTS ACCEPTED BY: TRANSACTION ID: 68910209 | | |
| | | | |
| 17-JAN-2023 05:57 PM | MOTION FOR SUMMARY JUDGMENT | MOWERY, KATHARINE L | |
| **Entry:** | MOTION FOR SUMMARY JUDGMENT DATE DOCKETED: JANUARY 19, 2023 DEFENDANT FOX CORPORATION'S MOTION FOR SUMMARY JUDGMENT NOTICE OF MOTION OF DEFENDANT FOX CORPORATION'S MOTION FOR SUMMARY JUDGMENT [PROPOSED] ORDER TO THE DEFENDANT FOX CORPORATION'S MOTION FOR SUMMARY JUDGMENT CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION TO DEFENDANT FOX CORPORATION'S MOTION FOR SUMMARY JUDGMENT CERTIFICATE OF SERVICE OF DEFENDANT FOX CORPORATION'S MOTION FOR SUMMARY JUDGMENT ACCEPTED BY: TRANSACTION ID: 68890216 | | |

Add.222

Case 22-2079, Document 88, 04/30/2023, 3506041, Page147 of 194

DOMINION'S MARCH 30, 2023 LETTER REGARDING FOX WITNESSES
ACCEPTED BY: BB TRANSACTION ID: 69703254

| 31-MAR-2023 03:31 PM | MOTION | BUTLER, KATE | |
|---|---|---|---|
| **Entry:** | MOTION DATE DOCKETED: APRIL 4, 2023 MOTION TO INTERVENE OR FOR ALTERNATIVE RELIEF EX A TO MOT. TO INTERVENE NOTICE FOR MOTION TO INTERVENE TO BE HEARD AT THE CONVENIENCE OF THE COURT. PROPOSED ORDER ACCEPTED BY: BB TRANSACTION ID: 69708822 | | |

| 31-MAR-2023 03:31 PM | OPINION | ELZUFON, JOHN A | |
|---|---|---|---|
| **Entry:** | OPINION DATE DOCKETED: APRIL 1, 2023 ORDER SIGNED BY: DAVIS, ERIC M CROSS-MOTIONS FOR SUMMARY JUDGMENT - GRANTED IN PART AND DENIED IN PART. DAVIS, J. MARCH 31, 2023. ACCEPTED BY: MR TRANSACTION ID: 69708908 | | |

| 31-MAR-2023 04:34 PM | PROPOSED VOIR DIRE | MOWERY, KATHARINE L | |
|---|---|---|---|
| **Entry:** | PROPOSED VOIR DIRE DATE DOCKETED: APRIL 4, 2023 PROPOSED SPECIAL VOIR DIRE WITH CERTIFICATE OF SERVICE ACCEPTED BY: BB TRANSACTION ID: 69706490 | | |

| 31-MAR-2023 11:27 PM | WITNESS AND EXHIBIT LIST | ROHRBACHER, BLAKE | |
|---|---|---|---|
| **Entry:** | WITNESS AND EXHIBIT LIST DATE DOCKETED: APRIL 4, 2023 FOX DEFENDANTS EXHIBIT LIST EXHIBIT 1 TO FOX DEFENDANTS EXHIBIT LIST CERTIFICATE OF SERVICE ACCEPTED BY: BB TRANSACTION ID: 69712580 | | |

| 31-MAR-2023 11:56 PM | WITNESS AND EXHIBIT LIST | FARNAN, BRIAN E | |
|---|---|---|---|
| **Entry:** | WITNESS AND EXHIBIT LIST DATE DOCKETED: APRIL 4, 2023 DOMINION'S TRIAL EXHIBIT LIST WITH CERTIFICATE OF SERVICE ACCEPTED BY: BB TRANSACTION ID: 69712613 | | |

| 31-MAR-2023 11:57 PM | LETTER FOR JUDICIAL REVIEW | ROHRBACHER, BLAKE | |
|---|---|---|---|
| **Entry:** | LETTER FOR JUDICIAL REVIEW DATE DOCKETED: APRIL 4, 2023 FOX DEFENDANTS' STATEMENT REGARDING OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST WITH A CERTIFICATE OF SERVICE ACCEPTED BY: BB TRANSACTION ID: 69712606 | | |

Add.223

| 04-APR-2023 10:47 AM | ORDER | ELZUFON, JOHN A | |
|---|---|---|---|
| **Entry:** | ORDER SIGNED BY DATE DOCKETED: APRIL 5, 2023 ORDER SIGNED BY: DAVIS, ERIC M SO ORDERED (STIPULATION AND SCHEDULING ORDER REGARDING FILING PUBLIC COPIES OF MOTIONS IN LIMINE AND OPPOSITIONS THERETO)- DAVIS, J. 04-04-23 ACCEPTED BY: BB TRANSACTION ID: 69725442 | | |
| | | | |
| 04-APR-2023 12:02 PM | LETTER FOR JUDICIAL REVIEW | MOWERY, KATHARINE L | |
| **Entry:** | LETTER FOR JUDICIAL REVIEW DATE DOCKETED: APRIL 5, 2023 LETTER FROM KATHARINE L. MOWERY, ESQ. TO THE HONORABLE ERIC M. DAVIS REGARDING FOX'S LIVE WITNESSES ACCEPTED BY: BB TRANSACTION ID: 69724592 | | |
| | | | |
| 04-APR-2023 06:23 PM | LETTER FOR JUDICIAL REVIEW | FARNAN, BRIAN E | |
| **Entry:** | LETTER FOR JUDICIAL REVIEW DATE DOCKETED: APRIL 6, 2023 LETTER TO THE HONORABLE ERIC M. DAVIS FROM BRIAN E. FARNAN REGARDING LIVE WITNESSES FOR TRIAL ACCEPTED BY: BB TRANSACTION ID: 69731485 | | |
| | | | |
| 05-APR-2023 02:57 PM | JUDICIAL ACTION FORM | | |
| **Entry:** | JUDICIAL ACTION FORM DATE DOCKETED: APRIL 6, 2023 SUPERIOR COURT PROCEEDING SHEET FOR STATUS CONFERENCE, HEARD ON APRIL 5, 2023. ACCEPTED BY: BB TRANSACTION ID: 69737493 | | |

Add.224

ACCO,(SHKx),DISCOVERY,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CIVIL DOCKET FOR CASE #: 5:18–cv–01882–JGB–SHK

Monster Energy Company v. Vital Pharmaceuticals, Inc. et al
Assigned to: Judge Jesus G. Bernal
Referred to: Magistrate Judge Shashi H. Kewalramani
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 09/04/2018
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Monster Energy Company**
*a Delaware corporation*

represented by **Christina Von der Ahe Rayburn**
Hueston Hennigan LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
949–356–6412
Fax: 888–775–0898
Email: crayburn@hueston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer N Popp**
Hueston Hennigan LLP
523 W 6th Street Suite 400
Los Angeles, CA 90014
213–788–4340
Email: jpopp@hueston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Hueston**
Hueston Hennigan LLP
523 West 6th Street Suite 400
Los Angeles, CA 90014
213–788–4340
Fax: 888–775–0898
Email: jhueston@hueston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alan Reiter**
Hueston Hennigan LLP
523 West 6th Street Suite 400
Los Angeles, CA 90014
213–788–4340
Fax: 888–775–0898
Email: jreiter@hueston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hayes Todisco**
Hueston Hennigan LLP
523 West 6th Street Suite 400
Los Angeles, CA 90014–1208
213–788–4275
Fax: 888–775–0898
Email: mtodisco@hueston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Moez M Kaba**
Hueston Hennigan LLP

(See above for address)
*TERMINATED: 07/14/2022*

**Kenneth J. Ferguson**
(See above for address)
*TERMINATED: 07/14/2022*
*PRO HAC VICE*

**Kirti Vaidya Reddy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lucy R. Dollens**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Kesten**
(See above for address)
*TERMINATED: 07/09/2020*

**Matthew J. Duchemin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael D Kanach**
(See above for address)
*TERMINATED: 07/09/2020*

**Michael R. Klatt**
(See above for address)
*TERMINATED: 07/14/2022*
*PRO HAC VICE*

**Nolan J. Mitchell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olaf Jerzy Muller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Siachos**
(See above for address)
*TERMINATED: 07/14/2022*
*PRO HAC VICE*

**Sara A. Frey**
(See above for address)
*TERMINATED: 07/14/2022*
*PRO HAC VICE*

**Sean P Flynn**
(See above for address)
*TERMINATED: 07/14/2022*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2018 | 1 | COMPLAINT Receipt No: 0973–22362914 – Fee: $400, filed by Plaintiff Monster Energy Company. (Attorney Naoki S Kaneko added to party Monster Energy Company(pty:pla))(Kaneko, Naoki) (Entered: 09/04/2018) |

| | | |
|---|---|---|
| | | (Entered: 08/07/2022) |
| 08/08/2022 | 807 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document 806 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Request / for order. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (twdb) (Entered: 08/08/2022) |
| 08/09/2022 | 808 | MINUTES OF Status Conference (held and completed) before Judge Jesus G. Bernal: The jury veneer is dismissed. A new jury veneer will be requested for next week.Trial is continued to August 16, 2022, at 9:00 a.m. The Court also sets a status conference for Monday, August 15, 2022, at 11:00 a.m. Status Conference set for 8/15/2022 at 11:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston. (twdb) (Entered: 08/10/2022) |
| 08/12/2022 | 809 | EX PARTE APPLICATION to Continue Trial Date filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order) (Muth, David) (Entered: 08/12/2022) |
| 08/14/2022 | 810 | SUPPLEMENTAL BRIEF filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc. re: EX PARTE APPLICATION to Continue Trial Date 809 (Muth, David) (Entered: 08/14/2022) |
| 08/15/2022 | 811 | OPPOSITION IN OPPOSITION TO re: EX PARTE APPLICATION to Continue Trial Date 809 filed by Plaintiff Monster Energy Company. (Haji, Sara) (Entered: 08/15/2022) |
| 08/15/2022 | 812 | MINUTES OF Status Conference (held and completed) before Judge Jesus G. Bernal: Trial continued to 8/25/2022 at 09:00 AM before Judge Jesus G. Bernal. Counsel shall meet and confer for at least two hours this week to reduce the number of witnesses. A status report shall be filed by Friday, August 19, 2022. Status Report due by 8/19/2022. Court Reporter: Phyllis A. Preston. (twdb) (Entered: 08/17/2022) |
| 08/18/2022 | 813 | TRANSCRIPT ORDER as to Plaintiff Monster Energy Company for Court Reporter. Court will contact Marina Green at mgreen@hueston.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Mishra, Sourabh) (Entered: 08/18/2022) |
| 08/19/2022 | 814 | STATUS REPORT *Joint Status Report Relating to ECF 812* filed by Plaintiff Monster Energy Company. (Mishra, Sourabh) (Entered: 08/19/2022) |
| 08/25/2022 | 815 | Notice of Appearance or Withdrawal of Counsel: for attorney Eunice Leong counsel for Plaintiff Monster Energy Company. Adding Eunice Leong as counsel of record for Monster Energy Company for the reason indicated in the G–123 Notice. Filed by Plaintiff Monster Energy Company. (Attorney Eunice Leong added to party Monster Energy Company(pty:pla))(Leong, Eunice) (Entered: 08/25/2022) |
| 08/25/2022 | 820 | MINUTES OF Jury Trial – 1st Day held before Judge Jesus G. Bernal: Jury impaneled and sworn. Jury Trial continued to 8/26/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 08/31/2022) |
| 08/26/2022 | 821 | MINUTES OF Jury Trial – 2nd Day held before Judge Jesus G. Bernal: Opening statements made. Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 8/30/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 08/31/2022) |
| 08/30/2022 | 816 | *Deposition Designations Index – Dr. Darryn Willoughby* (Greer, Justin) (Entered: 08/30/2022) |
| 08/30/2022 | 817 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document 816 . The following error(s) was/were found: Title page is missing. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice |

| | | | |
|---|---|---|---|
| | | | unless and until the Court directs you to do so. (lom) (Entered: 08/30/2022) |
| 08/30/2022 | 818 | | BRIEF filed by Plaintiff Monster Energy Company. *REGARDING THE ADMISSIBILITY OF DR. DARRYN WILLOOUGHBY'S DEPOSITION TESTIMONY* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Kaba, Moez) (Entered: 08/31/2022) |
| 08/30/2022 | 822 | | MINUTES OF Jury Trial – 3rd Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 8/31/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 08/31/2022) |
| 08/31/2022 | 819 | | Brief regarding Inadmissibility of Dr. Willoughby Deposition Testimony BRIEF filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Muth, David) (Entered: 08/31/2022) |
| 08/31/2022 | 823 | | MINUTES OF Jury Trial – 4th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/1/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 09/02/2022) |
| 09/01/2022 | 824 | | MINUTES OF Jury Trial – 5th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/2/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 09/02/2022) |
| 09/02/2022 | 835 | | MINUTES OF Jury Trial – 6th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/6/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 09/12/2022) |
| 09/05/2022 | 825 | | [EX PARTE APPLICATION , filed as] NOTICE OF MOTION AND MOTION to Quash Trial Subpoena for Guillermo Escalante filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. Motion set for hearing on 9/7/2022 at 08:30 AM before Judge Jesus G. Bernal. (Muth, David) Modified on 9/6/2022 (twdb). (Entered: 09/05/2022) |
| 09/05/2022 | 826 | | DECLARATION of Jonathan Labukas In Support Of NOTICE OF MOTION AND MOTION to Quash Trial Subpoena for Guillermo Escalante 825 filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 1)(Muth, David) (Entered: 09/05/2022) |
| 09/05/2022 | 827 | | DEPOSITION DESIGNATIONS OF FRANK GUAGENTI filed by Plaintiff Monster Energy Company (Kaba, Moez) (Entered: 09/05/2022) |
| 09/05/2022 | 828 | | DEPOSITION DESIGNATIONS OF TONY ANSELMO filed by Plaintiff Monster Energy Company (Kaba, Moez) (Entered: 09/05/2022) |
| 09/06/2022 | 829 | | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION to Quash Trial Subpoena for Guillermo Escalante 825 . The following error(s) was/were found: Proposed document was not submitted or was not submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (twdb) (Entered: 09/06/2022) |
| 09/06/2022 | 836 | | MINUTES OF Jury Trial – 7th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/7/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 09/12/2022) |
| 09/07/2022 | 830 | | DEPOSITION DESIGNATIONS OF DR. JOSE ANTONIO filed by Plaintiff Monster Energy Company (Kaba, Moez) (Entered: 09/07/2022) |
| 09/07/2022 | 831 | | Opposition re: NOTICE OF MOTION AND MOTION to Quash Trial Subpoena for Guillermo Escalante 825 filed by Plaintiff Monster Energy Company. (Attachments: # 1 Declaration of Winston Shi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit |

| | | D)(Kaba, Moez) (Entered: 09/08/2022) |
|---|---|---|
| 09/07/2022 | 837 | MINUTES OF Jury Trial – 8th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/8/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 09/12/2022) |
| 09/08/2022 | 832 | NOTICE OF LODGING filed re Objection/Opposition (Motion related), 831 (Attachments: # 1 Exhibit A – [Proposed] Order)(Kaba, Moez) (Entered: 09/08/2022) |
| 09/08/2022 | 838 | MINUTES OF Jury Trial – 9th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/9/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 09/12/2022) |
| 09/09/2022 | 839 | MINUTES OF Jury Trial – 10th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/12/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston / Miriam Baird. (twdb) (Entered: 09/12/2022) |
| 09/11/2022 | 833 | DEPOSITION DESIGNATIONS OF ROBERT DURAND filed by Plaintiff Monster Energy Company (Kaba, Moez) (Entered: 09/11/2022) |
| 09/11/2022 | 834 | DEPOSITION DESIGNATIONS OF ROBERT DURAND 30(b)(6) filed by Plaintiff Monster Energy Company (Kaba, Moez) (Entered: 09/11/2022) |
| 09/12/2022 | 840 | Offer of Proof Regarding the Testimony of Dr. Liangxi Li filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc. (Muth, David) (Entered: 09/12/2022) |
| 09/12/2022 | 841 | DECLARATION of David Muth re Miscellaneous Document 840 *Offer of Proof Regarding the Testimony of Dr. Liangxi Li* filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 1)(Muth, David) (Entered: 09/12/2022) |
| 09/12/2022 | 842 | *Defendants' Bench Memo Re: Curative Admissibility of Dr. Keykavous Parang's Study on Super Creatine* (Muth, David) (Entered: 09/12/2022) |
| 09/12/2022 | 843 | DECLARATION of David Muth re Miscellaneous Document 842 *Defendants' Bench Memo Re: Curative Admissibility of Dr. Keykavous Parang's Study on Super Creatine* filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Muth, David) (Entered: 09/12/2022) |
| 09/12/2022 | 844 | AMENDED DEPOSITION DESIGNATIONS OF DR. JOSE ANTONIO filed by Plaintiff Monster Energy Company (Kaba, Moez) (Entered: 09/12/2022) |
| 09/12/2022 | 845 | *Supplement to Defendants' Bench Memo Re: Curative Admissibility of Dr. Keykavous Parang's Study on Super Creatine* (Muth, David) (Entered: 09/12/2022) |
| 09/12/2022 | 846 | DECLARATION of David Muth re Miscellaneous Document 845 *Supplement to Defendants' Bench Memo Re: Curative Admissibility of Dr. Keykavous Parang's Study on Super Creatine* filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A)(Muth, David) (Entered: 09/12/2022) |
| 09/12/2022 | 847 | MINUTES OF Jury Trial – 11th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/13/2022 at 09:00 AM before Judge Jesus G. Bernal. Denying 825 Motion to Quash Trial Subpoena (Dkt. No. 825); Court Reporter: Phyllis A. Preston. (twdb) (Entered: 09/13/2022) |
| 09/13/2022 | 848 | RESPONSE filed by Plaintiff Monster Energy Company to Miscellaneous Document 845 , Declaration, 846 , Declaration, 843 , Miscellaneous Document 842 *Monster's Response to Defendants' Bench Memo Re: Curative Admissibility of Dr. Keykavous Parang's Study on Super Creatine* (Attachments: # 1 Declaration of Winston Shi, # 2 Exhibit D to Shi Decl., # 3 Exhibit E to Shi Decl., # 4 Exhibit F to Shi Decl., # 5 Exhibit G to Shi Decl., # 6 Exhibit H to Shi Decl., # 7 Exhibit J to Shi Decl., # 8 Exhibit K to Shi Decl.)(Haji, Sara) (Entered: 09/13/2022) |

| 09/13/2022 | 849 | *DEPOSITION DESIGNATIONS OF FRANK MASSABKI* (Leong, Eunice) (Entered: 09/13/2022) |
|---|---|---|
| 09/13/2022 | 850 | MINUTES OF Jury Trial – 12th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/14/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston AM / Miriam Baird PM. (twdb) (Entered: 09/14/2022) |
| 09/14/2022 | 851 | MINUTES OF Jury Trial – 13th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial set for 9/15/2022 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A Preston–AM / Miriam Baird–PM. (rolm) (Entered: 09/15/2022) |
| 09/15/2022 | 852 | MINUTES OF Jury Trial – 14 Day held before Judge Jesus G. Bernal: Exhibits identified and admitted. Jury Trial continued to 9/16/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston AM / Miriam Baird PM. (twdb) (Entered: 09/16/2022) |
| 09/16/2022 | 853 | MINUTES OF Jury Trial – 15th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to 9/20/2022 at 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston AM / Miriam Baird PM. (twdb) (Entered: 09/16/2022) |
| 09/20/2022 | 855 | MINUTES OF Jury Trial – 16th Day held before Judge Jesus G. Bernal. Witnesses called, sworn and testified. Exhibits identified and admitted. Case continued to 9/21/2022 at 9:00 a.m., for further trial. Court Reporter: Phyllis A. Preston – AM / Miriam Baird – PM. (lom) (Entered: 09/21/2022) |
| 09/21/2022 | 854 | Deposition Designations of David Hayes (Europa Sports Products) filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc. (Muth, David) (Entered: 09/21/2022) |
| 09/21/2022 | 856 | BRIEF filed by Plaintiff Monster Energy Company. *Monster's Brief on Scope of Dr. Larry Chiagouris' Direct Examination* (Attachments: # 1 Declaration of Winston Shi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit H)(Haji, Sara) (Entered: 09/21/2022) |
| 09/21/2022 | 858 | MINUTES OF Jury Trial – 17th Day held before Judge Jesus G. Bernal. Witnesses called, sworn and testified. Exhibits identified and admitted. Case continued to 9/22/2022 at 9:00 a.m., for further trial. Court Reporter: Phyllis A. Preston–AM / Miriam Baird–PM. (lom) (Entered: 09/22/2022) |
| 09/22/2022 | 857 | BRIEF filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. *Defendants' submission re Disclosure of Third Party Market Surveys – Dr. L. Chiagouris* (Muth, David) (Entered: 09/22/2022) |
| 09/22/2022 | 859 | Offer of Proof Regarding InfoScout Survey and Reports filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc. (Muth, David) (Entered: 09/22/2022) |
| 09/22/2022 | 860 | MINUTES OF Jury Trial – 18th Day held before Judge Jesus G. Bernal. Witnesses called, sworn and testified. Exhibits identified and admitted. Plaintiff(s) rest. Case continued to 9/23/2022 at 9:00 a.m., for further trial. Court Reporter: Phyllis A. Preston–AM / Miriam Baird–PM. (lom) (Entered: 09/23/2022) |
| 09/23/2022 | 863 | MINUTES OF Jury Trial – 19th Day held before Judge Jesus G. Bernal: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial set for 9/27/2022 09:00 AM before Judge Jesus G. Bernal. Court Reporter: Phyllis A. Preston. (rolm) (Entered: 09/26/2022) |
| 09/26/2022 | 861 | BRIEF filed by Plaintiff Monster Energy Company. *BRIEF ON NON–CAN ADVERTISING* (Attachments: # 1 Appendix)(Leong, Eunice) (Entered: 09/26/2022) |
| 09/26/2022 | 862 | DECLARATION of Winston Shi re Brief (non–motion non–appeal) 861 *in Support of Brief on Non–Can Advertising* filed by Plaintiff Monster Energy Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Leong, Eunice) (Entered: 09/26/2022) |
| 09/26/2022 | 864 | Defendants Response to Plaintiff's Letter Brief on Non–Can Advertising BRIEF filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. regarding Brief |

| | | |
|---|---|---|
| | | (non–motion non–appeal) <u>861</u> . (Muth, David) (Entered: 09/26/2022) |
| 09/26/2022 | <u>865</u> | DECLARATION of David P Muth *ISO Defendants' Response to Plaintiff's Letter Brief in Non–Can Advertising* filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Attachments: # <u>1</u> Exhibit Exhibit A is a true and correct copy of the September 13, 2022 (Charles Cowan) trial transcript, # <u>2</u> Exhibit Exhibit B is a true and correct copy of the September 15, 2022 (Christian Tregillis) trial transcript, # <u>3</u> Exhibit Exhibit C is a true and correct copy of the September 22, 2022 (Larry Chiagouris) trial transcript, # <u>4</u> Exhibit Exhibit D is a true and correct copy of the September 15, 2022 (Drew Voth) trial transcript)(Muth, David) (Entered: 09/26/2022) |
| 09/26/2022 | <u>866</u> | PLAINTIFF MONSTER ENERGY COMPANYS IDENTIFICATION OF VIDEOTAPED DEPOSITION TESTIMONY AND EXHIBIT SHOWN DURING TRIAL filed by Plaintiff Monster Energy Company (Kaba, Moez) (Entered: 09/26/2022) |
| 09/26/2022 | <u>867</u> | REPLY filed by Plaintiff Monster Energy Company to Brief (non–motion non–appeal) <u>861</u> *Monster's Reply to Defendants' Response to Plaintiff's Letter Brief on Non–Can Advertising* (Attachments: # <u>1</u> Declaration of Winston Shi, # <u>2</u> Exhibit A to Declaration of Winston Shi, # <u>3</u> Exhibit B to Declaration of Winston Shi)(Libeu, Allison) (Entered: 09/26/2022) |
| 09/27/2022 | <u>868</u> | NOTICE OF MOTION AND MOTION for Order for Sealing Trade Secret and Payroll Exhibits filed by Plaintiff Monster Energy Company. Motion set for hearing on 10/31/2022 at 09:00 AM before Judge Jesus G. Bernal. (Attachments: # <u>1</u> Declaration of Winston Shi, # <u>2</u> Exhibit A to Declaration of Winston Shi, # <u>3</u> Exhibit B to Declaration of Winston Shi, # <u>4</u> Exhibit C to Declaration of Winston Shi, # <u>5</u> Proposed Order) (Libeu, Allison) (Entered: 09/27/2022) |
| 09/27/2022 | <u>869</u> | Opposition to Plaintiff's Motion for an Order Sealing Trade Secret and Payroll Exhibits filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc. (Muth, David) (Entered: 09/27/2022) |
| 09/27/2022 | <u>870</u> | DECLARATION of David Muth re Miscellaneous Document <u>869</u> filed by Defendants John H. Owoc, Vital Pharmaceuticals, Inc.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F)(Muth, David) (Entered: 09/27/2022) |
| 09/27/2022 | <u>871</u> | MINUTES OF Jury Trial – 20th Day held before Judge Jesus G. Bernal. Closing arguments made by plaintiff(s) and defendant(s). Court instructs jury. Bailiff(s) sworn. Jury retires to deliberate. Case continued to 9/28/2022 at 9:00 a.m. for further jury deliberation. Court Reporter: Myra Ponce A.M. / Miriam Baird A.M. & P.M. (lom) (Entered: 09/28/2022) |
| 09/27/2022 | <u>872</u> | REDACTED Jury Note # 1 filed. (lom) (Entered: 09/28/2022) |
| 09/27/2022 | <u>873</u> | SEALED UNREDACTED Jury Note #1 filed re: REDACTED Jury Note #1 <u>872</u> . (lom) (Entered: 09/28/2022) |
| 09/28/2022 | <u>874</u> | REDACTED Jury Note # 2 filed. (lom) (Entered: 09/28/2022) |
| 09/28/2022 | <u>875</u> | REDACTED Jury Note # 3 filed. (lom) (Entered: 09/28/2022) |
| 09/28/2022 | <u>876</u> | REDACTED Jury Note # 4 filed. (lom) (Entered: 09/29/2022) |
| 09/28/2022 | <u>877</u> | REDACTED Jury Note # 5 filed. (lom) (Entered: 09/29/2022) |
| 09/28/2022 | <u>878</u> | MINUTES OF Jury Trial – 21st Day held before Judge Jesus G. Bernal. Jury resumes deliberations. Case continued to 9/29/2022 at 9:00 a.m., for further jury deliberation. Court Reporter: Miriam Baird. (lom) (Entered: 09/29/2022) |
| 09/28/2022 | <u>879</u> | SEALED UNREDACTED Jury Note No. 2 filed re: Jury Note No. 2 <u>874</u> (bm) (Entered: 09/29/2022) |
| 09/28/2022 | <u>880</u> | SEALED – RESPONSE filed to Jury Note No. 2 <u>874</u> (bm) (Entered: 09/29/2022) |
| 09/28/2022 | <u>881</u> | SEALED UNREDACTED Jury Note No. 3 filed re: Jury Note No. 3 <u>875</u> (bm) (Entered: 09/29/2022) |

| 09/28/2022 | 882 | SEALED – RESPONSE filed to Jury Note No. 3 875 (bm) (Entered: 09/29/2022) |
| 09/28/2022 | 883 | SEALED UNREDACTED Jury Note No. 4 filed re: Jury Note No. 4 876 (bm) (Entered: 09/29/2022) |
| 09/28/2022 | 884 | SEALED – RESPONSE filed to Jury Note No. 4 876 (bm) (Entered: 09/29/2022) |
| 09/28/2022 | 885 | SEALED UNREDACTED Jury Note No. 5 filed re: Jury Note No. 5 877 (bm) (Entered: 09/29/2022) |
| 09/28/2022 | 886 | SEALED – RESPONSE filed to Jury Note No. 5 877 (bm) (Entered: 09/29/2022) |
| 09/29/2022 | 887 | REPLY In Support Of NOTICE OF MOTION AND MOTION for Order for Sealing Trade Secret and Payroll Exhibits 868 filed by Plaintiff Monster Energy Company. (Attachments: # 1 Declaration of Winston Shi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Libeu, Allison) (Entered: 09/29/2022) |
| 09/29/2022 | 888 | MINUTES OF Jury Trial – 22nd Day held and completed before Judge Jesus G. Bernal. Verdict reached. Jury Verdict in favor of plaintiff(s). Jury polled. Filed Witness & Exhibit Lists. Filed jury notes. Filed jury instructions. Court Reporter: Miriam Baird. (lom) (Entered: 09/30/2022) |
| 09/29/2022 | 889 | JURY INSTRUCTIONS (Given) by Judge Jesus G. Bernal. (lom) (Entered: 09/30/2022) |
| 09/29/2022 | 890 | REDACTED VERDICT FORM (lom) (Entered: 09/30/2022) |
| 09/29/2022 | 891 | SEALED UNREDACTED VERDICT FORM filed re: Redacted Verdict Form 890 . (lom) (Entered: 09/30/2022) |
| 09/29/2022 | 892 | REDACTED Jury Note # 6 filed. (lom) (Entered: 09/30/2022) |
| 09/29/2022 | 893 | SEALED UNREDACTED JURY NOTE #6 re: REDACTED Jury Note # 6 892 . (lom) (Entered: 09/30/2022) |
| 09/29/2022 | 894 | LIST OF EXHIBITS AND WITNESSES at trial. (lom) (Entered: 09/30/2022) |
| 09/29/2022 | 895 | RECEIPT FOR RELEASE OF EXHIBITS to Counsel Upon Verdict/Judgment at Trial; Pursuant to stip of counsel and/or by Order of the Court, all exhibits listed on Joint exhibits list are returned to counsel for respective party(ies). (lom) (Entered: 09/30/2022) |
| 10/06/2022 | 896 | TRANSCRIPT ORDER for Court Reporter. Court will contact Liane Berns at LBerns@duffyandyoung.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (ss) (Entered: 10/06/2022) |

REDACTED

FILED
CLERK, U.S. DISTRICT COURT

09/29/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___NP___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MONSTER ENERGY COMPANY, a
Delaware corporation,

        Plaintiff,

     vs.

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX Sports, a Florida corporation;
and JOHN H. OWOC a.k.a. JACK
OWOC, an individual,

        Defendants.

Case No. 5:18-cv-1882-JGB-SHK

*Honorable Jesus G. Bernal*

**VERDICT FORM**

Add.233

WE THE JURY unanimously find as follows:

## **FALSE ADVERTISING – LANHAM ACT**

1. Are Defendants Vital Pharmaceuticals, Inc. ("VPX") and/or John H. "Jack" Owoc liable for false advertising under the Lanham Act?

(a) **VPX:** Yes (for Monster) ✗ No (for VPX) _____

(b) **Owoc:** Yes (for Monster) ✗ No (for Owoc) _____

*(If you answered "Yes" to Question 1(a), 1(b), or both, continue to Question 2. Otherwise, skip to Question 4.)*

2. We award Monster the following damages sustained by Monster for VPX's and/or Owoc's false advertising:

$271,924,174

*(Continue to Question 3.)*

3. Was VPX's and/or Owoc's false advertising willful and deliberate?

(a) **VPX:** Yes (for Monster) ✗ No (for VPX) _____

(b) **Owoc:** Yes (for Monster) ✗ No (for Owoc) _____

*(Continue to Question 4.)*

- 1 -

# INTENTIONAL INTERFERENCE WITH CONTRACT – CALIFORNIA COMMON LAW

    4. Did VPX and/or Owoc intentionally interfere with Monster's contracts with Circle K, AM PM, and/or Wal-Mart?

## Circle K

    (a)  **VPX:**    Yes (for Monster) __X__    No (for VPX) _____

    (b)  **Owoc:**    Yes (for Monster) _____    No (for Owoc) __X__

## AM PM

    (a)  **VPX:**    Yes (for Monster) __X__    No (for VPX) _____

    (b)  **Owoc:**    Yes (for Monster) _____    No (for Owoc) __X__

## Wal-Mart

    (a)  **VPX:**    Yes (for Monster) __X__    No (for VPX) _____

    (b)  **Owoc:**    Yes (for Monster) _____    No (for Owoc) __X__

    *(If you answered "Yes" to any of the above, continue to Question 5. Otherwise, skip to Question 7.)*

- 2 -

5. We award Monster the following damages for VPX's and/or Owoc's intentional interference with Monster's contracts with Circle K, AM PM, and/or Wal-Mart:

$$\$ 18,000,000$$

*(Continue to Question 6.)*

6. Did VPX and/or Owoc act maliciously, oppressively, fraudulently, or in reckless disregard of Monster's rights by intentionally interfering with Monster's contracts with Circle K, AM PM, and/or Wal-Mart?

(a) **VPX**:        Yes (for Monster) __X__        No (for VPX) _____

(b) **Owoc**:        Yes (for Monster) _____        No (for Owoc) __X__

*(Continue to Question 7.)*

5:18-cv-1882-JGB-SHK
VERDICT FORM

Add.236

## **TRADE SECRET MISAPPROPRIATION**

7.  Did VPX misappropriate Monster's claimed trade secrets in violation of the Defend Trade Secrets Act?

Yes (for Monster) ✗          No (for VPX) _____

*(Continue to Question 8.)*

8.  Did VPX misappropriate Monster's claimed trade secrets in violation of the California Uniform Trade Secrets Act?

Yes (for Monster) ✗          No (for VPX) _____

*(If you answered "Yes" to **either of** Questions 7 or 8, continue to Question 9. Otherwise, skip to Question 11.)*

9.  We award Monster the following damages for VPX's misappropriation of Monster's trade secrets:

$3,000,000

*(Continue to Question 10.)*

10. Did VPX maliciously and willfully misappropriate Monster's trade secrets?

Yes (for Monster) ✗          No (for VPX) _____

*(Continue to Question 11.)*

- 4 -

Add.237

## COMPUTER FRAUD AND ABUSE ACT

11. Did VPX violate the Computer Fraud and Abuse Act?

Yes (for Monster) ⨯        No (for VPX) _____

*(If you answered "Yes" to Question 11, continue to Question 12. Otherwise, skip to the Concluding Instructions.)*

12. We award Monster the following damages for VPX's violation of the Computer Fraud and Abuse Act:

$15,587

*(Continue to the Concluding Instructions.)*

5:18-cv-1882-JGB-SHK
VERDICT FORM

Add.238

## <u>Concluding Instructions</u>

You have now reached the end of the verdict form. Review it to ensure it accurately reflects your unanimous decisions. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: *September 29*, 2022

███████████████

PRESIDING JUROR

Add.239

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:18-cv-01882-JGB-SHKx** | Date: | February 22, 2021 |
|---|---|---|---|
| Title: | ***Monster Energy Company v. Vital Pharmaceuticals, Inc., et al.*** | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL KARMA DOCUMENTS [ECF NO. 312]**

On December 8, 2020, following an informal telephonic hearing with this Court, Defendants Vital Pharmaceuticals, Inc. and John H. Owoc (together "VPX" or "Defendants") filed the instant Motion to Compel ("Motion" or "Mot.") Plaintiff Monster Energy Company ("Monster" or "Plaintiff") to produce various "Karma" reports and surveys and the associated responses to the reports and surveys (collectively, "Karma Reports"). Electronic Case Filing Number ("ECF No.") 312-1, Mot. On December 22, 2020, Plaintiff filed their Opposition to the Motion ("Opposition" or "Opp'n"). ECF No. 318, Opp'n. Shortly thereafter, on January 5, 2021, Defendants filed their Reply ("Reply"). ECF No. 320, Reply.

Following the filing of the parties' briefs, the Court held a series of hearings regarding their discovery dispute on January 15, 19, and 25 of 2021. See ECF Nos. 327, Min.; 331, Min.; and 339, Min. During the most recent hearing, both parties confirmed that the matter stands ready for decision. See ECF No. 339, Min.

After reviewing the parties' arguments from both the briefing, attachments, and hearings, for the reasons set forth below, the Court **GRANTS IN PART AND DENIES IN PART** Defendants' Motion. Plaintiff is **ORDERED** to produce the Karma Reports in accordance with the Court's instructions set forth in Section III.

---

Page **1** of 7      **CIVIL MINUTES—GENERAL**      Initials of Deputy Clerk DC

## I.    BACKGROUND

Monster commenced this action in September 2018 against Defendants.  ECF No. 1, Compl.  On April 3, 2019, Monster filed its First Amended Complaint ("FAC") against VPX alleging the following claims: (1) a violation of the Lanham Act; (2) unfair competition; (3) false advertising; (4) trade libel; (5) intentional interference with contractual relations; (6) intentional interference with prospective economic advantage; (7) conversion; (8) larceny; (9) false patent marking; (10) a violation of the California Uniform Trade Secrets Act; (11) a violation of the Defend Trade Secrets Act; and (12) a violation of the Computer Fraud and Abuse Act.  ECF No. 61, FAC at 36-47.  Monster is seeking, among other forms of relief, compensatory damages that Monster estimates to be "at least $300-400 million."  ECF No. 94, Joint Rule 26(f) Rep. at 8.

Discovery in this matter has been ongoing for at least two years, with hundreds of thousands of documents produced from both sides.  See ECF No. 312-1, Mot. at 22 ("Monster has produced more than 100,000 documents in this case . . . ."); ECF No. 18, Opp'n at 7-8 ("VPX has served more than 900 requests for production . . . on Monster and Monster has served more than 400 [requests for production] on VPX.").  Additionally, both parties have engaged discovery vendors, see ECF No. 312-1, Mot. at 22 ("[T]he parties . . . have employed specific document/discovery vendors to support [this action.]"), and have incurred considerable expenses, see, e.g., ECF No. 318, Opp'n at 7 ("Monster has incurred . . . $463,337.74 in vendor and contract attorney fees, which does not include Monster's attorney's fees.").  On September 3, 2019, the parties entered into a joint Stipulated Order Regarding Discovery of Electronically Stored Information ("ESI Agreement") that, among other things, governs discovery of electronically stored information ("ESI"), including identifying specific custodians for their ESI searches.  ECF No. 126, ESI Agreement at 3.  The ESI Agreement also permits the ESI Agreement to be "modified . . . by the Court for good cause shown."  Id. at 4.

On October 16, 2020, VPX served a letter on Monster requesting the Karma Reports. See ECF No. 318-7, Ex. 6.  The Karma Reports are produced by a software tool called "Karma", created by Vermont Information Processing, Inc. ("VIP").  ECF No. 312-1, Mot. at 5.  The Karma tool "allows Monster's field representatives to enter real-time sales point information through a mobile or tablet application, and then transmit electronically to other Monster employees."  Id.  The Karma tool appears to be used in analyzing various data points of product sales, including "Monster's sales, retail presence, shelf space, location of products, and inventory[.]"  Id.  "Some surveys are also used to report on actions taken at the store with respect to products and displays, and may include photographs and communications with retailers."  Id. at 5-6.  Monster uses the Karma tool and "generates reports with the responses from these surveys."  Id. at 5.  VPX had subpoenaed VIP for the Karma Reports, and both Monster and VIP objected to the subpoena.  ECF No. 320-1, Decl. of Joni B. Flaherty ("Flaherty Decl.") at 3.  VPX withdrew the subpoena and instead requested the documents directly from Monster.  Id.

The parties met and conferred regarding Monster producing the Karma reports, see ECF No. 318-1, Decl. of Sourabh Mishra ("Mishra Decl."), and pursuant to the undersigned

---

Magistrate Judge's rules, attended an informal discovery hearing on the matter, ECF No. 309, Min. Order. The Court ordered the parties to submit briefs to the Court. Id.

After briefing was completed, the Court held a second hearing with the parties regarding the instant discovery dispute, which allowed the Magistrate Judge to better understand the type of information that could be included in Karma Reports and drawn from raw data maintained in the VIP databases. The parties also notified the Court that they wished to continue to meet and confer regarding search terms for the Karma reports. ECF No. 327, Min. Order. The Court held a third hearing following the parties' meet and confers, in which this Court ordered Monster to produce Karma Reports that were already identified and produced in <u>Vital Pharmaceuticals Inc. v. Monster Energy, Inc., et al.</u> ("Reign"), No. 0:19-cv-60809-RKA (S.D. Fla. Mar. 28, 2019), a separate trade dress action by VPX against Monster, and which were covered by a protective order in that case ("Reign Documents"). ECF No. 331, Min. Order. As indicated during the hearings, these Reign Documents were previously reviewed for privilege and other doctrines that would prevent their disclosure.

However, VPX still seeks Karma Reports from lower-level Monster employees related to the claims in the instant action, as the Reign Documents were related to a trade dress claim not at issue here. Id. VPX argues that the Karma Reports are directly relevant to refuting or supporting Monster allegations of lost sales because of VPX's false advertising—specifically, issues such as "[t]he positioning of VPX's products relative to Monster's products, and whether consumers can find or view [VPX] products and labels based on placement[.]" ECF No. 320, Reply at 6. As the Magistrate Judge understands the issues, these documents relate to the issue of damages in this case as well as the intentional interference claims.

The parties were ordered to continue to meet and confer to narrow the volume of documents sought by VPX. ECF No. 331, Min. Order. This Court held a final hearing with the parties on January 25, 2021 ("January 25 Hearing"). ECF No. 339, Min.

## II.    LEGAL STANDARD

### A.    Requirements And Scope Of Discovery

Federal Rule of Civil Procedure ("Rule") 26(b)(1) governs the scope of permissible discovery and provides:

> Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable.



North America   Europe   Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**MATTHEW R. DALSANTO, PH.D.**
Of Counsel
(312) 558-6211
MDalSanto@winston.com

September 29, 2020

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re:**   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Master
Docket No. 1:14-md-02542-VSB-SLC re Expert Depositions and Schedule

Dear Judge Cave:

I write on behalf of all Plaintiffs to request that the Court direct Defendant Keurig Green
Mountain, Inc. ("Keurig") to produce its experts for deposition pursuant to the Court Ordered expert
schedule and to further request that the Court modify the expert schedule to extend the deadline for
reply expert reports thirty (30) days, to February 10, 2021 (with corresponding changes to the rest of
the schedule), given the number of experts who will need to be deposed around the various holidays,
including yet another potential expert that Keurig attempted to disclose just yesterday, nearly ***two
months*** after the deadline for designation of such experts.

This Court's March 26, 2020 Order (the "Scheduling Order") expressly contemplates the need
to revisit and modify the existing case schedule following disclosure of expert witnesses.  *See* ECF
No. 887 ¶ 8 ("The stipulation and entry of this … Order, and the dates provided herein, are without
prejudice to any party's right to seek permission from the Court for modification of the schedule
following the disclosure of expert witnesses.  After disclosure of expert witnesses, and no later than
**August 28, 2020**, the parties shall meet and confer in good faith regarding whether any modifications
to the schedule herein are appropriate." (emphasis in original)).  On August 28, 2020, counsel for
Plaintiffs and Keurig met and conferred for approximately 23 minutes to discuss modifications to the
case schedule.  Plaintiffs advised Keurig that they intend to depose Keurig's six experts (now seven)[1]
prior to serving reply expert reports as they are entitled to do under the current schedule, which only
prohibits expert depositions sooner than fourteen days after service of "documents and information
required by Rule 26(a)(2)(B), as modified both by the provisions of this stipulation and Rule
26(b)(4)." ECF No. 495 ¶ 1.  Given the number of experts and parties involved as well as the holidays,
Plaintiffs suggested a one-month schedule adjustment.

Keurig responded on August 28, 2020, refusing to produce Keurig's experts prior to Plaintiffs
serving reply expert reports on January 11, 2021 (instead suggesting that Plaintiffs must depose all of
Keurig's experts between then and the close of expert discovery on February 22, 2021), and refusing

---

[1] Four of these experts are responding to all of Plaintiffs' experts.  *See* Ex. A, 7/1/20 L. Malm Letter re Expert
Identification.  Yesterday, Keurig designated a new seventh rebuttal expert witness, despite the deadline for such
designation (July 31, 2020) having long since passed.  *See* Ex. B, 9/28/20 M. Baird Letter re Expert Identification.



to extend the deadline for reply expert reports.[2]  Ex. C, 8/28/20 L. Malm Letter re Expert Schedule.

Plaintiffs now request that this Court enter an order (1) allowing Plaintiffs, as expressly contemplated by the Stipulation and Order Regarding non-Discoverability of Certain Expert Materials and Communications (the "Expert Stipulation"), *see* ECF No. 495, to depose Keurig's experts prior to Plaintiffs' experts serving reply reports; and (2) extending the time to serve those reply reports by thirty (30) days to allow for the completion of these depositions and to address several scheduling issues requiring such an extension, including Keurig's belated designation of a new expert.

### (1) *Plaintiffs are entitled to depose Keurig's experts prior to service of reply expert reports.*

Keurig's refusal to produce its experts for deposition prior to Plaintiffs' reply expert reports is unreasonable and unsupported by the Expert Stipulation, the Scheduling Order, or any other authority.  The Expert Stipulation states: "The parties agree that there shall be *no less than fourteen days between service* of [documents and information required by Rule 26(a)(2)(B), as modified both by the provisions of this stipulation and Rule 26(b)(4)] and *any deposition of the expert whose report or declaration the material relates to*."  ECF No. 495 ¶ 1 (emphases added).  The Expert Stipulation further states that the party "proffering the expert witness will be responsible for … making the expert available for a deposition at a time to be *agreed among the relevant Parties and consistent with the Court's scheduling orders.  Any time frame for conducting any deposition of an expert … shall run from the date that service of Expert Data and Expert materials are made pursuant to Paragraph 1*[,]" which is three business days after an expert report is served.  ECF No. 495 ¶¶ 1, 6 (emphasis added).

Thus, if Keurig serves its expert reports and backup materials as currently scheduled on November 27, 2020, this schedule expressly contemplates that Plaintiffs may start deposing Keurig's experts fourteen days later, or on December 11, 2020.  The language of the Expert Stipulation (or Scheduling Order) does not support Keurig's contrary position that Plaintiffs are precluded from deposing any of Keurig's experts until after reply expert reports are served on January 11, 2021.

Apart from being contrary to the Orders of this Court, Keurig's position also creates an extreme and unnecessary time crunch at the end of expert discovery.  If Keurig's position is accepted, then no expert deposition could be taken until January 28, 2021, two weeks after the backup materials for reply expert reports are served.  This would leave only *eighteen business days* to schedule the depositions of up to *twenty experts* – or over one expert deposition per business day – a prospect that aligns with neither the Expert Stipulation nor the understanding of any of the Plaintiffs.

In short, Keurig's position is unsupported and, in fact, contradicted by applicable authority in this case.  Plaintiffs respectfully request that this Court order that they are entitled to depose any Keurig expert on the content of his or her expert report prior to the submission of Plaintiffs' reply expert reports, so long as the deposition is scheduled consistent with the Expert Stipulation.  *See* ECF No. 495 ¶¶ 1, 6.

### (2) *The deadline for reply expert reports should be extended thirty days.*

---

[2] Plaintiffs wrote Defendant on September 18, 2020, to reiterate their positions and note their understanding that the parties were at an impasse.  The parties then corresponded further confirming the impasse.  *See* Ex. D, 9/18/20 M. DalSanto Email re Expert Schedule; Ex. E, 9/21/20 L. Malm Email re Expert Schedule; Ex. F, 9/24/20 M. DalSanto Email re Expert Schedule.



The present expert discovery schedule, which was adjusted by the Court based on the onset of the COVID-19 pandemic and Keurig's delay in producing its data files, *see* ECF Nos. 839, 887, does not provide sufficient time for Plaintiffs to meaningfully prepare for and conduct depositions of Keurig's many expert witnesses, and for Plaintiffs' experts to then review that testimony and incorporate their corresponding evaluations into their reply expert reports, as appropriate. This problem is exacerbated by the fact that significant holidays fall in the middle of a period of expected intensive activity.

*First*, pursuant to Paragraph 1 of the Expert Stipulation, Keurig is to serve backup materials three business days after its rebuttal reports are served on November 23. But given that November 26 is Thanksgiving Day, the fourteen-day period after which Plaintiffs may depose Keurig's experts will run from November 27, meaning that the first deposition may only proceed on December 11, just one month before reply expert reports are due and during a time period with several significant holidays.[3] This is certain to create challenges with scheduling for both attorneys and experts.

*Second*, Keurig has identified four experts who will offer testimony in all cases, one expert who will provide testimony in the Direct Purchaser Plaintiffs' ("DPPs") case, and one expert who will provide testimony in Plaintiff JBR, Inc.'s case. Additionally, Keurig just yesterday ignored the operative Scheduling Order, by disclosing a new rebuttal witness for the TreeHouse case nearly *two months* after the deadline to do so. *See* Ex. B. To the extent such a report is permitted at all, this late disclosure is all the more reason to extend the deadline for expert reports as this adds yet another deposition that Plaintiffs will need to take of a Keurig expert witness. Indeed, aside from the significant practical challenges presented by scheduling six depositions during the above-mentioned holidays, Plaintiffs will need time after Keurig serves its rebuttal reports to coordinate and prepare for these depositions, each of which is likely to impact each Plaintiffs' reply expert report in unique ways.

Based on the foregoing, Plaintiffs respectfully request that this Court enter an order that Plaintiffs may depose Keurig's experts prior to service of reply expert reports and that the time to serve Plaintiffs' reply expert reports shall be extended by thirty days. In addition, DPPs request that this Court enter an order extending certain deadlines a total of eight weeks in order to address the overlap of class certification deadlines with certain *Daubert* deadlines in the present schedule. DPPs also request that this Court include deadlines in the revised schedule for replies to *Daubert* briefing concerning class issues (these appear to have been omitted in the previous Scheduling Order). Those proposed deadlines are included in the attached proposed amended scheduling order.[4]

---

[3] The Hanukkah holiday runs from December 10 to December 18, the Christmas holiday from December 24 to 25, and the New Year's holiday from December 31 to January 1. This leaves only twelve business days between the date on which Plaintiffs can begin to depose Keurig's experts and the date on which Plaintiffs' reply expert reports are due.

[4] Plaintiffs recognize that extending the reply expert report deadline may require altering other deadlines and accordingly attach as Exhibit G a proposed amended scheduling order. TreeHouse, McLane, and JBR take no position on the DPPs' requests as to class-related deadlines. JBR seeks a separate trial and summary judgment schedule from other plaintiffs in this MDL and contends its case should be transferred back to the Eastern District of California. If transfer is denied, JBR seeks to file its motions for summary judgment on its Lanham Act and sham litigation claims, which JBR contends are ripe to file as soon as possible, without the need for completion of expert discovery or class certification briefing. If JBR's trial is not transferred, JBR seeks to have its entire case separately tried on the earliest available trial date on the Court's calendar without the need to wait for completion of other cases. JBR notes these points now to avoid any implication that Plaintiffs' request for modification of the expert schedule has any bearing on JBR's separate views on the schedule as a whole.



Respectfully submitted,

By:   <u>/s/ *Matthew R. Dalsanto*</u>
       Matthew R. DalSanto, Ph.D.
       (*Pro Hac Vice Admission Pending*)
       **Winston & Strawn LLP**
       35 W. Wacker Drive
       Chicago, IL 60601
       (312) 558-5600
       MDalSanto@winston.com

       *Counsel for Plaintiffs*
       *TreeHouse Foods, Inc., Bay*
       *Valley Foods, LLC, and Sturm*
       *Foods, Inc.*

cc:     Counsel for All Parties (via ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-
SERVE COFFEE ANTITRUST
LITIGATION

*This Document Relates to All Actions*.

MDL No. 2542

Master Docket No. 1:14-md-02542 (VSB) (SLC)

**NOTICE OF DEFENDANT KEURIG GREEN MOUNTAIN, INC.'S**
**MOTION AND OBJECTIONS TO MAGISTRATE JUDGE CAVE'S**
**MARCH 28, 2022 OPINION & ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant

Keurig Green Mountain, Inc. ("Keurig") moves this Court, before The Honorable Vernon S.

Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse,

Courtroom 518, 40 Foley Square, New York, New York, pursuant to Rule 72 of the Federal Rules

of Civil Procedure, for an order reversing in part Magistrate Judge Cave's March 28, 2022 Opinion

& Order, ECF 1806.

Dated: April 11, 2022

*/s/ Wendelynne J. Newton* _____

**Wendelynne J. Newton**
**Mackenzie A. Baird**
*wendelynne.newton@bipc.com*
*mackenzie.baird@bipc.com*
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone: 412-562-8800

**Leah Brannon**
**Carl Lawrence Malm**
*lbrannon@cgsh.com*
*lmalm@cgsh.com*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-974-1508
Facsimile: 202-974-1999

*Attorneys for Defendant Keurig Green Mountain, Inc.*

2

```
          UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK


                Case No. 14-md-02542-VSB


                                            :
                                            :
                                            :
                                            :
IN RE:  KEURIG GREEN MOUNTAIN               :
SINGLE-SERVE COFFEE ANTITRUST LITIGATION,   :
                                            :


         -------------------------------------

                   MOTION HEARING
                 January 11, 2022

               -----------
  REPORTED BY:  JENNIFER L. WIELAGE, CCR, RPR, CRR
               ------------
```

U.S. Legal Support | www.uslegalsupport.com

JOB # 6057296-001

Add.249

1          TRANSCRIPT of the remote stream video

2    teleconference hearing of the above-named witness,

3    called for Oral Examination in the above-entitled

4    matter, said hearing being taken pursuant to Federal

5    Court Rules, by and before JENNIFER L. WIELAGE,

6    Certified Realtime Reporter, License No. XI01916, on

7    Tuesday, January 11, 2022, commencing at 10:00 in

8    the forenoon, Eastern Standard Time.

9

10

11

12

13

14

15

16

17

18

19
                    U.S. Legal Support | www.uslegalsupport.com
20

21

22

23

24

25

Add.250

Hearing,
January 11, 2022

January 11, 2022

```
 1   A P P E A R A N C E S:

 2

     BY AND BEFORE:  HONORABLE SARAH J. CAVE
 3


 4

     DAN JOHNSON LAW GROUP
 5   1350 Old Bayshore Highway
     Suite 520
 6   Burlingame, California 94010-1814
     BY:  DAN JOHNSON, ESQ.
 7   dan@danjohnsonlawgroup.com
     BY:  MARIO MOORE, ESQ.
 8   mario@danjohnsonlawgroup.com
     Attorneys for Plaintiffs
 9
     BUCHANAN INGERSOLL & ROONEY PC
10   Union Trust Building
     501 Grant Street
11   Suite 200
     Pittsburgh, Pennsylvania 15219
12   (412) 562-8800
     BY:  WENDELYNNE J. NEWTON, ESQ.
13   BY:  MATTHEW C. PILSNER, ESQ.
     BY:  MACKENZIE BAIRD, ESQ.
14   Attorneys for Keurig

15   ALSTON & BIRD, LLP
     1201 West Peachtree Street
16   Suite 4900
     Atlanta, GA 30309-3424
17   (404) 881-7000
     BY:  B. PARKER MILLER, ESQ.
18   parker.miller@alston.com
     BY:  LAURA A. KOMAREK, ESQ.
19   Laura.komarek@alston.com
     BY:  VALARIE C. WILLIAMS, ESQ.
20   valarie.williams@alston.com
     Attorneys for Plaintiff, McLane Company, Inc.
21

22

23

24

25
```

Add.251

```
 1   A P P E A R A N C E S:

 2   CLEARY GOTTLIEB
     One Liberty Plaza
 3   New York, NY 10006
     (212) 225-2000
 4   BY:  RAHUL MUKHI, ESQ.
     Rmukhi@cgsh.com
 5   BY:  JOSEPH M. KAY, ESQ.
     Jkay@cgsh.com
 6   BY:  ZACH TSCHIDA, ESQ.
     ztschida@cgsh.com
 7   BY:  ALAN B. FREEDMAN, ESQ.
     Attorneys for Keurig Green Mountain
 8

 9   WINSTON & STRAWN, LLP
     200 Park Avenue
10   New York, New York 10166
     (212) 294-4762
11   BY:  ALDO BADINI, ESQ.
     abadini@winston.com
12   BY:  SUSANNAH P. TORPEY, ESQ.
     storpey@winston.com
13   BY:  MEGAN P. FITZGERALD, ESQ.
     mfitzgerald@winston.com
14   BY:  MALIK WILLIAMS, ESQ.
     Mwilliams@winston.com
15   BY:  JEENIE KAHNG, ESQ.
     Jkahng@winston.com
16   BY:  BRETT M. WATERS, ESQ.
     Attorneys for TreeHouse Plaintiffs
17

18   MOTLEY RICE LLC
     777 Third Avenue
19   27th Floor
     New York, New York 10017
20   (212) 577-0040
     BY:  MICHAEL M. BUCHMAN, ESQ.
21   Attorneys for Direct Purchaser Plaintiffs

22

23

24

25
```

Add.252

```
 1   A P P E A R A N C E S:

 2

 3   ROBINS KAPLAN LLP
     900 3rd Avenue, Suite 900
 4   New York, NY 10022
     BY:  DAVID B. ROCHELSON, ESQ.
 5   BY:  WILLIAM V. REISS, ESQ.
     Wreiss@robinskaplan.com
 6   Attorneys for Direct Purchaser Plaintiffs

 7

 8   ALSO PRESENT:  Hearing Room Monitor and Stephen Cole,
     Corporate Counsel for Keurig
 9

10

11

12

13

14

15

16

17

18

19
                 U.S. Legal Support | www.uslegalsupport.com
20

21

22

23

24

25
```

Add.253

1    Thank you.

2                    JUDGE CAVE:  Super.  Thank you.  Any

3    other Plaintiffs' counsel who want to weigh in on the

4    Plaintiffs' motion now?

5                    MR. JOHNSON:  Yes, your Honor, this

6    is Dan Johnson, two very minor points.  First --

7                    JUDGE CAVE:  I can hear you, I can't

8    see you.

9                    MR. JOHNSON:  That's probably a good

10   thing.  Two points, number one, there have been at

11   least three comments made about why Rogers did not

12   join in the motion.  The simple answer is the at the

13   time the motion was filed, we had moved to have our

14   case transferred to California and I did not want any

15   major motions pending because Keurig would argue at

16   that point that you've got this major motion pending

17   so the case should remain.  That is why we did it.

18   And it makes perfect sense.  Once a case is -- once

19   the motion was filed, it was filed, so to the extent

20   that there is any implication that we didn't believe

21   the motioned merit, that is simply not the case.

22                    The second point that I would make,

23   your Honor, is that this spoliation case is

24   interesting because the people whose drives were

25   lost, whose documents were lost were some of the most

Add.254

1   critical witnesses in this case, across the board,

2   Michelle Stacy, for example.  The prior president,

3   Mr. Whoriskey was a critical witness.  So was for a

4   technical standpoint -- drawing a blank on his name,

5   Mr. Huang and there were others as well.  The whole

6   question about the Sagentia memos and whether they

7   existed or not, the reason why that was so critical

8   was we saw for the first time the reference to Squid

9   and what that meant and we had -- once we realized

10  that Squid was this -- in the words of the documents

11  an anti -- it was a scheme to lock out competition

12  and it says over and over again we then tried to

13  pursue that and not only did we not find the

14  documents but when we asked -- when we tried to get

15  testimony all we got is I don't remember it didn't

16  happen until we were finally able to confront some of

17  these witnesses.

18                  So while there's been this large

19  discussion in the abstract, the fact of the matter is

    U.S. Legal Support | www.uslegalsupport.com

20  that those documents that weren't provided

21  particularly when the witnesses were there and

22  available to effective to do a material impact on our

23  ability to proceed with our case.  We struggled.  I

24  think we did the best we could with what we had but

25  this is not -- to say that Michelle Stacy was no big

```
1   deal or that Mr. Whoriskey, hey, he was okay, and the

2   same is true for the others.  That's just wrong.

3   These were the people who developed the scheme to

4   lock out competition.  They started in 2009 and in

5   2014, they're still talking about locking out

6   competition and the communication with their various

7   customers which started in 2013, demonstrated that

8   they were telling everyone that they were not going

9   to -- their device would not work with outside pods

10  and they had a tremendous effect.  I'm not going to

11  argue that today.  But I want to say this is not a

12  trivial exercise today, this is very, very important

13  and had a material impact not only on Keurig's case

14  but also on our ability to gather facts.  Thank you.

15           JUDGE CAVE:  Mr. Miller?

16           MR. MILLER:  Yes, your Honor, I

17  wanted to first promise brevity and then stick to it.

18  There was some representations made about McLane's

19  data production.  The Court hasn't expressed

20  extensive interest in that, so I'm not going to

21  respond to today's in detail other than to say I

22  believe the representations made by Keurig's counsel

23  were wholly inaccurate.  And I would also just echo

24  what Mr. Johnson said, the importance of the

25  witnesses that we're talking about today.
```

U.S. Legal Support | www.uslegalsupport.com

Add.256

Hearing
January 11, 2022

```
 1              C E R T I F I C A T E

 2              I, JENNIFER WIELAGE, a Notary

 3       Public and Certified Shorthand Reporter, do

 4       hereby state that the foregoing is a true

 5       and accurate transcript as taken

 6       stenographically by and before me at the

 7       time, place and on the date hereinbefore set

 8       forth.

 9              I do further state that I am

10       neither a relative nor employee nor attorney

11       nor counsel of any of the parties to this

12       action, and that I am neither a relative nor

13       employee of such attorney or counsel and

14       that I am not financially interested in this

15       action.

16       _____
         JENNIFER WIELAGE
17       License No. 30X100191600

18       1/14/22

19
                U.S. Legal Support | www.uslegalsupport.com
20

21

22

23

24

25
```

Add.257

CASREF,COMPLEX−CSMGMT,ECF,SM

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:14−md−02542−VSB−SLC**

In re: Keurig Green Mountain Single−Serve Coffee Antitrust
Litigation
Assigned to: Judge Vernon S. Broderick
Referred to: Magistrate Judge Sarah L Cave
Related Cases:  1:21−cv−07504−VSB

Date Filed: 06/05/2014
Jury Demand: Defendant
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

| | |
|---|---|
| | 1:14−cv−00905−VSB |
| | 1:14−cv−01609−VSB |
| | 1:14−cv−01671−VSB |
| | 1:14−cv−01716−VSB |
| | 1:14−cv−01836−VSB |
| | 1:14−cv−04242−VSB |
| | 1:14−cv−03032−VSB |
| | 1:14−cv−02267−VSB |
| | 1:14−cv−02255−VSB |
| | 1:14−cv−01963−VSB |
| | 1:14−cv−01716−VSB |
| | 1:14−cv−02219−VSB |
| | 1:14−cv−03790−VSB |
| | 1:21−cv−07493−VSB |
| | 1:14−cv−02530−VSB |
| | 1:19−cv−00325−VSB |
| | 1:14−cv−02582−VSB |
| | 1:14−cv−02670−VSB |
| | 1:14−cv−02692−VSB |
| | 1:14−cv−03018−VSB |
| | 1:14−cv−04392−VSB |
| | 1:14−cv−04398−VSB |
| | 1:14−cv−04399−VSB |
| | 1:14−cv−04403−VSB |
| | 1:14−cv−04405−VSB |
| | 1:14−cv−04407−VSB |
| | 1:14−cv−04414−VSB |
| | 1:14−cv−04391−VSB |
| | 1:14−cv−07750−VSB |
| | 1:15−cv−08985−VSB |

Cause: 15:1 Antitrust Litigation (Monopolizing Trade)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2014 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court – that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of California, Delaware, Massachusetts and New York, and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Vernon S. Broderick, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 6/3/2014) (sjo) (Entered: 06/05/2014) |

| 02/02/2015 | [223](#) | MOTION to Dismiss *Amended and Supplemental Complaint Filed by TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated.(Cary, George) (Entered: 02/02/2015) |
|---|---|---|
| 02/02/2015 | [224](#) | MEMORANDUM OF LAW in Support re: [223](#) MOTION to Dismiss *Amended and Supplemental Complaint Filed by TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [225](#) | DECLARATION of Elaine Ewing in Support re: [223](#) MOTION to Dismiss *Amended and Supplemental Complaint Filed by TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*... Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2)(Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [226](#) | MOTION to Dismiss *First Amended and Supplemental Complaint Filed by JBR, Inc.*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated.(Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [227](#) | MEMORANDUM OF LAW in Support re: [226](#) MOTION to Dismiss *First Amended and Supplemental Complaint Filed by JBR, Inc.*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [228](#) | DECLARATION of Elaine Ewing in Support re: [226](#) MOTION to Dismiss *First Amended and Supplemental Complaint Filed by JBR, Inc.*... Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Attachments: # [1](#) Exhibit 1)(Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [229](#) | MOTION to Dismiss *Consolidated Amended Class Action Complaint Filed by Direct Purchaser Plaintiffs*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated.(Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [230](#) | MEMORANDUM OF LAW in Support re: [229](#) MOTION to Dismiss *Consolidated Amended Class Action Complaint Filed by Direct Purchaser Plaintiffs*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [231](#) | MOTION to Dismiss *the Second Consolidated Amended Class Action Complaint Filed by Indirect Purchaser Plaintiffs*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated.(Cary, George) (Entered: 02/02/2015) |
| 02/02/2015 | [232](#) | MEMORANDUM OF LAW in Support re: [231](#) MOTION to Dismiss *the Second Consolidated Amended Class Action Complaint Filed by Indirect Purchaser Plaintiffs*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Cary, George) (Entered: 02/02/2015) |
| 02/03/2015 | [233](#) | NOTICE OF APPEARANCE by Amanda Marjorie Steiner on behalf of Todd W. Springer. Filed In Associated Cases: 1:14–md–02542–VSB, 1:14–cv–02267–VSB(Steiner, Amanda) (Entered: 02/03/2015) |
| 02/03/2015 | [234](#) | MOTION for John A. Kehoe to Withdraw as Attorney . Document filed by Todd W. Springer.Filed In Associated Cases: 1:14–md–02542–VSB, 1:14–cv–02267–VSB(Steiner, Amanda) (Entered: 02/03/2015) |
| 02/04/2015 | [235](#) | MEMO ENDORSEMENT granting (37) Motion to Withdraw as Attorney. Attorney John Anthony Kehoe terminated in case 1:14–cv–02267–VSB; granting (234) Motion to Withdraw as Attorney. Attorney John Anthony Kehoe terminated in case 1:14–md–02542–VSB. ENDORSEMENT: Application granted. (Signed by Judge Vernon S. Broderick on 2/4/2015) Filed In Associated Cases: 1:14–md–02542–VSB, 1:14–cv–02267–VSB (lmb) (Entered: 02/04/2015) |

| | | |
|---|---|---|
| 11/21/2017 | 377 | LETTER addressed to Judge Vernon S. Broderick from Leah Brannon dated November 21, 2017 re: JBR's Request for Remand and Discovery. Document filed by Keurig Green Mountain, Inc..(Brannon, Leah) (Entered: 11/21/2017) |
| 11/27/2017 | 378 | LETTER addressed to Judge Vernon S. Broderick from Daniel Johnson Jr. dated 11/27/2017 re: Keurig's 11/21/2017 letter. Document filed by JBR, Inc. (d/b/a Rogers Family Company).(Moore, Mario) (Entered: 11/27/2017) |
| 11/29/2017 | 379 | ORDER: denying 223 Motion to Dismiss; denying 226 Motion to Dismiss; denying 229 Motion to Dismiss; granting in part and denying in part 231 Motion to Dismiss. IT IS HEREBY ORDERED that for the reasons that will be set forth in a memorandum and opinion to be issued at a later date, Defendant's motion to dismiss (1) the Rogers Amended Complaint is DENIED; (2) the Treehouse Amended Complaint is DENIED; (3) the DPP Amended Complaint is DENIED; and (4) the IPP Second Amended Complaint is GRANTED with respect to the IPPs' Fourth, Fifth, Sixth, Seventh, and Eighth Claims for Relief, (see IPP Sec. Am. Compl. 25194). A decision on Defendant's motion to dismiss the IPP Second Amended Complaint with respect to the IPPs' remaining Claims for Relief will be issued in the forthcoming memorandum and opinion; IT IS FURTHER ORDERED that Discovery shall hereby proceed in full pursuant to the proposed preliminary case management plan and scheduling order filed by the parties on November 14, 2016, (see Doc. 354–1); IT IS FURTHER ORDERED that all discovery deadlines heretofore subject to the resolution of Defendant's motions to dismiss shall commence to run on December 1, 2017, (see id.); IT IS FURTHER ORDERED that Plaintiffs' letter motion requesting a lift of the discovery stay, (Doc. 364), and Plaintiff J.B.R. Inc.'s letters requesting the opportunity to supplement the evidentiary record concerning its request to lift the discovery stay, (Doc. 375), and requesting leave to file documents under seal, (Doc. 376), are DENIED as moot; and IT IS FURTHER ORDERED that the discovery conference scheduled for November 30, 2017, (Doc. 373), is hereby canceled, and as further set forth in this order. (Docketed in 14md2542 and 14mc2542) (Signed by Judge Vernon S. Broderick on 11/29/2017) (ap) (Entered: 11/29/2017) |
| 12/01/2017 | 380 | NOTICE OF APPEARANCE by Michelle C. Zolnoski on behalf of Judy Hoyer. (Zolnoski, Michelle) (Entered: 12/01/2017) |
| 12/05/2017 | 381 | LETTER addressed to Judge Vernon S. Broderick from Fred Taylor Isquith dated Dec. 5, 2017 re: Nov. 20, 2017 decision in In re Broiler Chicken Antitrust Litigation. Document filed by All Indirect Purchaser Plaintiffs. (Attachments: # 1 Nov. 20, 2017 decision in In re Broiler Chicken Antitrust Litigation)(Isquith, Frederick) (Entered: 12/05/2017) |
| 12/12/2017 | 382 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** LETTER MOTION to Compel TreeHouse Foods, Inc., Bay Valley Foods LLC and Strum Foods, Inc. to Produce Unredacted Complaint and Demand for Jury Trial addressed to Judge Vernon S. Broderick from Wayne F. Dennison dated 12/12/2017. Document filed by Sagentia, Inc. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:14–md–02542–VSB et al.(Dennison, Wayne) Modified on 12/13/2017 (db). (Entered: 12/12/2017) |
| 12/13/2017 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Wayne F. Dennison to RE–FILE Document (63 in 1:14–cv–03790–VSB, 47 in 1:14–cv–02267–VSB, 17 in 1:15–cv–08985–VSB, 108 in 1:14–cv–00905–VSB, 59 in 1:14–cv–01671–VSB, 18 in 1:14–cv–07750–VSB, 45 in 1:14–cv–02692–VSB, 56 in 1:14–cv–04398–VSB, 45 in 1:14–cv–04414–VSB, 47 in 1:14–cv–04407–VSB, 40 in 1:14–cv–03032–VSB, 57 in 1:14–cv–04391–VSB, 46 in 1:14–cv–02255–VSB, 382 in 1:14–md–02542–VSB, 47 in 1:14–cv–01836–VSB, 48 in 1:14–cv–04403–VSB, 56 in 1:14–cv–01963–VSB, 48 in 1:14–cv–04405–VSB, 49 in 1:14–cv–02530–VSB, 42 in 1:14–cv–02582–VSB, 52 in 1:14–cv–02219–VSB, 58 in 1:14–cv–01609–VSB, 45 in 1:14–cv–02670–VSB, 46 in 1:14–cv–04392–VSB, 49 in 1:14–cv–04399–VSB, 51 in 1:14–cv–03018–VSB, 55 in 1:14–cv–01716–VSB, 100 in 1:14–cv–04242–VSB) LETTER MOTION to Compel TreeHouse Foods, Inc., Bay Valley Foods LLC and Strum Foods, Inc. to Produce Unredacted Complaint and Demand for Jury Trial addressed to Judge Vernon S. Broderick from Wayne F. Dennison dated 12/12/2017. Use the event type Letter found under the event list Other Documents. Filed In Associated Cases:** |

| | | |
|---|---|---|
| 04/02/2019 | 555 | ORDER granting 403 Motion for Alexander Lee Simon to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 04/02/2019) |
| 04/02/2019 | 556 | LETTER addressed to Magistrate Judge Henry B. Pitman from All Plaintiffs dated April 2, 2019 re: Selection of Special Master. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc..(Badini, Aldo) (Entered: 04/02/2019) |
| 04/02/2019 | 557 | ORDER granting 474 Letter Motion to Seal Document. APPLICATION GRANTED SO ORDERED. (Signed by Judge Vernon S. Broderick on 4/2/2019) (jca) Transmission to Sealed Records Clerk for processing. (Entered: 04/02/2019) |
| 04/02/2019 | 558 | MEMO ENDORSEMENT granting 367 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Danielle Posen Mindlin terminated. (Signed by Judge Vernon S. Broderick on 4/20/2019) (jca) (Entered: 04/02/2019) |
| 04/04/2019 | 559 | SEALED DOCUMENT placed in vault.(rz) (Entered: 04/04/2019) |
| 04/04/2019 | 560 | ORDER: On April 3, 2019, I sent a copy of my Opinion & Order on Defendants' motions to dismiss, (Docs. 223, 226, 229, 231), to the parties. Because the Opinion & Order refers to materials that were filed under seal, I have not yet filed it on the public docket. To the extent that any party objects to my filing the Opinion & Order without redaction, it is hereby: ORDERED that the parties shall meet and confer regarding a timeline for any proposed redactions. The parties shall be prepared to discuss the timeline at the status conference on April 5, 2019. SO ORDERED (Signed by Judge Vernon S. Broderick on 4/4/2019) Filed In Associated Cases: 1:14−md−02542−VSB−HBP et al.(rro) (Entered: 04/04/2019) |
| 04/04/2019 | 561 | MEMORANDUM OF LAW in Opposition re: 466 MOTION seeking relief from two orders entered by Magistrate Judge Henry B. Pitman during the November 9, 2018 conference (Redacted) . . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Attachments: # 1 Exhibit A – Second Set of Requests for Production to Defendant Keurig Green Mountain, Inc)(Brannon, Leah) (Entered: 04/04/2019) |
| 04/04/2019 | 562 | LETTER MOTION to Seal Document *re: limited portions of Plaintiffs' Opposition to Defendant Keurig Green Mountain Inc.'s Motion and Objections to Magistrate Judge Ruling,* addressed to Judge Vernon S. Broderick from All Plaintiffs dated April 4, 2019. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc..(Badini, Aldo) (Entered: 04/04/2019) |
| 04/04/2019 | 563 | MEMORANDUM OF LAW in Opposition re: 547 MOTION and Objections to Magistrate Judge's Discovery Order re: 544 Order, Set Hearings,,,, . . Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc.. (Badini, Aldo) (Entered: 04/04/2019) |
| 04/04/2019 | 564 | DECLARATION of Aldo A. Badini in Opposition re: 547 MOTION and Objections to Magistrate Judge's Discovery Order re: 544 Order, Set Hearings,,,, .. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc.. (Attachments: # 1 Exhibit A – August 31, 2018 email, # 2 Exhibit B – September 4, 2018 email, # 3 Exhibit C – September 14, 2018 email, # 4 Exhibit D – October 1, 2018 email, # 5 Exhibit E – December 18, 2018 email, # 6 Exhibit F – January 2, 2019 email)(Badini, Aldo) (Entered: 04/04/2019) |
| 04/05/2019 | 565 | ORDER in case 1:14−cv−00905−VSB; denying (466) Motion in case 1:14−md−02542−VSB−HBP. ORDERED that Plaintiff TreeHouse Foods, Inc.'s ("TreeHouse") motion for an order reversing certain orders entered by Magistrate Judge Henry B. Pitman on November 9, 2018, (Doc. 466), is DENIED. IT IS FURTHER ORDERED that the parties shall appear for a status conference on July 24, 2019 at 2:30 p.m. SO ORDERED. (Signed by Judge Vernon S. Broderick on 4/5/2019) Filed In Associated Cases: 1:14−md−02542−VSB−HBP et al. (rro) (Entered: 04/05/2019) |
| 04/05/2019 | | Set/Reset Hearings: Status Conference set for 7/24/2019 at 02:30 PM before Judge Vernon S. Broderick. Associated Cases: 1:14−md−02542−VSB−HBP et al.(rro) (Entered: 04/05/2019) |

| | | |
|---|---|---|
| | | adopted. No courtesy copies are needed at this time, though I will contact the parties if that changes. SO ORDERED.. (Signed by Judge Vernon S. Broderick on 8/13/2021) (kv) (Entered: 08/13/2021) |
| 08/17/2021 | 1437 | ORDER re: (1436 in 1:14–md–02542–VSB–SLC) Order on Motion to Seal. Accordingly, it is hereby: ORDERED my order at Document 1436 applies to the Direct Purchaser Plaintiffs' reply brief in support of class certification. I adopt the parties' proposed sealing procedure as outlined in that order. SO ORDERED. (Signed by Judge Vernon S. Broderick on 8/17/2021) Filed In Associated Cases: 1:14–md–02542–VSB–SLC et al. (kv) (Entered: 08/17/2021) |
| 08/18/2021 | 1438 | ORDER: To ensure the parties' confidential information is not disclosed, the Court will afford the parties a final opportunity to propose redactions to the Aug. 5, 2021 Order by August 20, 2021. If the parties do not file any proposed redactions by the date, the Court will make the Aug. 5, 2021 Order available to the public. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 8/18/2021) (rj) (Entered: 08/18/2021) |
| 08/18/2021 | 1439 | MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Mohan Rao, Ph.D*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1440 | MEMORANDUM OF LAW in Support re: 1439 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Mohan Rao, Ph.D. [Redacted]*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1441 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1439 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Mohan Rao, Ph.D.* . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1442 | MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Hal Poret*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1443 | MEMORANDUM OF LAW in Support re: 1442 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Hal Poret*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1444 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1442 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Hal Poret*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance |

| | | |
|---|---|---|
| | | Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tansdle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436. (Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1445 | MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Sarah Butler*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1446 | MEMORANDUM OF LAW in Support re: 1445 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Sarah Butler. [Redacted]*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1447 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1445 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Sarah Butler*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1448 | DECLARATION of Matthew Pilsner in Support re: 1439 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Mohan Rao, Ph.D.*., 1442 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Hal Poret*., 1445 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Sarah Butler*.. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Pilsner, Matthew) (Entered: 08/18/2021) |
| 08/18/2021 | 1449 | MOTION to Exclude *Certain Opinions in the Expert Reports and Testimony of Hon. James Ware and Hon. Randall Rader*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1450 | MEMORANDUM OF LAW in Support re: 1449 MOTION to Exclude *Certain Opinions in the Expert Reports and Testimony of Hon. James Ware and Hon. Randall Rader*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1451 | DECLARATION of Matthew Pilsner in Support re: 1449 MOTION to Exclude *Certain Opinions in the Expert Reports and Testimony of Hon. James Ware and Hon. Randall Rader*.. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Pilsner, Matthew) (Entered: 08/18/2021) |
| 08/18/2021 | 1452 | MOTION to Exclude *the Expert Reports and Testimony of McLane Expert Phillip M. Johnson, Ph.D*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1453 | MEMORANDUM OF LAW in Support re: 1452 MOTION to Exclude *the Expert Reports and Testimony of McLane Expert Phillip M. Johnson, Ph.D. [Redacted]*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: |

| | | |
|---|---|---|
| | | 08/18/2021) |
| 08/18/2021 | 1454 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1452 MOTION to Exclude *the Expert Reports and Testimony of McLane Expert Phillip M. Johnson, Ph.D.* . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1455 | DECLARATION of Matthew Pilsner in Support re: 1452 MOTION to Exclude *the Expert Reports and Testimony of McLane Expert Phillip M. Johnson, Ph.D.*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Pilsner, Matthew) (Entered: 08/18/2021) |
| 08/18/2021 | 1456 | MOTION to Exclude *the Expert Reports and Testimony of JBR Expert Gareth Macartney, Ph.D.* Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1457 | MEMORANDUM OF LAW in Support re: 1456 MOTION to Exclude *the Expert Reports and Testimony of JBR Expert Gareth Macartney, Ph.D. [Redacted]*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1458 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1456 MOTION to Exclude *the Expert Reports and Testimony of JBR Expert Gareth Macartney, Ph.D.* . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1459 | DECLARATION of Matthew Pilsner in Support re: 1456 MOTION to Exclude *the Expert Reports and Testimony of JBR Expert Gareth Macartney, Ph.D.*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Pilsner, Matthew) (Entered: 08/18/2021) |
| 08/18/2021 | 1460 | MOTION to Exclude *Opinions in the Expert Reports and Testimony of Treehouse Expert Lauren J. Stiroh, Ph.D.* Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1461 | MEMORANDUM OF LAW in Support re: 1460 MOTION to Exclude *Opinions in the Expert Reports and Testimony of Treehouse Expert Lauren J. Stiroh, Ph.D. [Redacted]*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) |

| | | (Entered: 08/18/2021) |
|---|---|---|
| 08/18/2021 | 1462 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1460 MOTION to Exclude *Opinions in the Expert Reports and Testimony of Treehouse Expert Lauren J. Stiroh, Ph.D.* . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1463 | DECLARATION of Matthew Pilsner in Support re: 1460 MOTION to Exclude *Opinions in the Expert Reports and Testimony of Treehouse Expert Lauren J. Stiroh, Ph.D.*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Pilsner, Matthew) (Entered: 08/18/2021) |
| 08/18/2021 | 1464 | MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Dr. David Sibley*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1465 | MEMORANDUM OF LAW in Support re: 1464 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Dr. David Sibley. [Redacted]*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1466 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1464 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Dr. David Sibley*. . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/18/2021) |
| 08/18/2021 | 1467 | DECLARATION of Matthew Pilsner in Support re: 1464 MOTION to Exclude *the Expert Reports and Testimony of Treehouse Expert Dr. David Sibley*.. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Pilsner, Matthew) (Entered: 08/18/2021) |
| 08/18/2021 | 1468 | MEMORANDUM OF LAW in Opposition re: 1406 MOTION in Limine *to Exclude the Expert Report and Testimony of DPP Expert Gary L. French, Ph.D. [Redacted]*. Document filed by Kenneth B. Burkley, Roger Davidson, James G. Long, Ney Silverman Insurance Associates, L.L.C., Sally Rizzo, Henry A. Rocker, Todd W. Springer..(Rochelson, David) (Entered: 08/18/2021) |
| 08/18/2021 | 1469 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 1406 MOTION in Limine *to Exclude the Expert Report and Testimony of DPP Expert Gary L. French, Ph.D.*. . Document filed by Roger Davidson, Henry A. Rocker, Kenneth B. Burkley, Ney Silverman Insurance Associates, L.L.C., James G. Long, Todd W. |

| | | Springer, Sally Rizzo, Bay Valley Foods, LLC, Green Mountain Coffee Roasters, Inc., JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company), Keurig Green Mountain, Inc., Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Keurig Incorporated, McLane Company, Inc., Sturm Foods, Inc., Treehouse Foods, Inc.. Motion or Order to File Under Seal: 1436 .(Rochelson, David) (Entered: 08/18/2021) |
|---|---|---|
| 08/18/2021 | 1470 | MOTION to Exclude Certain Opinions of Keurig Expert Keith R. Ugone . Document filed by McLane Company, Inc...(Brown, Alex) (Entered: 08/18/2021) |
| 08/18/2021 | 1471 | MEMORANDUM OF LAW in Support re: 1470 MOTION to Exclude Certain Opinions of Keurig Expert Keith R. Ugone . . Document filed by McLane Company, Inc...(Brown, Alex) (Entered: 08/18/2021) |
| 08/18/2021 | 1472 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1470 MOTION to Exclude Certain Opinions of Keurig Expert Keith R. Ugone . . Document filed by McLane Company, Inc., JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company), Keurig Green Mountain, Inc., Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Keurig Incorporated, Treehouse Foods, Inc.. Motion or Order to File Under Seal: 1436 .(Brown, Alex) (Entered: 08/18/2021) |
| 08/18/2021 | 1473 | DECLARATION of Alexander G. Brown in Support re: 1470 MOTION to Exclude Certain Opinions of Keurig Expert Keith R. Ugone .. Document filed by McLane Company, Inc...(Brown, Alex) (Entered: 08/18/2021) |
| 08/18/2021 | 1474 | MOTION to Exclude the Proposed Testimony of Kevin Murphy, Ph.D. . Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1475 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1474 MOTION to Exclude the Proposed Testimony of Kevin Murphy, Ph.D. . . Document filed by JBR, Inc. (d/b/a Rogers Family Company), JBR, Inc., Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, Teena Marie Johnson, Darlene M. Kennedy, Keurig Green Mountain, Inc., Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1476 | MEMORANDUM OF LAW in Support re: 1474 MOTION to Exclude the Proposed Testimony of Kevin Murphy, Ph.D. . . Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1477 | DECLARATION of Mario Moore in Support re: 1474 MOTION to Exclude the Proposed Testimony of Kevin Murphy, Ph.D. .. Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Moore, Mario) (Entered: 08/18/2021) |
| 08/18/2021 | 1478 | MOTION to Exclude the Proposed Testimony of Mark Wood . Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1479 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 1359 MOTION to Certify Class *Direct Purchaser Plaintiffs' Motion for Class Certification and the Appointment of Class Representatives and Class Counsel*. . Document filed by Class Plaintiffs. Motion or Order to File Under Seal: 1436 .(Buchman, Michael) (Entered: 08/18/2021) |

| | | |
|---|---|---|
| 08/18/2021 | 1480 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1478 MOTION to Exclude the Proposed Testimony of Mark Wood . . Document filed by JBR, Inc. (d/b/a Rogers Family Company), JBR, Inc., Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, Teena Marie Johnson, Darlene M. Kennedy, Keurig Green Mountain, Inc., Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1481 | REPLY MEMORANDUM OF LAW in Support re: 1359 MOTION to Certify Class *Direct Purchaser Plaintiffs' Motion for Class Certification and the Appointment of Class Representatives and Class Counsel. [Redacted].* Document filed by Class Plaintiffs..(Buchman, Michael) (Entered: 08/18/2021) |
| 08/18/2021 | 1482 | MEMORANDUM OF LAW in Support re: 1478 MOTION to Exclude the Proposed Testimony of Mark Wood . . Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1483 | DECLARATION of Mario Moore in Support re: 1478 MOTION to Exclude the Proposed Testimony of Mark Wood .. Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Moore, Mario) (Entered: 08/18/2021) |
| 08/18/2021 | 1484 | MOTION to Exclude the Proposed Testimony of Marc A. Hillmyer . Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1485 | MEMORANDUM OF LAW in Support re: 1484 MOTION to Exclude the Proposed Testimony of Marc A. Hillmyer . . Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Johnson, Daniel) (Entered: 08/18/2021) |
| 08/18/2021 | 1486 | DECLARATION of Mario Moore in Support re: 1484 MOTION to Exclude the Proposed Testimony of Marc A. Hillmyer .. Document filed by JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company)..(Moore, Mario) (Entered: 08/18/2021) |
| 08/19/2021 | 1487 | ***SELECTED PARTIES*** LETTER addressed to Judge Vernon S. Broderick from Michael M. Buchman dated August 19, 2021 re: Corrected Sealed Copy of DPPs' Reply in Support of Class Certification. Document filed by Holly Ann Buss, Jeffrey Rosen, Green Mountain Coffee Roasters, Inc., Bay Valley Foods, LLC, Keurig Incorporated, Darlene M. Kennedy, Lavinia Simona Biasell, Armando Herrera, Roger Davidson, Henry A. Rocker, Julie Rainwater, Timothy Quackenbush, Tracy Elizabeth Moreno, Lauren Jill Schneider, Constance Werthe, Kenneth B. Burkley, Gregory Rose, Keurig Green Mountain, Inc., McLane Company, Inc., Ney Silverman Insurance Associates, L.L.C., William Daly, Lorie Rehma, Shirley Schroeder, John R Cusimano, Richard Constantino, Mary Hudson, James G. Long, Matthew Hashem, Treehouse Foods, Inc., Todd W. Springer, Jonna Dugan, Teena Marie Johnson, JBR, Inc., Patricia J. Nelson, Ken Overton, Toni Williams, Patricia Hall, Lori Jo Kirkhart, William Daly, Keurig, Incorporated, Michael J. Flanagan, Amy Gray, Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Sturm Foods, Inc., John Lohin, David Wayne Nation, Cusimano Carstar Collison Inc., Rhett Montgomery Tanselle, Yelda Mesbah Bartlett, Brier Miller Minor, Sally Rizzo, Class Plaintiffs. (Attachments: # 1 Corrected Sealed Reply in Support of Class Certification)Motion or Order to File Under Seal: 1436 .(Buchman, Michael) (Entered: 08/19/2021) |
| 08/23/2021 | 1488 | ORDER re: 1438 Order. To date, the parties have neither filed proposed redactions nor sought an extension of the now–lapsed deadline to do so. Accordingly, the Clerk of Court is respectfully directed to make the Aug. 5, 2021 Order (ECF No. 1434) available to the public. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on |

Add.267

| | | 8/23/2021) (kv) (Entered: 08/23/2021) |
|---|---|---|
| 08/25/2021 | 1489 | MOTION for Summary Judgment *by Plaintiffs*. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc...(Badini, Aldo) (Entered: 08/25/2021) |
| 08/25/2021 | 1490 | RULE 56.1 STATEMENT. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc...(Badini, Aldo) (Entered: 08/25/2021) |
| 08/25/2021 | 1491 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Bay Valley Foods, LLC, Treehouse Foods, Inc., Sturm Foods, Inc., Yelda Mesbah Bartlett, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Green Mountain Coffee Roasters, Inc., Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company), Teena Marie Johnson, Darlene M. Kennedy, Keurig Green Mountain, Inc., Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Rhett Montgomery Tanselle, Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Badini, Aldo) (Entered: 08/25/2021) |
| 08/25/2021 | 1492 | MEMORANDUM OF LAW in Support re: 1489 MOTION for Summary Judgment *by Plaintiffs*. . Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc...(Badini, Aldo) (Entered: 08/25/2021) |
| 08/25/2021 | 1493 | MOTION for Summary Judgment . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/25/2021) |
| 08/25/2021 | 1494 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1493 MOTION for Summary Judgment . . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/25/2021) |
| 08/25/2021 | 1495 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1489 MOTION for Summary Judgment *by Plaintiffs*. . Document filed by Bay Valley Foods, LLC, Treehouse Foods, Inc., Sturm Foods, Inc., Yelda Mesbah Bartlett, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Green Mountain Coffee Roasters, Inc., Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., JBR, Inc. (d/b/a Rogers Family Company), Teena Marie Johnson, Darlene M. Kennedy, Keurig Green Mountain, Inc., Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Rhett Montgomery Tanselle, Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Badini, Aldo) (Entered: 08/25/2021) |

| 08/25/2021 | 1496 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, Yelda Mesbah Bartlett, Bay Valley Foods, LLC, Lavinia Simona Biasell, Kenneth B. Burkley, Holly Ann Buss, Class Plaintiffs, Richard Constantino, John R Cusimano, Cusimano Carstar Collison Inc., William Daly, William Daly, Roger Davidson, Jonna Dugan, Michael J. Flanagan, Amy Gray, Patricia Hall, Matthew Hashem, Armando Herrera, Mary Hudson, JBR, Inc., Teena Marie Johnson, Darlene M. Kennedy, Lori Jo Kirkhart, John Lohin, James G. Long, McLane Company, Inc., Brier Miller Minor, Tracy Elizabeth Moreno, David Wayne Nation, Patricia J. Nelson, Ney Silverman Insurance Associates, L.L.C., Ken Overton, Timothy Quackenbush, Julie Rainwater, Lorie Rehma, Sally Rizzo, Henry A. Rocker, Gregory Rose, Jeffrey Rosen, Lauren Jill Schneider, Shirley Schroeder, Todd W. Springer, Sturm Foods, Inc., Rhett Montgomery Tanselle, Treehouse Foods, Inc., Constance Werthe, Toni Williams. Motion or Order to File Under Seal: 1436 .(Brannon, Leah) (Entered: 08/25/2021) |
| --- | --- | --- |
| 08/25/2021 | 1497 | DECLARATION of Aldo A. Badini in Support re: 1489 MOTION for Summary Judgment *by Plaintiffs*.. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc...(Badini, Aldo) (Entered: 08/25/2021) |
| 08/25/2021 | 1498 | MEMORANDUM OF LAW in Support re: 1493 MOTION for Summary Judgment . *[Redacted]*. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/25/2021) |
| 08/25/2021 | 1499 | RULE 56.1 STATEMENT. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 08/25/2021) |
| 08/31/2021 | 1500 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/4/2021 before Judge Vernon S. Broderick. Court Reporter/Transcriber: Pamela Utter, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2021. Redacted Transcript Deadline set for 10/1/2021. Release of Transcript Restriction set for 11/29/2021.Filed In Associated Cases: 1:14–md–02542–VSB–SLC et al..(Moya, Goretti) (Entered: 08/31/2021) |
| 08/31/2021 | 1501 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/4/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:14–md–02542–VSB–SLC et al..(Moya, Goretti) (Entered: 08/31/2021) |
| 09/08/2021 | 1502 | PROPOSED STIPULATION AND ORDER. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Malm, Carl) (Entered: 09/08/2021) |
| 09/08/2021 | 1503 | CERTIFICATE OF SERVICE of Proposed Order and Stipulation served on BJ's Wholesale Club, Inc. on 9/8/2021. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Malm, Carl) (Entered: 09/08/2021) |
| 09/14/2021 | 1504 | ANSWER to Complaint with JURY DEMAND. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 09/14/2021) |
| 09/14/2021 | 1505 | CERTIFICATE OF SERVICE of Keurig's Answer to BJ's Wholesale Club, Inc.'s Complaint served on BJ's Wholesale Club, Inc. on 9/14/2021. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Fitzpatrick, Christopher) (Entered: 09/14/2021) |
| 09/22/2021 | 1506 | TRANSCRIPT of Proceedings re: Telephone Conference held on 8/3/2021 before Magistrate Judge Sarah L. Cave. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased |

| | | |
|---|---|---|
| | | Exhibit Z – Macartney Report, # 28 Exhibit AA – Macartney Reply Report, # 29 Exhibit BB – Sibley Report, # 30 Exhibit EE – Ugone Rebuttal Report)Motion or Order to File Under Seal: 1828 .(Badini, Aldo) (Entered: 04/28/2022) |
| 04/28/2022 | 1830 | LETTER addressed to Judge Vernon S. Broderick from Aldo A. Badini dated April 28, 2022 re: Essendant and Staples' Updated Letter to Seal and Redact Confidential Information. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc.. (Attachments: # 1 Exhibit 1 – Essendant and Staples' Updated Letter Request, # 2 Exhibit A – ESND0000033 (Filed Under Seal), # 3 Exhibit B – ESND0000972–82 (Redacted), # 4 Exhibit C – ESND0002757 (Redacted), # 5 Exhibit D – ESND0002762 (Redacted), # 6 Exhibit E – ESND0002763 (Redacted), # 7 Exhibit F – ESND0005997–6005 (Redacted), # 8 Exhibit G – ESND0007144 (Redacted), # 9 Exhibit H – ESND0009403 (Redacted), # 10 Exhibit I – STAPLES000023 (Redacted), # 11 Exhibit J – STAPLES000057 (Filed Under Seal), # 12 Exhibit K – STAPLES000071 (Redacted), # 13 Exhibit L – STAPLES000279 (Redacted), # 14 Exhibit M – STAPLES000235 (Redacted), # 15 Exhibit N – STAPLES000263 (Redacted), # 16 Exhibit O – Exhibit H4 (Redacted), # 17 Exhibit P – Exhibit H14 (Redacted), # 18 Exhibit Q – ESND0012338–341 (Redacted), # 19 Exhibit R – ESND0016287–293 (Redacted), # 20 Exhibit S – ESND0016327–328 (Redacted), # 21 Exhibit T – ESND0031766–770 (Redacted), # 22 Exhibit U – Exhibit A246 (Redacted), # 23 Exhibit V – ECF 1565 – EX. 0469 (Redacted), # 24 Exhibit W – ECF 1565 – Ex. 0705 (Redacted), # 25 Exhibit X – Haider Report (Redacted), # 26 Exhibit Y – French Report (Redacted), # 27 Exhibit Z – Macartney Report (Redacted), # 28 Exhibit AA – Macartney Reply Report (Redacted), # 29 Exhibit BB – Sibley Report (Redacted), # 30 Exhibit CC – Sibley Reply Report, # 31 Exhibit DD – Stiroh Report, # 32 Exhibit EE – Ugone Rebuttal Report (Redacted)).(Badini, Aldo) (Entered: 04/28/2022) |
| 04/28/2022 | 1831 | LETTER addressed to Judge Vernon S. Broderick from Leah Brannon dated April 28, 2022 re: Response to Notice of Supplemental Authority, ECF 1819. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Brannon, Leah) (Entered: 04/28/2022) |
| 05/02/2022 | 1832 | REPLY MEMORANDUM OF LAW in Support re: 1816 MOTION and Objections to Magistrate Judge Cave's March 28, 2022 Opinion & Order re: 1806 Memorandum & Opinion,,,,,,,,,,, . . Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated..(Newton, Wendelynne) (Entered: 05/02/2022) |
| 05/02/2022 | 1833 | DECLARATION of Wendelynne J. Newton in Support re: 1816 MOTION and Objections to Magistrate Judge Cave's March 28, 2022 Opinion & Order re: 1806 Memorandum & Opinion,,,,,,,,,,, .. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. (Attachments: # 1 Exhibit 1 – 1/30/14 Ferguson Email, # 2 Exhibit 2 – 1/29/14 Ferguson Email, # 3 Exhibit 3 – Plaintiffs' Deposition Exhibit 2174).(Newton, Wendelynne) (Entered: 05/02/2022) |
| 05/16/2022 | 1834 | ORDER re: (1819 in 1:14–md–02542–VSB–SLC) Letter, filed by Kenneth B. Burkley, Sally Rizzo, Henry A. Rocker, Roger Davidson, James G. Long, Todd W. Springer. Accordingly, it is hereby: ORDERED that Plaintiffs' request for a trial date is DENIED. If necessary, following my resolution of the pending motions on summary judgment, (Docs. 1489, 1493), I will ask the parties to meet and confer and provide me with possible dates for trial. SO ORDERED. (Signed by Judge Vernon S. Broderick on 5/16/2022) Filed In Associated Cases: 1:14–md–02542–VSB–SLC et al. (kv) (Entered: 05/16/2022) |
| 05/20/2022 | 1835 | MOTION for Megan P. Fitzgerald to Withdraw as Attorney . Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc...(Fitzgerald, Megan) (Entered: 05/20/2022) |
| 05/20/2022 | 1836 | DECLARATION of Megan P. Fitzgerald in Support re: 1835 MOTION for Megan P. Fitzgerald to Withdraw as Attorney .. Document filed by Bay Valley Foods, LLC, Sturm Foods, Inc., Treehouse Foods, Inc...(Fitzgerald, Megan) (Entered: 05/20/2022) |
| 05/27/2022 | 1837 | JOINT LETTER MOTION for Extension of Time addressed to Judge Vernon S. Broderick from Carl Lawrence Malm dated May 27, 2022. Document filed by Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to |