**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 14, 2023<br>Docket #: 22-2079op<br>Short Title: In Re: JBR, Inc. | DC Docket #: 14-cv-4242<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Broderick |

# NOTICE OF MOTION PLACED ON THE CALENDAR

A mandamus petition and a motion for leave to file a reply filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Tuesday, June 27, 2023.

Inquiries regarding this case may be directed to 212-857-8595.