S.D.N.Y.-N.Y.C.
14-cv-4242
14-md-2542
Broderick, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of June, two thousand twenty-three.

Present:
>   Gerard E. Lynch,
>   Raymond J. Lohier, Jr.,
>   Joseph F. Bianco,
>       *Circuit Judges*.

---

In re JBR, Inc.,

>   *Petitioner*.

---

JBR, Inc., DBA Rogers Family Company,

>   *Petitioner*,
>
>   v.                                                                       22-2079

Keurig Green Mountain Inc., as successor to
Keurig, Incorporated, FKA Green Mountain Coffee Roasters Inc.,

>   *Respondent*.

---

Petitioner has filed a renewed petition for a writ of mandamus. Petitioner also moves for leave to file a reply in further support of its petition. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED. It is further ordered that the mandamus petition is DENIED. While Petitioner may lack an adequate alternative means of obtaining relief, it has not made a showing that its right to the writ is clear and indisputable or that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Court for D.C.*, 542 U.S. 367, 380–81 (2004).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

